# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
#### NO. 4:18-CV-00009-H

TRUDELL MEDICAL INTERNATIONAL,

      Plaintiff,

vs.

D R BURTON HEALTHCARE LLC,

      Defendant.

**DEFENDANT D R BURTON HEALTHCARE LLC'S FIRST AMENDED PRELIMINARY INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION PURSUANT TO LOCAL CIVIL RULES 303.3 AND 303.4**

Pursuant to the Court's Case Management Order (D.E. 55) and Local Civil Rule 303.3, Defendant D R Burton Healthcare LLC ("D R Burton") provides its Amended Preliminary Invalidity Contentions to Plaintiff Trudell Medical International ("Trudell"). Concurrently hereto, D R Burton also provides its Local Civil Rule 303.4 Document Production Accompanying Preliminary Invalidity Contentions.

This information is based on information reasonably available at this time, and is provided in response to the Disclosure of Asserted Claims and Preliminary Infringement Contentions served by Trudell on January 25, 2019. These invalidity contentions are necessarily preliminary and may require subsequent amendment, alteration, or supplementation. D R Burton reserves the right, to the full extent consistent with the Court's Rules and Orders, to supplement, revise, correct, amend, or clarify these contentions based on further investigation, discovery, evaluation of the scope and content of the prior art, and any claim construction from the Court, or any changes in Trudell's claims and contentions.

1

The Court has not yet construed the terms of U.S. Patent No. 9,808,588 ("the '588 Patent"). Trudell's subsequent assertions and this Court's construction may alter the materiality and relevance of some references and moot some invalidity contentions while simultaneously giving rise to new issues regarding the invalidity of the '588 Patent. D R Burton's preliminary invalidity contentions do not reflect D R Burton's positions or contentions regarding the proper construction of the asserted claims of the '588 Patent, which shall be produced in due course according to the Court's Case Management Order. Rather, construction of claim terms, to the extent existing in the claim charts below, are based on the apparent construction accorded by Trudell in its Preliminary Infringement Contentions.

D R Burton does not waive any claim of privilege, whether expressly asserted or not, by providing any information in this disclosure. The inadvertent disclosure of such information shall not constitute a waiver of any applicable privilege by D R Burton.

**A. Rule 303.3(a)(1) – Statutory Sections Relied Upon for Invalidity.**

D R Burton asserts that one or more of the Asserted Claims of the '588 Patent are invalid pursuant to 35 U.S.C. §§ 102-103 and 112.

**B. Rule 303.3(a)(2) – Identification of Prior Art that Either Anticipates or Renders Obvious the Claims of the '588 Patent.**

Pursuant to Local Civil Rule 303.3(a)(2) and in response to Trudell's Preliminary Infringement Contentions, D R Burton identifies the following items of prior art that D R Burton contends anticipate and/or render obvious the asserted claims of the '588 Patent.

1. *Passive Respiratory Therapy Device*, U.S. Patent No. 8,025,054B2 to Dunsmore, et al. filed February 2, 2007 and issued September 27, 2011 (the "Dunsmore Patent");

2. *Pressure Control in CPAP Treatment or Assisted Respiration*, U.S. Patent No. 6,182,657B1 to Brydon, et al., filed September 18, 1996 and issued February 6, 2001 (the "Brydon Patent");

3. *Pursed Lip Breathing Device*, U.S. Pat. Pub. No. 20070089740A1 to Baumert, et al., filed April 28, 2004 and published April 26, 2007 (the "Baumert Publication");

4. *Positive Expiratory Pressure Device*, U.S. Patent No. 6,581,598B1 to Foran, et al., filed on April 20, 1998 and issued June 24, 2003 (the "Foran Patent");

5. *Device and Method for Measuring Lung Performance*, U.S. Patent No. 6,447,459B1 to Larom, filed on April 7, 2000 and issued September 10, 2002 (the "Larom Patent");

6. *Emergency and Mass Casualty Ventilator*, U.S. Pat. Pub. No. 20080257348A1 to Piper, filed April 21, 2008 and published October 23, 2008 (the "Piper Publication");

7. *Fluidizing Powder Inhaler*, U.S. Patent No. 5,372,128 to Haber, et al., filed on April 14, 1993 and issued December 13, 1994 (the "Haber Patent");

8. *Portable Breathing Device*, U.S. Pat. Pub. No. 20080053456A1 to Brown, et al., filed August 28, 2007 and published March 6, 2008 (the "Brown Publication");

9. *Pulsating Vibration Air Generation Means*, U.S. Patent No. 6,607,008 to Yoshimoto, et al., filed on December 24, 1999 and issued on August 19, 2003 (the "Yoshimoto Patent");

10. *Powder Formulation Disintegrating System and Method for Dry Powder Inhalers*, U.S. Pat. Pub. No. 20030015195A1 to Haaije de Boer, et al., filed on June 21, 2002 and published on January 23, 2003 (the "Haaije de Boer Publication");

11. *Vibratory Pep Therapy System with Medicated Aerosol Nebulizer*, U.S. Pat. Pub. No. 20080078383A1 to Richards, et al., filed on October 3, 2006 and published on April 3, 2008 (the "Richards Publication");

12. *Artificial Respiration Apparatus*, U.S. Patent No. 6,446,629B1 to Takaki, et al., filed on July 29, 1999 and issued on September 10, 2002 (the "Takaki Patent");

13. *Control Member for a Valve and Method for Determining Fluid Flow Rate Through a Valve*, U.S. Patent No. 6,269,839B1 to Wickham, et al., filed on August 9, 1999 and issued on August 7, 2001 (the "Wickham Patent");

14. *Powder Inhaler with Breath Flow Regulation Valve*, U.S. Patent No. 5,727,546 to Clarke, et al., filed on August 18, 1994 and issued on March 17, 1998 (the "Clarke Patent"); and

15. *Powder Dispenser*, U.S. Patent No. 6,029,661 to Whaley, et al., filed on June 1, 1995 and issued on February 29, 2000 (the "Whaley Patent").

3

16. *Portable personal breathing apparatus*, U.S. Patent No. 5,890,998 to Hougen et al., filed January 30, 1998 and issued April 6, 1999 (the "Hougen Patent").

C. **Rule 303.3(a)(3) – D R Burton's Contentions that the Prior Art Anticipates or Renders Obvious the Claims of the '588 Patent.**

Pursuant to Local Civil Rule 303.3(a)(3) and in response to Trudell's Preliminary Infringement Contentions, D R Burton identifies how each of the identified items of prior art anticipate each asserted claim and/or render the asserted claim obvious.

To the extent necessary, the suggestion to combine the teachings of the various prior art references listed in these charts is provided by the references themselves as filtered through the knowledge of one skilled in the art and by the nature of the problem sought to be solved by the patent-in-suit. In addition, the prior art establishes an implicit motivation to apply the teachings of the prior art to known oscillating positive expiratory pressure devices. Here, the general problem of providing oscillating positive expiratory pressure ("OPEP") therapy was well understood and addressed in the prior art.

D R Burton reserves the right to supplement and amend these contentions based on further investigation, construction of the claims by the Court, additional discovery, and modification of Trudell's contentions.

1. **The Dunsmore Patent Anticipates at least Claims 1-4, 6-9, 11-22, and 24-26 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1-10, 12-16, 18, 23 and 25 of the '588 Patent**

The Dunsmore Patent discloses all features of at least claims 1-4, 6-9, 11-22, and 24-26 of the '588 Patent. Based on at least these teachings, each of the above-identified claims are anticipated by the Dunsmore Patent. The Dunsmore Patent also render the above-identified claims obvious pursuant to 35 U.S.C. § 103(a).

4

Further, D R Burton submits that it would have been obvious to combine the teachings of the Dunsmore Patent with other prior art. At least claims 1-10, 12-16, 18, 23 and 25 of the '588 Patent are rendered obvious by a combination of the Dunsmore Patent and other referenced prior art:

Claim 1: Obvious in combination with the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Takaki Patent, the Haber Patent, the Brown Publication, the Yoshimoto Patent, the Clarke Patent, the Whaley Patent; and/or the Hougen Patent;

Claim 2: Obvious in combination with the Haber Patent, the Clarke Patent, and/or the Hougen Patent;

Claim 3: Obvious in combination with the Haber Patent and/or the Hougen Patent;

Claim 4: Obvious in combination with the Haber Patent, the Piper Publication, and/or the Hougen Patent;

Claim 5: Obvious in combination with the Haber Patent and/or the Hougen Patent;

Claim 6: Obvious in combination with the Haber Patent and/or the Hougen Patent;

Claim 7: Obvious in combination with the Brydon Patent, the Baumert Publication, and/or the Hougen Patent;

Claim 8: Obvious in combination with the Foran Patent, the Larom Patent, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Takaki Patent, the Clarke Patent, the Haber Patent, the Whaley Patent, the Brown Publication, the Yoshimoto Patent, and/or the Hougen Patent;

5

Claim 10: Obvious in combination with the Haaije de Boer Publication , the Wickham Patent, and/or the Hougen Patent;

Claim 11: Obvious in combination with the Hougen Patent;

Claim 12: Obvious in combination with the Richards Publication and/or the Hougen Patent;

Claim 13: Obvious in combination with the Brydon Patent and/or the Hougen Patent;

Claim 14: Obvious in combination with the Clarke Patent and/or the Hougen Patent;

Claim 15: Obvious in combination with the Clarke Patent;

Claim 16: Obvious in combination with the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, and/or the Hougen Patent;

Claim 18: Obvious in combination with the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Brown Publication, the Yoshimoto Patent, and/or the Hougen Patent;

Claim 20: Obvious in combination with the Hougen Patent;

Claim 21: Obvious in combination with the Hougen Patent;

Claim 23: Obvious in combination with the Haaije de Boer Publication; and

Claim 25: Obvious in combination with the Brydon Patent, the Baumert Publication, and/or the Hougen Patent.

Claim 26: Obvious in combination with the Hougen Patent.

**2. The Brydon Patent Anticipates at least Claims 1, 7, 9, 13, and 16 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1, 7, 9, 16, 18 and 25 of the '588 Patent**

The Brydon Patent discloses all features of at least claims 1, 7, 9, 13, and 16 of the '588 Patent. Based on at least these teachings, each of the above-identified claims are anticipated by

6

the Brydon Patent. The Brydon Patent also render the above-identified claims as well as at least claims 18 and 25 obvious pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Brydon Patent with other prior art. At least claims 1, 7, 9, 13, 16, 18, and 25 of the '588 Patent are rendered obvious by a combination of the Brydon Patent and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Takaki Patent, the Haber Patent, the Brown Publication, the Yoshimoto Patent, the Clarke Patent, the Whaley Patent, the Piper Publication, and/or the Hougen Patent;

Claim 7: Obvious in combination with the Dunsmore Patent, the Baumert Publication, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Takaki Patent, the Clarke Patent, the Haber Patent, the Whaley Patent, the Brown Publication, the Yoshimoto Patent, and/or the Hougen Patent;

Claim 13: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent;

Claim 16: Obvious in combination with the Dunsmore Patent, the Baumert Publication, the Foran Patent, the Larom Patent, and/or the Hougen Patent;

Claim 18: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent.

Claim 25: Obvious in combination with the Dunsmore Patent, the Baumert Publication and/or the Hougen Patent.

**3. The Baumert Publication Anticipates at least Claims 1, 7, 9, and 16, and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1, 7, 9, 16, 18, and 25 of the '588 Patent**

The Baumert Publication discloses all features of at least claims 1, 7, 9, and 16 of the '588 Patent. Based on at least these teachings, each of the above-identified claims are anticipated by the Baumert Publication. The Baumert Publication also render the above-identified claims as well as at least claims 18 and 25 obvious pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Baumert Publication with other prior art. At least claims 1, 7, 9, 16, 18, and 25 of the '588 Patent are rendered obvious by a combination of the Baumert Publication and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Foran Patent, the Larom Patent, the Takaki Patent, the Piper Publication, and/or the Hougen Patent;

Claim 7: Obvious in combination with the Dunsmore Patent, the Brydon Patent, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Foran Patent, the Larom Patent, the Piper Publication, the Takaki Patent, the Clarke Patent, the Haber Patent, the Whaley Patent, the Brown Publication, the Yoshimoto Patent, and/or the Hougen Patent;

Claim 16: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Foran Patent, the Larom Patent, and/or the Hougen Patent;

Claim 18: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent.

8

Claim 25: Obvious in combination with the Dunsmore Patent, the Brydon Patent, and/or the Hougen Patent.

**4. The Foran Patent Renders Obvious at least Claims 1, 8, 9, 16, and 18 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1, 8, 9, 16, and 18 of the '588 Patent**

The Foran Patent renders obvious at least claims 1, 8, 9, 16 and 18 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Foran Patent with other prior art. At least claims 1, 8, 9, 16, and 18 of the '588 Patent are rendered obvious by a combination of the Foran Patent and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Larom Patent, the Piper Publication, and/or the Hougen Patent;

Claim 8: Obvious in combination with the Dunsmore Patent, the Larom Patent, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Larom Patent, the Piper Publication, the Takaki Patent, the Whaley Patent, and/or the Hougen Patent;

Claim 16: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Larom Patent, and/or the Hougen Patent; and

Claim 18: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent.

**5. The Larom Patent Renders Obvious at least Claims 1, 8, 9, 16, and 18 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1, 8, 9, 16, and 18 of the '588 Patent**

The Larom Patent renders obvious at least claims 1, 8, 9, 16 and 18 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

9

Further, D R Burton submits that it would have been obvious to combine the teachings of the Larom Patent with other prior art. Claims 1, 8, 9, 16, and 18 of the '588 Patent are rendered obvious by a combination of the Larom Patent and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Piper Publication, and/or the Hougen Patent;

Claim 8: Obvious in combination with the Dunsmore Patent, the Foran Patent, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Piper Publication, the Takaki Patent, the Whaley Patent, and/or the Hougen Patent;

Claim 16: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, and/or the Hougen Patent; and

Claim 18: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent.

**6. The Piper Publication Renders Obvious at least Claims 1, 4, 6, 9, and 18 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1, 4, 6, 9 and 18 of the '588 Patent**

The Piper Publication renders obvious at least claims 1, 4, 6, 9 and 18 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Piper Publication with other prior art. Claims 1, 4, 6, 9, and 18 of the '588 Patent are rendered obvious by a combination of the Piper Publication and other referenced prior art:

10

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Takaki Patent, and/or the Hougen Patent;

Claim 4: Obvious in combination with the Dunsmore Patent, the Haber Patent, and/or the Hougen Patent;

Claim 6: Obvious in combination with the Dunsmore Patent, the Haber Patent, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Takaki Patent, the Whaley Patent, and/or the Hougen Patent;

Claim 18: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent.

### 7. The Haber Patent Renders Obvious at least Claims 2, 3, 4, 5, 6 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1, 9, and 18 of the '588 Patent

The Haber Patent renders obvious claims 2, 3, 4, 5, and 6 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Haber Patent with other prior art. Claims 1, 9, and 18 of the '588 Patent are rendered obvious by a combination of the Haber Patent and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Clarke Patent, the Takaki Patent, the Whaley Patent, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Takaki Patent, the Clarke Patent, the Whaley Patent, and/or the Hougen Patent;

11

Claim 18: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent.

**8. The Brown Publication Renders Obvious at least Claims 1, 9, and 18 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1, 9, and 18 of the '588 Patent**

The Brown Publication renders obvious claims 1, 9, and 18 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Brown Publication with other prior art. Claims 1, 9, and 18 of the '588 Patent are rendered obvious by a combination of the Brown Publication and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Takaki Patent, the Yoshimoto Patent, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Takaki Patent, the Clarke Patent, the Yoshimoto Patent, Whaley Patent, and/or the Hougen Patent;

Claim 18: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent.

**9. The Yoshimoto Patent Renders Obvious at least Claims 1, 9, and 18 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1, 9, and 18 of the '588 Patent**

The Yoshimoto Patent renders obvious claims 1, 9, and 18 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Yoshimoto Patent with other prior art. Claims 1, 9, and 18 of the '588 Patent are rendered obvious by a combination of the Yoshimoto Patent and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Takaki Patent, the Brown Publication, and/or the Hougen Patent;

12

Claim 9: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Takaki Patent, the Clarke Patent, the Brown Publication, the Whaley Patent, and/or the Hougen Patent;

Claim 18: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent.

### 10. The Haaije de Boer Publication Renders Obvious at least Claims 10 and 23 of the '588 Patent

The Haaije de Boer Publication renders obvious claims 10 and 23 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

### 11. The Richards Publication Renders Obvious at least Claim 12 of the '588 Patent

The Richards Publication renders obvious claim 12 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

### 12. The Takaki Patent Anticipates at least Claims 1 and 9 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1-10, 12-17 of the '588 Patent

The Takaki Patent discloses all features of claims 1 and 9 of the '588 Patent. Based on at least these teachings, each of the above-identified claims are anticipated by the Takaki Patent. The Takaki Patent also render the above-identified claims obvious pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Takaki Patent with other prior art. Claims 1-10, and 12-17 of the '588 Patent are rendered obvious by a combination of the Takaki Patent and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Haber Patent, the Clarke Patent, the Whaley Patent, and/or the Hougen Patent;

13

Claim 2: Obvious in combination with the Dunsmore Patent, the Haber Patent, the Clarke Patent, and/or the Hougen Patent;

Claim 3: Obvious in combination with the Dunsmore Patent, the Haber Patent, and/or the Hougen Patent;

Claim 4: Obvious in combination with the Dunsmore Patent, the Haber Patent, the Piper Publication, and/or the Hougen Patent;

Claim 5: Obvious in combination with the Haber Patent and/or the Hougen Patent;

Claim 6: Obvious in combination with the Dunsmore Patent, the Haber Patent, the Piper Publication, and/or the Hougen Patent;

Claim 7: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, and/or the Hougen Patent;

Claim 8: Obvious in combination with the Dunsmore Patent, the Foran Patent, the Larom Patent, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Clarke Patent, the Whaley Patent, and/or the Hougen Patent;

Claim 10: Obvious in combination with the Haaije de Boer Publication , the Wickham Patent, and/or the Hougen Patent;

Claim 12: Obvious in combination with the Dunsmore Patent, the Richards Publication, and/or the Hougen Patent;

Claim 13: Obvious in combination with the Dunsmore Patent, the Brydon Patent, and/or the Hougen Patent;

Claim 14: Obvious in combination with the Dunsmore Patent, the Clarke Patent, and/or the Hougen Patent;

Claim 15: Obvious in combination with the Dunsmore Patent and/or the Clarke Patent;

Claim 16: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, and/or the Hougen Patent; and

Claim 17: Obvious in combination with the Dunsmore Patent.

### 13. The Wickham Patent Renders Obvious at least Claim 10 of the '588 Patent

The Wickham Patent renders obvious claim 10 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

### 14. The Clarke Patent Renders Obvious at least Claims 2, 14, and 15 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1, 2, 9, 14-15 of the '588 Patent

The Clarke Patent renders obvious claims 2, 14, and 15 of the '588 Patent pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Clarke Patent with other prior art. Claims 1, 2, 9, 14-15 of the '588 Patent are rendered obvious by a combination of the Clarke Patent and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Haber Patent, the Takaki Patent, and/or the Hougen Patent;

Claim 2: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent; the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Whaley Patent, the Takaki Patent, and/or the Hougen Patent;

Claim 14: Obvious in combination with the Dunsmore Patent and/or the Hougen Patent;

Claim 15: Obvious in combination with the Dunsmore Patent;

**15. The Whaley Patent Anticipates at least Claim 9 and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1 and 9 of the '588 Patent**

The Whaley Patent discloses all features of at least claim 9 of the '588 Patent. Based on at least these teachings, each of the above-identified claims are anticipated by the Whaley Patent. The Whaley Patent also render the above-identified claim obvious pursuant to 35 U.S.C. § 103(a).

Further, D R Burton submits that it would have been obvious to combine the teachings of the Whaley Patent with other prior art. At least claims 1 and 9 of the '588 Patent are rendered obvious by a combination of the Whaley Patent and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Haber Patent, the Takaki Patent, and/or the Hougen Patent;

Claim 9: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Clarke Patent, the Takaki Patent, and/or the Hougen Patent;

**16. The Hougen Patent Anticipates at least Claims 1-14, 16, 18, 20-21, and 25-26, and Considered Alone or in Combination with Other Prior Art Render Obvious at least Claims 1-18 and 20-26 of the '588 Patent**

Embodiments of the Hougen Patent disclose all features of at least claims 1-14, 16, 18, 20-21, and 25-26 of the '588 Patent. Based on at least these teachings, each of the above-identified claims are anticipated by the Hougen Patent. The Hougen Patent also render the above-identified claims obvious pursuant to 35 U.S.C. § 103(a).

16

Further, D R Burton submits that it would have been obvious to combine the teachings of the Hougen Patent with other prior art. At least claims 1-18, 7, and 22-24 of the '588 Patent are rendered obvious by a combination of the Hougen Patent and other referenced prior art:

Claim 1: Obvious in combination with the Dunsmore Patent, the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Takaki Patent, the Haber Patent, the Brown Publication, the Yoshimoto Patent, the Clarke Patent, and/or the Whaley Patent;

Claim 2: Obvious in combination with the Haber Patent, the Clarke Patent, and/or the Dunsmore Patent;

Claim 3: Obvious in combination with the Haber Patent and/or the Dunsmore Patent;

Claim 4: Obvious in combination with the Haber Patent, the Piper Publication, and/or the Dunsmore Patent;

Claim 5: Obvious in combination with the Haber Patent and/or the Dunsmore Patent;

Claim 6: Obvious in combination with the Haber Patent and/or the Dunsmore Patent;

Claim 7: Obvious in combination with the Brydon Patent, the Baumert Publication, and/or the Dunsmore Patent;

Claim 8: Obvious in combination with the Foran Patent, the Larom Patent, and/or the Dunsmore Patent;

Claim 9: Obvious in combination with the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Takaki Patent, the Clarke Patent, the Haber Patent, the Whaley Patent, the Brown Publication, the Yoshimoto Patent, and/or the Dunsmore Patent;

17

Claim 10: Obvious in combination with the Haaije de Boer Publication , the Wickham Patent, and/or the Dunsmore Patent;

Claim 11: Obvious in combination with the Dunsmore Patent;

Claim 12: Obvious in combination with the Richards Publication and/or the Dunsmore Patent;

Claim 13: Obvious in combination with the Brydon Patent and/or the Dunsmore Patent;

Claim 14: Obvious in combination with the Clarke Patent and/or the Dunsmore Patent;

Claim 15: Obvious in combination with the Clarke Patent and/or the Dunsmore Patent;

Claim 16: Obvious in combination with the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, and/or the Dunsmore Patent;

Claim 17: Obvious in combination with the Dunsmore Patent;

Claim 18: Obvious in combination with the Brydon Patent, the Baumert Publication, the Foran Patent, the Larom Patent, the Piper Publication, the Brown Publication, the Yoshimoto Patent, and/or the Dunsmore Patent;

Claim 20: Obvious in combination with the Dunsmore Patent;

Claim 21: Obvious in combination with the Dunsmore Patent;

Claim 22: Obvious in combination with the Dunsmore Patent;

Claim 23: Obvious in combination with the Haaije de Boer Publication and/or the Dunsmore Patent;

Claim 24: Obvious in combination with the Dunsmore Patent;

Claim 25: Obvious in combination with the Brydon Patent, the Baumert Publication, and/or the Dunsmore Patent; and

Claim 26: Obvious in combination with the Dunsmore Patent.

18

**17. Dependent Claims 3, 5, 10, 11, 12, 15, 19, 22, and 23 are Obvious as Matters of Design Choice**

Dependent Claims 3, 5, 10, 11, 12, 15, 19, 22, and 23 of the '588 Patent are obvious pursuant to 35 U.S.C. § 103(a) in that these claims describe subject matter that are matters of design choice which would be obvious to one of ordinary skill in the art.

**D. Rule 303.3(a)(4) – Chart Specifically Identifying Claim Elements in the Identified Prior Art.**

As required by Local Civil Rule 303.3(a)(4) and in response to Trudell's Preliminary Infringement Contentions, attached is Exhibit A, which are charts that specifically detail where each claim limitation of the Asserted Claims of the '588 Patent may be found in the disclosed prior art references. Citations to the prior art references are exemplary; other support for D R Burton's contentions may be found elsewhere in the cited references. These charts, at least in part, are based upon the positions taken by Trudell in its Preliminary Infringement Contentions, without adopting the positions reflected in Trudell's Preliminary Infringement Contentions. The identification of structure or steps in the prior art is not intended to reflect D R Burton's claim interpretations, either directly or by implication.

The citations provided in the attached claim charts are representative of the teachings of the listed references. D R Burton reserves the right to modify these charts by adding additional prior art references to the extent such modification is appropriate in light of any additional information gained through ongoing investigations or through discovery or in light of arguments made or positions taken by Trudell.

**E. Rule 303.3(a)(5) – Identification of Asserted Claims that are Indefinite or Lack Enablement or Written Description Pursuant to 35 U.S.C. § 112.**

As required by Local Civil Rule 303.3(a)(5), D R Burton believes the following Asserted Claims are invalid under 35 U.S.C. § 112, first or second paragraphs. D R Burton submits that

19

claims 1-26 of the '588 Patent are invalid under 35 U.S.C. § 112, first or second paragraphs, either by virtue of explicitly reciting claim terms that are indefinite, lack enablement, or written description, or by depending on independent or dependent claims that incorporate the same. 35 U.S.C. § 112, first paragraph states that specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art to which it pertains, or with which it is most nearly connected, to make and use the same, and shall set forth the best mode contemplated by the inventor of carrying out his invention.

| Term/Phrase | Applicable Claim | Lacks Enablement and/or Written Description Under 35 U.S.C. § 112 ¶ 1 | Indefinite Under 35 U.S.C. § 112 ¶ 2 |
|---|---|---|---|
| "Blocking surface" | 1, 8-9, 17-18, and 26 | X | N/A |
| "Blocking segment configured to translate relative to the opening [along the shorter first dimension] between a closed position where the flow of air through the opening is restricted, and an open position where the floor of air through the opening is less restricted." | 9, 18 | X | X |
| "Mounted" | 2, 4, and 21 | X | X |
| "Mounted to the vane at an obtuse angle" | 3 | X | N/A |
| "Combined center of gravity" | 5 | X | X |
| "Biased during a period of no air flow through the opening solely by the weight of gravity" | 6 | X | X |

20

| | | | |
|---|---|---|---|
| "Contacts the opening" | 8, 17, and 26 | X | X |
| "Translate" / "Configured to translate" / "translate relative to the opening" | 9, 18, and 24 | X | X |
| "[generally] oblong cross-sectional" | 9, 10, and 23 | X | N/A |
| "Conduit" | 11, 12, and 22 | X | N/A |
| "Cross-sectional shape of the conduit along the length" | 11 and 22 | X | N/A |
| "Mate" | 15 and 18 | X | X |
| "Side profile of the blocking segment" / "Side profile of the opening" | 15 and 18 | X | N/A |
| "In the direction of the elongated second dimension" | 15 | X | N/A |
| "a side profile of the blocking segment is shaped to mate with a side profile of the opening, when the blocking segment is in the closed position" | 18 | X | X |
| "Vane" | 1-6, 13-14, 20-21 | X | X |

## F.  Rule 303.4 – Document Production Accompany Preliminary Invalidity Contentions.

Pursuant to the Court's Case Management Order (D.E. 55) and Local Civil Rule 303.3, D R Burton will serve along with these invalidity contentions a document production containing a copy of the prior art identified above pursuant to Local Civil Rule 303.3(a)(2).

Dated: June 14, 2019

/s/ Alan B. Felts
Christopher C. Campbell
chris.campbell@kslaw.com

21

1700 Pennsylvania Avenue, NW, Ste. 200
Washington, D.C. 20004-2400
Tel: (202) 626-5578

*Counsel for D R Burton Healthcare, LLC*

Jeffery S. Southerland (N.C. Bar # 34221)
jsoutherland@tuggleduggins.com
Alan B. Felts (N.C. Bar # 42826)
afelts@tuggleduggins.com
Tuggle Duggins P.A.
100 N. Green Street, Ste. 600
Greensboro, NC 27401
Telephone: 336-271-5251
Fax: 336-274-6590

*Local Civil Rule 83.1(d) Counsel for D R
Burton Healthcare, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of **DEFENDANT D R BURTON HEALTHCARE LLC'S FIRST AMENDED PRELIMINARY INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION PURSUANT TO LOCAL CIVIL RULES 303.3 AND 303.4** via Email on June 14, 2019.

DATED: June 14, 2019

*/s/ Alan B. Felts*
Alan B. Felts
afelts@tuggleduggins.com
NC State Bar No. 42826
TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro NC 27402
Telephone: (336) 378-1431
Facsimile: (336) 274-6590
*Attorney for D R Burton Healthcare, LLC*

22

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

| | | |
|---|---|---|
| **TRUDELL MEDICAL INTERNATIONAL,** | ) | |
| | ) | Case No. 4:18-CV-00009-H-KS |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| **D R BURTON HEALTHCARE LLC** | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT D R BURTON'S PRELIMINARY INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENT PRODUCTION PURSUANT TO LOCAL CIVIL RULES 303.3 AND 303.4

| US 9,808,588 B1 | **Excerpts from Prior Art References Disclosing Limitation** |
|---|---|
| **CLAIM 1**<br><br>A respiratory treatment device comprising: | "The present disclosure relates **to respiratory therapy devices and methods for administering breathing-relating treatments** (e.g., oscillatory, continuous, etc.) to a patient. More particularly, it relates to **standalone respiratory therapy devices capable of creating oscillatory positive expiratory pressure pulses**. One or more additional therapies (e.g., continuous positive airway pressure, continuous positive expiratory pressure, delivery of aerosolized medication, etc.) are optionally available in some embodiments" (Dunsmore, U.S. Pat. No, 8025054, Col. 1, Lines 13-21)<br><br>"This invention relates **to apparatus and methods for the control of pressure in the administration of** |

1

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **continuous positive airway pressure (CPAP) treatment or assisted respiration**." (Brydon, U.S. Pat. No. 6182657, Col. 1, Lines 5-9)<br><br>"Referring to FIGS. 1-6, an exemplary embodiment of a pursed lip breathing device, is shown generally at 10. Preferably, **the breathing device 10 is a pursed lip Positive Expiratory Pressure (PEP) breathing device that provides therapy to the user during an exhale phase of a breathing cycle, though the present invention may also be used as a pursed lip Inspiratory Muscle Training (IMT) breathing device to provide therapy during an inhale phase of a breathing cycle**. In either case, the breathing device 10 controls the airflow generated by the user's breathing to induce pressure in the user's pulmonary system." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 2, Para 0026)<br><br>"This invention relates in general to **a hand-held, single patient use, positive expiratory pressure respiratory therapy device and, in particular, to a positive expiratory pressure respiratory therapy device utilizing a nonlinear orifice for adjusting and maintaining a desired pressure oscillation frequency in accordance with a predetermined pressure range of a patient's expiratory air**." (Foran, U.S. Pat. No. 6581598, Col. 1, Lines 6-12)<br><br>"A device for measuring respiratory air flow, comprising: **(a) a conduit having an inlet for exhaled air and an outlet for the exhaled air; (b) a sensing member movably disposed in the conduit between the inlet and at least a portion of the outlet, the sensing member at least partially blocking at least a portion of the conduit and moving in response to the passage of the exhaled air through the conduit; and (c) a self-oscillation dampener movably engaging the sensing member, wherein the self-oscillation dampener dampens an amplitude of oscillations of the sensing member in response to the exhaled air contacting the sensing member**." (Larom, U.S. Pat. No. 6447459, Claim 1) |

2

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "This invention pertains generally to ventilation devices, and more particularly to **a constant pressure, variable flow, electrically powered centrifugal compressor ventilation device that is fully functional with a mask and which can be adapted to a number of applications including (1) a respiratory device used for automatic resuscitation of patients needing emergency ventilation, (2) emergency backup ventilation capabilities for hospitals and other healthcare institutions, and (3) positive pressure support therapy for patients suffering from obstructive respiratory conditions such as sleep apnea among other diseases**." (Piper, U.S. Pat. Pub. 20080257348, Page 2, Para 0014)<br><br>"The present invention is directed to **an inhaler which is simple in construction, can accommodate cassettes holding multiple capsules and is very effective at delivery of the powdered pharmaceutical from the capsules**." (Haber, U.S. Pat. No. 5372128, Col. 1, Lines 23-26)<br><br>"The present invention relates to **a portable breathing device for providing resistance and intra-trachea bronchial percussion on breathing in and breathing out to increase pulmonary efficiency while improving cilial movement which assists mobilization of intrabronchial mucous or secretions within the lung**. It can be used for increasing breathing efficiency and for training athletes and also in the treatment of medical conditions related to weak breathing." (Brown, U.S. Pat. Pub. No. US2008/0053456, Para. 0002)<br><br>"The present invention relates to **pulsating vibration air generation means for generating pulsating vibration air used for removing extra powder of tablets, pneumatically transporting powdered material, and vibrating mechanical members**." (Yoshimoto, U.S. Pat. No. 6607008, Col. 1, Lines 6-10)<br><br>"The present invention provides **an artificial respiration apparatus 12 of a high oscillation type, in which oxygen supply to a patient P and exhaled gas discharge are urged by an oscillating gas having a higher frequency than the cycle of the patient respiration**. The apparatus includes a discharge direction regulating mechanism 7 for regulating the exhaled gas to flow only in the discharge direction." (Takaki, U.S. Pat. No. 6446629, Abstract) |

3

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "The present invention provides **a respiratory exercise apparatus which is portable, non-positional, and provides percussion and resistance during inspiration and expiration**." (Hougen, U.S. Pat. No. 5890998, Col. 2, Lines 39-41) |
| **1(a)** an inlet configured to receive exhaled air into the device; | "FIG. 1 is a block diagram illustrating features of a respiratory therapy device 30 in accordance with some aspects of the present disclosure. In general terms, the respiratory therapy device 30 is adapted to operate in a passive mode (e.g., oscillatory PEP) and an active mode (e.g., CHFO and optionally CPAP), and generally includes a housing 32 and an interrupter valve assembly 34. **The housing 32 forms or maintains a patient inlet 36, at least one chamber 38, an exhaust outlet 40, and at least one pressurized fluid supply inlet 42.** The interrupter valve assembly 34 includes at least one control port 44 and a valve body 46. The control port(s) 44 fluidly connects the patient inlet 36 and the chamber 38, whereas the valve body 46 is adapted to selectively obstruct or interrupt fluid flow through the control port(s) 44. Details on the various components are provided below. In general terms, however, by controlling or operating the valve body 46 to selectively obstruct (partially or completely) the control port(s) 44, the interrupter valve assembly 34 alters airflow/pressure characteristics to and/or from the patient inlet 36. For example, where the supply inlet 42 is not connected to a separate source of pressurized fluid 48, as a patient (not shown) exhales into the patient inlet 36, the interrupter valve assembly 34 operates to periodically at least partially close the control port(s) 44, thereby establishing a resistance to airflow or back pressure in the patient inlet 36. This periodic back pressure, in turn, provides an oscillatory PEP therapy. In addition, when the supply inlet 42 is fluidly connected to the pressurized fluid source 48, the interrupter valve assembly 34 operates to periodically at least partially interrupt fluid flow from the supply inlet 42 to the patient inlet 36. This interrupted supply of pressure toward the patient serves as a CHFO therapy. As described below, the device 30 can optionally include features that |

4

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | selectively disable all or a portion of the interrupter valve assembly 34 in conjunction with the supply of pressurized fluid to the supply inlet 42 in providing a CPAP therapy (either along or simultaneous with CHFO therapy)" (Dunsmore, U.S. Pat. No, 8025054, Col. 5-6, Lines 38-7<br><br>"The apparatus can further **comprise a path for patient exhalation from said outlet by-passing the turbine**. The exhalation path can vent to atmosphere or recirculate to said inlet." (Brydon, U.S. Pat. No. 6182657, Col. 4, Lines 1-4)<br><br>"A pursed lip breathing device comprising: **a housing having an air channel defined therein, the air channel having a first end for receiving an airflow from a user and a second opposing open end; a mouthpiece attached to the housing for receiving the user's lips during breathing, wherein the mouthpiece includes mouth support portion and a stem portion having an aperture defined therein, the aperture generally communicating with the first end of the air channel so that the user generates an airflow in the air channel by breathing through the aperture**, and the stem portion having an outer surface dimensioned so that the user's lips are pursed about the stem portion during breathing; and an airflow adjustment member communicating with the opening to adjust the airflow through the air channel to thereby induce a pressure on the user's lungs upon generation of the airflow by breathing, the airflow adjustment member being flexibly actuatable between a flexed position and a relaxed position, wherein the airflow through the air channel is unrestricted when the airflow adjustment member is in the relaxed position and the airflow in the air channel is restricted to varying degree as the airflow adjustment member is flexibly actuated between the relaxed position to the flexed position; and the device further comprising a limiting member positioned relative to the opening for defining the flexed position of the airflow adjustment member." (Baumert, U.S. Pat. Pub. No. US20070089740, Claim 24) |

5

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "A positive expiratory pressure therapy device for inducing an oscillatory expiratory air pressure from a patient, **comprising an airflow tube having an inlet opening through which a patient to be treated inhales inspiratory air, and a patient input opening through which a patient inhales to draw inspiratory air into said air flow tube and through which a patient exhales to discharge expiratory from said air flow tube**; a one-way valve carried at said air flow tube inlet opening to allow inspiratory air to be drawn there through, but to block the passage of expiratory air there through; said air flow tube further including a non-linear discharge orifice which is closed during the passage of inspiratory air through said inlet opening, and opened in response to the discharge of expiratory air; and control means for controlling the opening and closing of said non-linear discharge orifice in response to the pressure of the expiratory air discharged into said patient input opening."(Foran, U.S. Pat. No. 6581598, Claim 1) "A device for measuring respiratory air flow, comprising**: (a) a conduit having an inlet for exhaled air and an outlet for the exhaled air**; (b) a sensing member movably disposed in the conduit between the inlet and at least a portion of the outlet, the sensing member at least partially blocking at least a portion of the conduit and moving in response to the passage of the exhaled air through the conduit; and (c) a self-oscillation dampener movably engaging the sensing member, wherein the self-oscillation dampener dampens an amplitude of oscillations of the sensing member in response to the exhaled air contacting the sensing member." (Larom, U.S. Pat. No. 6447459, Claim 1) "As shown in FIG. 1, the device consists of a cabinet floor 1 (having attached thereto slip and vibration resistant feet 29), cabinet case 3, and ventilated cabinet cap 26. Electricity is provided through electrical cord 4 which is equipped with the appropriate plug 5 for access to 115 volts AC or similar such power source. The electricity is provided to an internal closed electric circuit through means of toggle switch 10. In the embodiment shown in FIG. 1, the invention has at least two predefined ventilator settings, which are controlled through toggle switch 10. **Air is entrained by an internal turbine assembly 15 through air inlet** |

6

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **8, a small percent of which is fed through cooling port 7 to motor 16 for cooling and allowed to pass out the cooling vent 9**. It will be appreciated that the apparatus may vary as to configuration and as to details of the parts without departing from the basic concepts as disclosed herein. "As shown in FIG. 1 and FIG. 9, turbine assembly 15 is shown along with motor 16, which are mounted to cabinet base 1 by way of bulkhead 17. Turbine assembly 15 and motor 16 are mounted on opposite sides of bulkhead 17. Bulkhead 17 separates control box 1 into two separate compartments: turbine compartment 19 and motor compartment 20 (FIG. 9). Electronic circuit 18 is located in motor compartment 20. Bulkhead 17 prevents any fluid communication between turbine compartment 19 and motor compartment 20 to prevent ozone produced by motor 16 from being entrained into turbine assembly 15 and subsequently supplied to the patient through patient gas conduit connector 11. **Turbine assembly 15 is equipped with a small flow conduit, cooling port 7, to allow a small fraction of the airflow produced by the turbine to pass through the internal components of motor 16 thus providing essential cooling to motor 16, and purging motor compartment 20 of heat and ozone**. Gas passing through motor 16 is allowed to exit cabinet case 3 through cooling vent 9. Patient gas conduit connector 11 serves as the gas outlet of turbine assembly 15." (Piper, U.S. Pat. Pub. 20080257348, Page 4, Para 0053-0054) "Toggle switch 10 is shown along with max ventilation label 12 and nominal ventilation label 13 (more clearly seen in FIG. 7), which both serve to indicate the necessary position of the toggle switch required for the described setting. Toggle switch 10 is further equipped with an internal LED that lights up when the device has been provided with power and the switch is in the "ON" position. Electrical cord 4 is equipped with a strain relief 14 at the base of power cord 4 where it interfaces with cabinet case 3. **A fluid conduction pathway is established with the patient at the upper outlet extending through the cabinet case 3 at patient gas conduit connector 11.** Nominally, the gas conduit connecter is capable of receiving fluid conduction pathways such as a medical grade or oxygen rated tubing having an internal diameter of 22 mm." (Piper, U.S. Pat. Pub. 20080257348, Page 4, Para 005) "An inhaler, for use with powdered pharmaceutical-containing capsules, the capsules each being elongated and having ends and a length therebetween, comprising: **a body having an air inlet, an air/pharmaceutical outlet, a dispensing position and a hollow interior;**" (Haber, U.S. Pat. No. 5372128, Claim 1) |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|

"In use the head 16 is attached to base unit 11 so that drive shaft 25 fits into and is driven by the drive dog 24 mounted on the motor shaft of the motor in the base unit. The lugs 20 snap fit into the slots thus holding the head unit in place. A user presses button 23 which starts the motor in the base unit so that the rotary valve in the head unit rotates opening and closing the valve and interrupting the flow of air in conduit 21**. The user breathes in through mouthpiece 17 and air enters at the inlet 18 via restrictor 27 and passes along the conduit 21 where the flow is interrupted by the valve 22 so that the flow of air into the user's lungs is interrupted**; the user can then breathe out through the valve 22 and the outlet and restrictor 27. The speed of rotation of the motor can be varied during manufacture, which varies the frequency of the valve opening and closing and the flow of air to and from the user; this is set for optimal performance enhancement as dictated by experimental result, but is envisaged as between 5 Hz and 100 Hz and usually between 10 Hz and 50 Hz." (Brown, U.S. Pat. Pub. No. US20080053456, Para. 0078)

"The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10. **The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P**. The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P. On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an

8

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | exhaling condition of the patient P.""(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63)<br><br>"A dry powder medicament dispenser device comprising: **a housing including an inhalation airway passageway having an inlet and outlet, said inhalation airway passageway affording passage of inspiratory airflow through the outlet and into the respiratory system of a user**, an actuatable firing means for delivering a dose of a dry powder medicament to a user including a dosage member and dosage chamber for holding a pre-determined amount of dry powder medicament, an inhalation activated assembly for actuating the firing means without requiring the user to coordinate separate actions upon inhalation in order to actuate the firing means, the inhalation activated assembly having a flexible membrane in communication with the inhalation airway passageway and adapted to move between (1) a first position which restricts actuation of the firing means; and (2) a second position, wherein inspiratory airflow through the inhalation airway passageway biases the flexible membrane from the first toward the second position, and wherein movement of said flexible membrane between said first and second positions affords actuation of the firing means." (Whaley, U.S. Pat. No. 6029661, Claim 1)<br><br>"**The housing includes an inhalation airway passageway affording passage of a user inspiratory airflow**. According to a third aspect of the present invention, the actuator comprises a biasing means such as a spring for biasing the dosage chamber toward the registered position, and releasable retaining means for releasably retaining the dosage chamber spaced from the registered position against the bias of the spring. The releasable retaining means preferably comprises an inhalation activated system in communication with the inhalation airway passageway. The inhalation activated system releases the dosage chamber in response to the user inspiratory airflow to afford movement of the dosage chamber to the registered position under the bias of the spring."(Whaley, U.S. Pat. No. 6029661, Col. 3, Lines 26-40)<br><br>"The dispenser comprises a housing 14 having inner and outer 8 surfaces, means for providing an agglomerated, predetermined dose of powdered medicament within a dosage chamber 32 of a dosage member 30, a pressurization assembly 20 for providing a deagglomeration pressure, an actuator 40, **and an optional mouthpiece portion 15**." (Whaley, U.S. Pat. No. 6029661, Col. 6, Lines 6-11) |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "A method for exercising the lungs of a user, said method comprising the steps of: providing a mouth adjustable exercising apparatus, **said apparatus having a mouthpiece interconnected to a body portion with said body portion having at least one aperture for the ingress and egress of air through said body portion and said mouthpiece**…" (Hougen, U.S. Pat. No. 5890998, Claim 28) |
| **1(b)** an outlet configured to permit air to exit the device; | "FIG. 1 is a block diagram illustrating features of a respiratory therapy device 30in accordance with some aspects of the present disclosure. In general terms, the respiratory therapy device 30 is adapted to operate in a passive mode (e.g., oscillatory PEP) and an active mode (e.g., CHFO and optionally CPAP), and generally includes a housing 32 and an interrupter valve assembly 34. **The housing 32 forms or maintains a patient inlet 36, at least one chamber 38, an exhaust outlet 40,and at least one pressurized fluid supply inlet 42**. The interrupter valve assembly 34 includes at least one control port 44 and a valve body 46. The control port(s) 44 fluidly connects the patient inlet 36 and the chamber 38, whereas the valve body 46 is adapted to selectively obstruct or interrupt fluid flow through the control port(s) 44. Details on the various components are provided below. In general terms, however, by controlling or operating the valve body 46 to selectively obstruct (partially or completely) the control port(s) 44, the interrupter valve assembly 34 alters airflow/pressure characteristics to and/or from the patient inlet 36. For example, where the supply inlet 42 is not connected to a separate source of pressurized fluid 48, as a patient (not shown) exhales into the patient inlet 36,the interrupter valve assembly 34 operates to periodically at least partially close the control port(s) 44, thereby establishing a resistance to airflow or back pressure in the patient inlet 36. This periodic back pressure, in turn, provides an oscillatory PEP therapy. In addition, when the supply inlet 42 is fluidly connected to the pressurized fluid source 48, the interrupter valve assembly 34 operates to periodically at least partially interrupt fluid flow from the supply inlet 42 to the patient inlet 36. This interrupted supply of pressure toward the patient serves as a CHFO therapy. As described below, the device 30 can optionally include features that selectively disable all or a portion of the interrupter valve assembly 34 in conjunction with the supply of pressurized fluid to the supply inlet 42 in providing a CPAP therapy (either along or simultaneous with CHFO therapy)" (Dunsmore, U.S. Pat. No, 8025054, Col. 5-6, Lines 38-7) |
| | "For example, with reference to FIGS. 14A and 14B, the mouthpiece 208 (or other component attached to the mouthpiece 208, such as a nebulizer connector) is placed in the patient's mouth (not shown) and the patient performs a breathing cycle through the patient inlet 210. During the inspiratory phase, ambient air readily enters the patient inlet 210 via a relief port arrangement 266, the flow through which is controlled by a one- |

10

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | way valve structure 268 (such as an umbrella valve). During the expiratory phase, exhaled air from the patient is directed through the patient inlet 210 and toward the plate 194. With the valve body 202 arrangement relative to the control ports 200 a, 200 b of FIGS. 14A and 14B, the valve plate segments 232, 234 are not aligned with the control ports 200 a, 200 b such that the patient's exhaled air flows from the patient inlet 210 through the control ports 200 a, 200 b, and into the first chamber 212. This flow pattern is represented by arrows in FIGS. 14A and 14B. Airflow within the first chamber 212 flows through the passage 224 and into the second chamber 220, and then interacts with the lobe assemblies 240, 242. **In particular, airflow within the second chamber 220 causes the lobe assemblies 240, 242 to rotate, with the airflow then exiting the second chamber 220 (at the outlet opening 256 of FIG. 14A) to the exhaust chamber 254. Air within the exhaust chamber 254 is then exhausted to the environment via the exhaust outlet 262**." (Dunsmore, U.S. Pat. No, 8025054, Col. 17, Lines 4-26)<br><br>"**The apparatus can further comprise a path for patient exhalation from said outlet by-passing the turbine**. The exhalation path can vent to atmosphere or recirculate to said inlet." (Brydon, U.S. Pat. No. 6182657, Col. 4, Lines 1-4)<br><br>"In the exhale position, as shown in FIG. 6, the user presses on the thumb pad 36 to axially compress the spring 50 and slide the breathing tube assembly 20 towards the second housing end 16 to dose the gap 56 between the air channel extension plate 54 and the breathing tube assembly 20. Upon doing so, the air channel 22 of the breathing tube assembly 20 aligns and connects with an extension air channel 64 that extends though the center of the air channel extension plate 54 and out openings in the second housing end 16. **As the user exhales through the device 10, an airflow passes through the air channel 22 and the extension air channel 64 (as indicated by the exhale airflow arrow 66) and exits out the second housing end 16 (as indicated by the exit airflow arrow 68)**. When the breathing tube assembly 20 is in the exhale position, the optional inhale air holes 60 are blocked by the major diameter section 44 of the breathing tube assembly 20." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 4, Para 0036) |

11

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "As the patient or user applies a positive expiratory air pressure at the patient input end 202, **the air pressure is applied through the opening 326 against the cone 425 of the rocker assembly 400 which forms a closure of the opening 326**."(Foran, U.S. Pat. No. 6581598, Col. 7, Lines 6-10)<br><br>"A device for measuring respiratory air flow, comprising: (a) **a conduit having an inlet for exhaled air and an outlet for the exhaled air**; (b) a sensing member movably disposed in the conduit between the inlet and at least a portion of the outlet, the sensing member at least partially blocking at least a portion of the conduit and moving in response to the passage of the exhaled air through the conduit; and (c) a self-oscillation dampener movably engaging the sensing member, wherein the self-oscillation dampener dampens an amplitude of oscillations of the sensing member in response to the exhaled air contacting the sensing member." (Larom, U.S. Pat. No. 6447459,Claim 1)<br><br>"Ventilator device comprising: a. an electrically powered centrifugal compressor having access to ambient air; b. a respiratory patient support conduit having the capability to vent to the environment and in fluid communication with said centrifugal compressor; c. a time control circuit having an "ON" and "OFF" cycle, wherein each cycle is separated by a defined time interval and being in electrical communication with said centrifugal compressor; d. a power source in electrical communication with said time control circuit; whereupon said time control circuit is cycled to an "ON" cycle allowing for said centrifugal compressor to supply a flow of air at a high pressure at a set voltage to said respiratory patient support conduit for a defined time interval; whereupon expiration of said defined time interval, **said time control circuit is then transitioned to an "OFF" cycle allowing for said centrifugal compressor to supply a flow of air at a low pressure at a reduced voltage to said respiratory patient support conduit and allowing said patient support conduit to vent to the environment**; and wherein at each state said centrifugal compressor |

12

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | simultaneously supplies compressed ambient air at a constant pressure and a variable flow rate." (Piper, U.S. Pat. Pub. No. 20080257348, Claim 1)<br><br>"An inhaler, for use with powdered pharmaceutical-containing capsules, the capsules each being elongated and having ends and a length therebetween, comprising: **a body having an air inlet, an air/pharmaceutical outlet, a dispensing position and a hollow interior;**" (Haber, U.S. Pat. No. 5372128, Claim 1)<br><br>"In use the head 16 is attached to base unit 11 so that drive shaft 25 fits into and is driven by the drive dog 24 mounted on the motor shaft of the motor in the base unit. The lugs 20 snap fit into the slots thus holding the head unit in place. A user presses button 23 which starts the motor in the base unit so that the rotary valve in the head unit rotates opening and closing the valve and interrupting the flow of air in conduit 21. The user breathes in through mouthpiece 17 and air enters at the inlet 18 via restrictor 27 and passes along the conduit 21 where the flow is interrupted by the valve 22 so that the flow of air into the user's lungs is interrupted; **the user can then breathe out through the valve 22 and the outlet and restrictor 27**. The speed of rotation of the motor can be varied during manufacture, which varies the frequency of the valve opening and closing and the flow of air to and from the user; this is set for optimal performance enhancement as dictated by experimental result, but is envisaged as between 5 Hz and 100 Hz and usually between 10 Hz and 50 Hz." (Brown, U.S. Pat. Pub. No. 20080053456, Para. 0078)<br><br>"The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10. The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a |

13

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | humidified gas mixture Ai to the patient P. The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170.  **This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173**. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P. **On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P**."(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63).<br><br>"A dry powder medicament dispenser device comprising**: a housing including an inhalation airway passageway having an inlet and outlet**, said inhalation airway passageway affording passage of inspiratory airflow through the outlet and into the respiratory system of a user, an actuatable firing means for delivering a dose of a dry powder medicament to a user including a dosage member and dosage chamber for holding a pre-determined amount of dry powder medicament, an inhalation activated assembly for actuating the firing means without requiring the user to coordinate separate actions upon inhalation in order to actuate the firing means, the inhalation activated assembly having a flexible membrane in communication with the inhalation airway passageway and adapted to move between (1) a first position which restricts actuation of the firing means; and (2) a second position, wherein inspiratory airflow through the inhalation airway passageway biases the flexible membrane from the first toward the second position, and wherein movement of said flexible membrane between said first and second positions affords actuation of the firing means." (Whaley, U.S. Pat. No. 6029661, Claim 1)<br><br>"The dispenser 10 includes (1) an optional medicament delivery passageway 16 extending between an injection inlet end 17 (e.g. a circular opening having a diameter of 0.062 inches (1.57 millimeters) formed by a bore in the housing 14) intermittently communicating with the dosage chamber 32, and an outlet end 18 opening through the mouthpiece portion 15, (2) at least one air entrance passageway 19 having an inlet end opening through the outer surface 8 of the housing 14 and an outlet end opening into the medicament delivery passageway 16, and (3) **the pressure outlet passageway 23 with an inlet end communicating with the fluid pressure reservoir 22 and an outlet end opening generally opposite the injection inlet end 17 of the medicament delivery passageway 16**."(Whaley, U.S. Pat. No. 6029661, Col. 6-7, Lines 63-67 and 1-8) |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "A method for exercising the lungs of a user, said method comprising the steps of: providing a mouth adjustable exercising apparatus, **said apparatus having a mouthpiece interconnected to a body portion with said body portion having at least one aperture for the ingress and egress of air through said body portion and said mouthpiece**…" (Hougen, U.S. Pat. No. 5890998, Claim 28) |
| **1(c)** an opening positioned in an exhalation flow path defined between the inlet and the outlet; | "Although the respiratory therapy device 60 has been described as providing both passive and active modes of operation, in other embodiments in accordance with the present disclosure, similar principles of operation can be employed in a passive-only or oscillatory PEP device (that otherwise interacts with the patient's breathing). For example, an alternative embodiment respiratory therapy device 186 is shown in exploded form in FIG. 9. The therapy device 186 is similar in many respects to the respiratory therapy device 60 (FIG. 2) previously described, and includes a housing 188 (referenced generally) and an interrupter valve assembly 190. **The housing 188 includes a leading section 192, an intermediate plate 194, a trailing section 196, and an end plate 198. The interrupter valve assembly 190 includes one or more control ports 200 a, 200 b, a valve body 202, and a drive mechanism 204. As described in greater detail below, the drive mechanism 204 rotates the valve body 202 in response to exhaled airflow from the patient to periodically obstruct or close the control ports 200 a, 200 b**." (Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 11-29)<br><br><br>Fig. 2<br><br>"Importantly, and as noted in FIG. 5, on patient expiration, a low impedance exhalation path 46 is provided, otherwise the benefit of a reduced treatment pressure during expiration may be negated by the patient being required to do excessive work during expiration. **The expiration path 46 occurs between the outlet 22 and the inlet 20 by means of the open space around the sides and top of the turbine 18, creating a ready path to atmosphere**. Without the expiration path a back pressure would be formed on patient expiration that would restrict the lowest treatment pressure achievable, that being particularly important to expiration treatment pressure in bi-level CPAP where an expiration treatment pressure of 4 cm H2O is not uncommon. |

15

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | Ideally, the back pressure on expiration should be limited to 2 cm H2O through the provision of the exhalation path 46. A low impedance exhalation path is preferred not only for bi-level CPAP treatment, but also for single level CPAP where, although the pressure remains constant, there should not be undue impedance to opposed flow due to patient expiration." (Brydon, U.S. Pat. No. 6182657, Col. 6, Lines 30-48)<br><br>"The pursed lip breathing device of claim 1, **wherein the air channel has a first end generally communicating with the mouthpiece aperture, a second end, and an opening intermediate the first and second ends**; and wherein the means for restricting the airflow through the air channel comprises an airflow adjustment member attached to the housing and communicating with the opening to adjust the airflow through the air channel." (Baumert, U.S. Pat. Pub. No. US20070089740, Claim 19)<br><br>"**The air flow tube 200 is open throughout its length, and includes at the inspiratory air inlet end 201 a one-way flapper valve 205**. The flapper valve 205 allows a patient to draw inspiratory air into the air flow tube 200 through the air inlet end 201, but prevents expiratory air from being passed out of the air flow tube 200 through the air inlet end. To this end the one way flapper valve 205 is positioned on a spider 206 which is inserted into the open air inlet end 201 against a shoulder 207 forming a space sufficient for the one way operation of the valve 205. Upon inhalation by a user, the valve 205 opens and allows air to pass into the air flow tube 200. Upon exhalation, the valve 205 is held closed against the spider 206 thereby preventing expiratory air from passing out through the inlet end 201." (Foran, U.S. Pat. No. 6581598, Col. 3, Lines 50-63)<br><br>"Referring to FIGS. 14 and 15, the plate member 132 is movably or rotatably engaged with the head housing 144 to permit exhaled air 148 passing through the inlet conduit 124 and the orifice 136 to displace the plate member 132 away from the orifice 136. **When the plate member 132 is displaced away from the orifice 136, the exhaled air 148 can pass into the outlet conduit or flow chamber 128 and through the outlet or exhaust 152 into the exterior environment**. The clearance between the bent edges of the plate member and the adjacent interior surfaces of the head housing is typically low (e.g., no more than about 0.5 mm to improve measurement accuracy"(Larom, U.S. Pat. No. 6447459, Col.5-6, Lines 64-8) |

16

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "Toggle switch 10 is shown along with max ventilation label 12 and nominal ventilation label 13 (more clearly seen in FIG. 7), which both serve to indicate the necessary position of the toggle switch required for the described setting. Toggle switch 10 is further equipped with an internal LED that lights up when the device has been provided with power and the switch is in the "ON" position. Electrical cord 4 is equipped with a strain relief 14 at the base of power cord 4 where it interfaces with cabinet case 3. **A fluid conduction pathway is established with the patient at the upper outlet extending through the cabinet case 3 at patient gas conduit connector 11**. Nominally, the gas conduit connecter is capable of receiving fluid conduction pathways such as a medical grade or oxygen rated tubing having an internal diameter of 22 mm." (Piper, U.S. Pat. Pub. No. 20080257348, Page 4, Para 0054)<br><br>"Means for incrementally rotating the cassette so to position successive capsules at the dispensing position, said capsules remaining within said cassette at the dispensing position; **whereby movement of air along the air path from the air inlet, past and through the capsule with breached ends entrains the powdered pharmaceutical in the air and causes a combination of air and powdered pharmaceutical to pass through the air/pharmaceutical outlet**." (Haber, U.S. Pat. No. 5372128, Claim 1)<br><br>"When data about a user's performance is to be monitored, a head unit containing the appropriate sensors can be used instead of that described above. **A simple such head unit is illustrated in FIG. 14 which shows a detachable head unit conduit 100 having an inlet 101, a mouthpiece 102 and a valve 107. These correspond to the conduit 21, mouthpiece 17, inlet 18 and valve 22 described above with reference to FIGS. 1 to 11**. Exterior to the conduit is an ambient sensor 103 of temperature and pressure. Inside the conduit 100, inboard of the mouthpiece 102, is a "user side" sensor 104 of temperature and pressure. Inside the conduit 100, just inboard of the inlet 101, is an inlet sensor 105 of temperature and pressure. The three sensors are connected to a data processor 106." (Brown, U.S. Pat. Pub. No. 2008/0053456, Para. 0084)<br><br>"The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as |

17

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10.  The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P. **The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P**. On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P."(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63) <br><br> "A dry powder medicament dispenser device comprising: a housing including an inhalation airway passageway having an inlet and outlet, said inhalation airway passageway affording passage of inspiratory airflow through the outlet and into the respiratory system of a user, an actuatable firing means for delivering a dose of a dry powder medicament to a user including a dosage member and dosage chamber for holding a pre-determined amount of dry powder medicament, an inhalation activated assembly for actuating the firing means without requiring the user to coordinate separate actions upon inhalation in order to actuate the firing means, the inhalation activated assembly having a flexible membrane in communication with the inhalation airway passageway and adapted to move between (1) a first position which restricts actuation of the firing means; and (2) **a second position, wherein inspiratory airflow through the inhalation airway passageway biases the flexible membrane from the first toward the second position**, and wherein movement of said flexible membrane between said first and second positions affords actuation of the firing means." (Whaley, U.S. Pat. No. 6029661, Claim 1) <br><br> "**The housing includes an inhalation airway passageway affording passage of a user inspiratory airflow**. According to a third aspect of the present invention, the actuator comprises a biasing means such as a spring for biasing the dosage chamber toward the registered position, and releasable retaining means for releasably |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | retaining the dosage chamber spaced from the registered position against the bias of the spring. The releasable retaining means preferably comprises an inhalation activated system in communication with the inhalation airway passageway. The inhalation activated system releases the dosage chamber in response to the user inspiratory airflow to afford movement of the dosage chamber to the registered position under the bias of the spring."(Whaley, U.S. Pat. No. 6029661, Col. 3, Lines 26-40)<br><br>"As can be seen in FIG. 2, the respiratory exercise apparatus 10 includes a generally cylindrical main body 12 having a left section 14, a central section 15, and a right section 16. The main body 12 further includes axial ends 17 and a cylindrical cavity 18. **A main body mouth 20 disposed on the central portion 15 of the main body 12 has an orifice 22 in communication with the cylindrical cavity 18**. The main body mouth 20 comprises two side walls 24, each having an aperture 26. The main body mouth 20 further comprises an upper wall 28, a lower wall 30, and a tongue 32 projecting from the lower wall 30."( Hougen, U.S. Pat. No. 5890998, Col. 4, Lines 43-53); *and* "With reference to FIG. 16, the segment 504 is generally illustrated. As discussed above, instead of using a complete cylinder, a segment of a cylinder is used as the flow interrupter." (Col. 11, Lines 50-53) |
| **1(d)** a blocking segment configured to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted; and, | "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly** |

19

Case 4:18-cv-00009-D    Document 106-2    Filed 08/20/19    Page 42 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|

**transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port.** With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35).

Fig. 2

"With the above in mind, the respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a first chamber 72, a second chamber (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82. Details on the various components are provided below. In general terms, however, the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. **The valve body 80, in turn, is located in close proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative to the first chamber 72 and the patient inlet 70**. Finally, the supply inlet(s) 74 are fluidly connected to distribution points within the housing 62. During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61).

**MPF** – Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig.

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | 9), and 542 (Fig. 15) corresponds with the claimed function "to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Dusmore patent *supra*, valve body 80 rotates relative to control ports 78a and 78b between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 3, Lines 14-35 and Col. 6, Lines 27-61 of Dusmore).<br><br> "**FIGS. 12a and 12 b show a yet further embodiment of a controllable flow generator 48 that is similar to the embodiments of FIGS. 8 and 9. In place of the choke 50 and valve 62 is a sliding pressure control plate 70**. The pressure control plate 70 has a circular aperture 72 which in conjunction with the entrance to the air inlet 20 forms a choke valve 74. The aperture equally could be profiled in a non-regular shape. The plate 70 also has a profiled slot 76 **which in conjunction with the exit to the branch 60 forms an impedance control valve 78**. (Brydon, U.S. Pat. No. 6182657, Col. 7-8, Lines 66-28).<br><br>The control plate 40 is slidingly operated by an actuator (not shown) having connection with the breathing detection and treatment pressure control circuitry. **As the plate 70 moves to the left to further restrict the mouth of the inlet 20, the effective surface area at the exit of the branch 60 open through the slot 76 is commensurately increased, thus providing a lower impedance exhalation path**. The converse situation applies when the plate 70 is moved to the right, in that when the circular aperture 72 is located wholly over the mouth of the inlet 20 corresponding to inspiration treatment pressure, the exit of the branch 70 is wholly blocked-off by the control plate 70, as the slot 76 will have past the left-most extent of the exit to the branch 60. The tapered arrangement for the slot 76 is one of many possible arrangements and, in this case, provides a near linear relation between exhalation impedance and treatment pressure. (Brydon, U.S. Pat. No. 6182657, Col. 7-8, Lines 66-28).<br><br>**FIG. 13 shows an alternate arrangement to that of FIGS. 12a and 12 b wherein the pressure control plate 70″ is no longer sliding, but rather rotatable, otherwise the principle of operation remains the same**." (Brydon, U.S. Pat. No. 6182657, Col. 7-8, Lines 66-28).<br><br> "The flow generator of claim 1, **wherein the plate is rotatable in the inspiratory mode to increase or decrease the open area of the entrance between substantially fully open and substantially fully closed**." |

21

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | And "The flow generator of claim 1, **wherein the plate is rotatable in the expiratory mode to increase or decrease the open area of the vent between substantially fully open and substantially fully closed**." (Brydon, U.S. Pat. No. 6182657, Claims 2-3).<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted."  As seen in the Brydon patent *supra*, plate 70 is rotatable about air inlet 20 to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 7-8, Lines 66-28 and Claims 2 and 3 of Broyden).<br><br><br>"For therapeutic operation of the breathing device 10, a pressure is induced on the user's lungs during breathing. For example, with a PEP device, the flow rate of expiratory air passing through the device 10 is controlled to induce pressure in the user's pulmonary system. More particularly, the flow rate is controlled by restricting the airflow capacity of the air channel in order to generate a back-pressure in the user's lungs. **Referring to FIG. 2, a restrictor plate 70 is set into the second housing end 16 of the breathing device 10, and includes a plurality of orifices 72 of varying sizes, each of which may be selectively used to adjust and regulate the airflow capacity of the air channel 22. The restrictor plate 70 may be rotatable with respect to the housing so that any one of the three orifices 72 may be selectively aligned with the extension air channel 64 to regulate the airflow through the breathing tube assembly 20**. The combination of predetermined inner diameters and lengths of the air channel 22 plus the selected orifice 72 on the restrictor plate 70 cause a desirable predetermined back pressure in the lungs of the user while exhaling. Although a pressure range of no greater than 20 cm H2O is used in an exemplary embodiment of a PEP breathing device in accordance with the present invention, one skilled in the art will recognize that other desirable pressure ranges may also be used." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 4, Para 0037).<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 |

22

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Baumert patent *supra*, restrictor plate 70 may be rotatable with respect to the housing so that any one of the three orifices 72 may be selectively aligned with the extension air channel 64 to regulate the airflow through the breathing tube assembly 20, thereby configured to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Page 4, Para 0037 of Baumert). <br><br> "A positive expiratory pressure therapy device for inducing an oscillatory expiratory air pressure from a patient, comprising an airflow tube having an inlet opening through which a patient to be treated inhales inspiratory air, and a patient input opening through which a patient inhales to draw inspiratory air into said air flow tube and through which a patient exhales to discharge expiratory from said air flow tube; **a one-way valve carried at said air flow tube inlet opening to allow inspiratory air to be drawn there through, but to block the passage of expiratory air there through; said air flow tube further including a non-linear discharge orifice which is closed during the passage of inspiratory air through said inlet opening, and opened in response to the discharge of expiratory air; and control means for controlling the opening and closing of said non-linear discharge orifice in response to the pressure of the expiratory air discharged into said patient input opening**." (Foran, U.S. Pat. No. 6581598, Claim 1). <br><br> **MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Foran patent *supra*, cone 425 is sized and positioned to be inserted into the tapered conical interior 325 of the coupling 322 for closing the circular opening 326 into the air tube 200. The pressure of the patient expiratory air will raise the cone 425, causing the rocker assembly 400 to pivot about its pivot pins 460 against the force of the magnetic field between the magnet 350 carried on the pivotal magnet support 330 and the steel pin 450 carried on the rocker assembly, in this way |

23

Case 4:18-cv-00009-D    Document 106-2    Filed 08/20/19    Page 46 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | configured to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 7, Lines 6-15 of Foran).<br><br>"In a first embodiment, a device is provided that includes: (a) a conduit having an inlet (or mouthpiece) for exhaled air and an outlet (or flow chamber) for the exhaled air; (b) **a plate (or orifice or closure or sensing) member (or vane) movably disposed in the conduit between the inlet and outlet, the plate member at least partially blocking the conduit and moving in response to the passage of the exhaled air through the conduit**; and (c) a measuring device for measuring, at a plurality of points in time, at least one of (i) a location of the plate member, (ii) a pressure or force applied by the exhaled air against the plate member, and/or (iii) an air flow parameter (e.g., a rate of volume of flow) and generating a plurality of measurement signals. The plate member is typically shaped such that air flow from the inlet end past the member causes the member to move, e.g., rotatably or linearly, away from a rest or starting position to a succession of other open positions forming an ever widening gap between the member and a part or wall of the conduit or passageway. From the position of the plate member or the force applied to the plate member, the pressure applied to the plate (e.g., the back pressure or the pressure or force applied by the air flow) in front of the plate member can be determined."(Larom, U.S. Pat. No. 6447459, Col. 2, Lines 3-25).<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Larom patent *supra*, plate member 132/400 is movably or rotatably engaged with the head housing 144 to permit exhaled air 148 passing through the inlet conduit 124 and the orifice 136 to displace the plate member 132 away from the orifice 136. When the plate member 132 is displaced away from the orifice 136, the exhaled air 148 can pass into the outlet conduit or flow chamber 128 and through the outlet or exhaust 152 into the exterior environment, and therefore is configured to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Cols. 5 and 6, Lines 64-4 of Larom). |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "A rotor base 16 is secured to the distal end 18 of rotor case 10, such as with an adhesive. As shown in FIGS. 1 and 4, rotor base 16 and distal end 18 of rotor case 10 define semi-cylindrical regions 20, 22. An out-of-balance rotor 24 is freely rotatably mounted within regions 20, 22. Rotor 24 has an eccentrically positioned weight 26 mounted on one of its blades 28 so that rotation of rotor 24 causes inhaler 2 to vibrate. **The radial or transverse positioning of the axis of rotation 30 of rotor 24 relative to the central axis 32 of inhaler 2 causes the vibrations created by out-of-balance rotor 24 to shake or vibrate inhaler 2 laterally relative to central axis 32**." (Haber, U.S. Pat. No. 5372128, Col. 2, Lines 41-53).<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Haber patent *supra*, rotar 24 and blades 28 are freely rotatably mounted within regions 20, 22, wherein they rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see Col. 2, Lines 41-53 in Haber).<br><br><br>"The pulsating vibration air generation means 111 has a casing 112 and a rotary type valve 113. The casing 112 has an air supply port h2 connected to the air source 94 and a wave transmission port h1 at its circumferential surface. The rotary type valve 113 is rotatably contained in the casing 112 so as to divide the space in the casing 112 into two parts. According to the pulsating vibration air generation means 111, when the rotary type valve 113 is positioned at solid lines in the figure, the air supply port h2 and the wave transmission port h1 are communicated. If compressed air generation means is used as the air source 94, compressed air generated by driving the compressed air generation means is supplied to the conduit T2 (pneumatic transport) connected to the wave transmission port h1. **On the other hand according to the pulsating vibration air generation means 111, when the rotary type valve 113 is positioned at dotted lines in the figure, the air supply port h2 and the wave transmission port h1 are shut off by the rotary type valve 113. If compressed air generation means is used as the air source 94, compressed air generated by driving the compressed air generation means isn't supplied to the conduit T2 (pneumatic transport) connected to the wave transmission port h1**." (Yoshimoto, U.S. Pat. No. 6607008, Col. 36, |

25

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | Lines 16-64).

**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted."  As seen in the Yoshimoto patent *supra*, rotary valve 113 is rotatably contained in the casing 112 so as to divide the space in the casing 112 into two parts.  On the other hand according to the pulsating vibration air generation means 111, when the rotary type valve 113 is positioned at dotted lines in the figure, the air supply port h2 and the wave transmission port h1 are shut off by the rotary type valve 113, indicating rotary valve 113 rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 36, Lines 16-64 of Yoshimoto).


The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; **a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P**; and a diaphragm neutral position control device 10.  The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P. The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P. On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P."(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63). |

26

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "The open/close switching means 7E includes: **a rotary cylindrical body having a cutoff portion 712E for discharge and a solid portion 711E for closing; a cylindrical frame 72E for rotatably containing this rotary cylindrical body**; and a drive motor 73E for rotating the rotary cylindrical body 71E." (Takaki, U.S. Pat. No. 6446629, Col. 11, Lines 23-27)<br><br>"**The rotary cylindrical body 71E has an open top and a solid bottom like the cylindrical frame 72B, and has a cutoff portion in the circumferential wall. The position (height direction) of the rotary cylindrical body almost corresponds to the position of the discharge pipe end**. Here, in the rotary cylindrical body 71E, the cut-off portion will be referred to as an open area and the remaining portion as a closing area. The center of the bottom of this rotary cylindrical body 71E is connected to the rotary shaft of the drive motor 73E. The rotary cylindrical body 71B is rotated by the drive motor 73E with respect to the cylindrical frame 72E." (Takaki, U.S. Pat. No. 6446629 Col. 11, Lines 39-50)<br><br>**MPF** - Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Takaki patent *supra*, the artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn, meaning that rotary valve mechanism 54 rotates relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 3, Lines 37-63 of Takaki). Similarly, cylindrical body 71E is rotated by the drive motor 73E with respect to the cylindrical frame 72E that arranged at the discharge end of the discharge pipe 604. Therefore, cylindrical body 71E also rotates relative to the opening between a closed position where the flow of air through the opening is |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 11, Lines 39-50 of Takaki).<br><br>"With reference to FIG. 16, the segment 504 is generally illustrated. **As discussed above, instead of using a complete cylinder, a segment of a cylinder is used as the flow interrupter. Segment 504 includes a body portion 514 and upstanding end members 516**. Pins 508 are mounted in end portions 516 and are then journaled within a bearing surface 518 formed in end caps 520. The bearing surface 518 is illustrated as being a protruding cup formed at approximately the center of end cap 520. As should be appreciated by one of ordinary skill in the art, the pins 508 are journaled in the bearing surfaces 518 of each end cap 520 to permit the segment 504 to freely rotate within body portion 502." (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 55-62)<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to rotate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted."  As seen in the Hougen patent *supra*, body 514 of segment 504 is configured such that when the user bites down on the mouthpiece, the link rocks about pin 526, rotating segment 504 within cylinder body 502, rotating relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see Col. 11, Lines 62-67 of Hougen). |
| **1(e)** a vane configured to rotate the blocking segment between the closed position and the open position in response to the flow of air through the opening; | "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is |

28

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | released from the patient breathing passage through the control port. The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. **With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**." (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)<br><br>"In a preferred form, the control means can comprise means for closing at least a portion of a mouth of said inlet. Alternatively, **said control means can comprise a controllable vane for at least partly restricting said inlet**." (Brydon, U.S. Pat. No. 6182657, Col. 3, Lines 27-30)<br><br>"As the patient or user applies a positive expiratory air pressure at the patient input end 202, the air pressure is applied through the opening 326 against the cone 425 of the rocker assembly 400 which forms a closure of the opening 326. **The pressure of the patient expiratory air will raise the cone 425, causing the rocker assembly 400 to pivot about its pivot pins 460 against the force of the magnetic field between the magnet 350 carried on the pivotal magnet support 330 and the steel pin 450 carried on the rocker assembly. As the cone 425 moves upwardly, the tapered configuration of the tapered conical interior 325 of the coupling 322 increases the effective discharge area thereby decreasing the patient induced expiratory air pressure applied against the cone 425**. When the magnetic force and the venturi effect of the air flow overcome the air pressure applied to the cone 425, the cone will again move downwardly into the tapered conical surface 325 momentarily closing off the expiratory air flow through the opening 326. When this occurs, the back pressure to the patient or user is again increased causing another back pressure pulse." (Foran, U.S. Pat. No. 6581598, Col. 7, Lines 6-24)<br><br>"Referring to FIGS. 10 through 13 therein is depicted turbine assembly 15. FIG. 10 is a perspective view of the turbine assembly 15 with motor 16. The turbine assembly 15 contains a turbine housing 33 consisting of an outlet side 31 and an inlet side 32. In the assembled view, as shown, turbine assembly 15 contains within |

29

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | the house a turbine blade 27 that is mounted on central shaft 34 of motor 16 with no significant contact with the turbine housing 33, allowing for relatively free motion of turbine blade 27 when driven by motor 16. When motor 16 drives turbine blade 27, turbine blade 27 is caused to turn in a counter-clockwise direction when viewed from direction as shown. **The centrifugal force imparted on the air or gas inside the turbine blade 27 causes the flow of air from turbine inlet 28 through turbine blades 27, and out turbine outlet 29 (FIG. 12)**. One or more turbine structural fins 30 may be provided to reinforce outlet side 31 of turbine assembly and provide necessary rigidity to mount motor 16"<br><br>"Referring to FIG. 16, turbine assembly 15 has been removed revealing a perspective view of turbine blade 27. Turbine blade 27 consists of planar turbine disk 40 having individual blade elements 41 extending from a central axis air turbine inlet 39 to an outer periphery of the planar turbine disk 40. At a turbine blade air inlet 36 position within air turbine inlet diameter 39. **Centered within turbine blade air inlet 36 is turbine inlet nose 37. Turbine inlet nose 37 is sized and radiused at the base so as to change the direction of air entering the turbine blade inlet 36 axially out radially towards turbine blade control surfaces 41, turbine blade and outlet 38**. The size of turbine inlet nose 37 is chosen so as to be suitably durable to repeated application of torque by motor 16, the mass of turbine blade 27 and the resistance caused by the entraining air. For representative purposes, the diameter of turbine inlet nose 37 may be about 0.9 inches on a 3.0-inch turbine blade 27 or approximately one-third of the turbine blade diameter (D). The cross-sectional specific geometry of turbine inlet nose 37 is not a constraint so long as the pressure and leak compensation parametric of the overall unit is achieved. In a preferred embodiment using a 3.0-inch turbine blade 27, turbine inlet nose 37 has a cross-sectional height of 0.3 inches and a radiused profile from a central point at the tip to the base" (Piper, U.S. Pat. Pub. No. 20080257348, Page 5, Para 0061-0062)<br><br>"A rotor base 16 is secured to the distal end 18 of rotor case 10, such as with an adhesive. As shown in FIGS. |

30

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | 1 and 4, rotor base 16 and distal end 18 of rotor case 10 define semi-cylindrical regions 20, 22. An out-of-balance rotor 24 is freely rotatably mounted within regions 20, 22. Rotor 24 has an eccentrically positioned weight 26 mounted on one of its blades 28 so that rotation of rotor 24 causes inhaler 2 to vibrate. **The radial or transverse positioning of the axis of rotation 30 of rotor 24 relative to the central axis 32 of inhaler 2 causes the vibrations created by out-of-balance rotor 24 to shake or vibrate inhaler 2 laterally relative to central axis 32**." (Haber, U.S. Pat. No. 5372128, Col. 2, Lines 41-53) |
| | "Namely according to the pulsating vibration air generation means 111, when the wave transmission port h1 of the casing 112 is closed by the circumferential surface of the rotary type valve 113, continuous air flow (negative air) toward air suction means via the bypass pipe Tv is generated in the pneumatic transport pipe T2. **Therefore, vibration (low frequency) which is caused when air toward the air suction means is completely shut off isn't happened in the pulsating vibration air generation means 111**. As a result, there is no work environmental problem such that operators get sick while operating the pulsating vibration air generation means if this pulsating vibration air generation means 111 is used." (Yoshimoto, U.S. Pat. No. 6607008) |
| | "The open/close switching means 7E includes: **a rotary cylindrical body having a cutoff portion 712E for discharge and a solid portion 711E for closing; a cylindrical frame 72E for rotatably containing this rotary cylindrical body**; and a drive motor 73E for rotating the rotary cylindrical body 71E." (Takaki, U.S. Pat. No. 6446629, Col. 11, Lines 23-27) |
| | "**The rotary cylindrical body 71E has an open top and a solid bottom like the cylindrical frame 72B, and has a cutoff portion in the circumferential wall. The position (height direction) of the rotary cylindrical body almost corresponds to the position of the discharge pipe end. Here, in the rotary cylindrical body 71E, the cut-off portion will be referred to as an open area and the remaining portion as a closing area**. The center of the bottom of this rotary cylindrical body 71E is connected to the rotary shaft of the drive motor 73E. The rotary cylindrical body 71B is rotated by the drive motor 73E with respect to the cylindrical frame 72E." (Takaki, U.S. Pat. No. 6446629, Col. 11, Lines 39-50) |

Case 4:18-cv-00009-D   Document 106-2   Filed 08/20/19   Page 54 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "A device for the administration of an inhalation medicament, including a body defining a through-going air pathway having a longitudinal axis, an air inlet, an air outlet forming a mouthpiece, **means for dispensing medicament into the pathway and air flow regulating means which includes a movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament, and biasing means, the obstructing means being biased into a first resting position in which the cross-sectional area of the pathway is maximum and being adapted to move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is less than maximum in response to a pressure fall at the mouthpiece caused by inhalation**, wherein the air flow regulating means further includes second movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament, and second biasing means, the second obstructing means being biased into a first resting position in which the cross-sectional area of the pathway is minimum and being adapted to move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is more than minimum in response to a pressure fall at the mouthpiece caused by inhalation." (Clarke, U.S. Pat. No. 5727546, Claim 1) |

"A device according to claim 18 in which the diaphragm is provided with one or more protrusions on its upper and lower surfaces and is located between two partitions formed in a plane perpendicular to the longitudinal axis of the pathway, **the partitions being provided with apertures with which some or all of the protrusions cooperate to restrict or prevent the passage of air through the apertures**." (Clarke, U.S. Pat. No. 5727546, Claim 19)

"A device according to claim 15 in which **the obstructing means comprises a V-shaped vane, biased at a hinge formed at the apex of the V, which rotates about an axis perpendicular to that of the pathway**." (Clarke, U.S. Pat. No. 5727546, Claim 21)

"Packing the dosage chamber 32 is believed to contribute to repeated, consistent dosage accuracy as the chamber 32 is consistently loaded with generally the same amount of medicament. **At least one and**

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **preferably four flexible loading blades 36 are provided, each having proximal and distal 39 ends and a leading or "major" surface between the proximal and distal ends. The blades 36 are mounted on a shaft or hub 46 having generally the same axis as the axis of the medicament reservoir 11**." (Whaley, U.S. Pat. No. 6029661, Col. 9, Lines 3-11)<br><br>"The blade turning shaft 46 is rotated by a powder loading knob 47. **Rotation of the knob 47 while the dosage chamber 32 opens into the medicament reservoir 11 causes revolving movement of the blades 36 that scrapes medicament 12 from the walls of the reservoir 11**, simultaneously loads the dosage chamber 32 with a dosage of dry powder medicament 12 and also tends to agitate the powder 12 to break the powder 12 into smaller agglomerates." (Whaley, U.S. Pat. No. 6029661, Col. 9, Lines 32-39)<br><br>"As in the previous embodiments, a link 522 interconnects the segment 504 with the mouthpiece 523. As previously disclosed, **the link 522 is pinned to a yoke 524 extending outwardly from segment 504. The approximate mid-portion of link 522 is journaled about a pin 526, allowing the link to rock about pin 526. The opposite end of the link is positioned within mouthpiece 523, so that when the user bites down on the mouthpiece, the link rocks about pin 526, rotating segment 504 within cylinder body 502**. As in the previous embodiments, the link 522 could be spring biased to return to its normal position or it could be interconnected to mouthpiece 523 so that the natural bias of mouthpiece 523 returns link 522 to its normal position." (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 63-67 and Col. 12, Lines 1-8) |
| **1(f)** wherein a size of a blocking surface of the blocking segment is equal to or greater than a size of the opening. | "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port**. Finally, the drive mechanism is provided to rotate |

33

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)

"Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. In some embodiments, the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134. The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. **The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b. For example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b**. Further, in some embodiments, a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b can be simultaneously obstructed by the plate segments 132, 134. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80." (Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21)

"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b**. Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism 204." (Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 30-39)

"The flow generator of claim 1, **wherein the plate is rotatable in the inspiratory mode to increase or** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **decrease the open area of the entrance between substantially fully open and substantially fully closed**.”<br><br>“The flow generator of claim 1, **wherein the plate is rotatable in the expiratory mode to increase or decrease the open area of the vent between substantially fully open and substantially fully closed**.” (Brydon, U.S. Pat. No. 6182657, Claims 2-3)<br><br>“For therapeutic operation of the breathing device 10, a pressure is induced on the user's lungs during breathing. For example, with a PEP device, the flow rate of expiratory air passing through the device 10 is controlled to induce pressure in the user's pulmonary system. More particularly, the flow rate is controlled by restricting the airflow capacity of the air channel in order to generate a back-pressure in the user's lungs. **Referring to FIG. 2, a restrictor plate 70 is set into the second housing end 16 of the breathing device 10, and includes a plurality of orifices 72 of varying sizes, each of which may be selectively used to adjust and regulate the airflow capacity of the air channel 22**. The restrictor plate 70 may be rotatable with respect to the housing so that any one of the three orifices 72 may be selectively aligned with the extension air channel 64 to regulate the airflow through the breathing tube assembly 20. **The combination of predetermined inner diameters and lengths of the air channel 22 plus the selected orifice 72 on the restrictor plate 70 cause a desirable predetermined back pressure in the lungs of the user while exhaling**. Although a pressure range of no greater than 20 cm H2O is used in an exemplary embodiment of a PEP breathing device in accordance with the present invention, one skilled in the art will recognize that other desirable pressure ranges may also be used.” (Baumert, U.S. Pat. Pub. No. US20070089740, Page 4, Para 0037)<br><br>“The rocker assembly 400, best illustrated in FIGS. 3 and 7-9, is balanced for pivotal movement about the pivot pins 460. To this end a balancing pad 411 and balancing cylinder 412 are formed at one end of the rocker platform 410, to balance the weight of a flow cone 425 and a steel rod 450 carried at the opposite end of the rocker platform. **The flow cone 425 is sized and positioned to be inserted into the tapered conical interior 325 of the coupling 322 for closing the circular opening 326 into the air tube 200**.” (Foran U.S. Pat. No. 6581598, Col. 5, Lines 29-37) |

35

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "Namely according to the pulsating vibration air generation means 111, when the wave transmission port h1 of the casing 112 is closed by the circumferential surface of the rotary type valve 113, continuous air flow (negative air) toward air suction means via the bypass pipe Tv is generated in the pneumatic transport pipe T2. **Therefore, vibration (low frequency) which is caused when air toward the air suction means is completely shut off isn't happened in the pulsating vibration air generation means 111**. As a result, there is no work environmental problem such that operators get sick while operating the pulsating vibration air generation means if this pulsating vibration air generation means 111 is used." (Yoshimoto, U.S. Pat. No. 6607008) |
| | "The open/close switching means 7E includes: **a rotary cylindrical body having a cutoff portion 712E for discharge and a solid portion 711E for closing; a cylindrical frame 72E for rotatably containing this rotary cylindrical body**; and a drive motor 73E for rotating the rotary cylindrical body 71E." (Takaki, U.S. Pat. No. 6446629, Col. 11, Lines 23-27) |
| | "The rotary cylindrical body 71E has an open top and a solid bottom like the cylindrical frame 72B, and has a cutoff portion in the circumferential wall. The position (height direction) of the rotary cylindrical body almost corresponds to the position of the discharge pipe end. **Here, in the rotary cylindrical body 71E, the cut-off portion will be referred to as an open area and the remaining portion as a closing area. The center of the bottom of this rotary cylindrical body 71E is connected to the rotary shaft of the drive motor 73E**. The rotary cylindrical body 71B is rotated by the drive motor 73E with respect to the cylindrical frame 72E." (Takaki, U.S. Pat. No. 6446629 Col. 11, Lines 39-50) |
| | "A device for the administration of an inhalation medicament, including a body defining a through-going air pathway having a longitudinal axis, an air inlet, an air outlet forming a mouthpiece, means for dispensing medicament into the pathway and air flow regulating means which includes a movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament, and biasing means, **the obstructing means being biased into a first resting** |

36

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | position in which the cross-sectional area of the pathway is maximum and being adapted to move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is less than maximum in response to a pressure fall at the mouthpiece caused by inhalation, wherein the air flow regulating means further includes second movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament, and second biasing means, the second obstructing means being biased into a first resting position in which the cross-sectional area of the pathway is minimum and being adapted to move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is more than minimum in response to a pressure fall at the mouthpiece caused by inhalation." (Clarke, U.S. Pat. No. 5727546, Claim 1) <br><br> "A device according to claim 18 in which the diaphragm is provided with one or more protrusions on its upper and lower surfaces and is located between two partitions formed in a plane perpendicular to the longitudinal axis of the pathway, the partitions being provided with apertures with which some or all of the protrusions cooperate to restrict or prevent the passage of air through the apertures." (Clarke, U.S. Pat. No. 5727546, Claim 19) <br><br> "Packing the dosage chamber 32 is believed to contribute to repeated, consistent dosage accuracy as the chamber 32 is consistently loaded with generally the same amount of medicament. At least one and preferably four flexible loading blades 36 are provided, each having proximal and distal 39 ends and a leading or "major" surface between the proximal and distal ends. The blades 36 are mounted on a shaft or hub 46 having generally the same axis as the axis of the medicament reservoir 11." (Whaley, U.S. Pat. No. 6029661, Col. 9, Lines 3-11) <br><br> "The blade turning shaft 46 is rotated by a powder loading knob 47. Rotation of the knob 47 while the dosage chamber 32 opens into the medicament reservoir 11 causes revolving movement of the blades 36 that scrapes medicament 12 from the walls of the reservoir 11, simultaneously loads the dosage chamber 32 with a dosage of dry powder medicament 12 and also tends to agitate the powder 12 to break the powder 12 into smaller agglomerates." (Whaley, U.S. Pat. No. 6029661, Col. 9, Lines 32-39) |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "As previously disclosed, the link 522 is pinned to a yoke 524 extending outwardly from segment 504. The approximate mid-portion of link 522 is journaled about a pin 526, allowing the link to rock about pin 526. **The opposite end of the link is positioned within mouthpiece 523, so that when the user bites down on the mouthpiece, the link rocks about pin 526, rotating segment 504 within cylinder body 502**." (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 63-67 and Col. 12, Lines 1-3) |
| **CLAIM 2**<br><br>The respiratory treatment device of claim 1, wherein the blocking segment is mounted on the vane. | *See* Claim 1, *supra*.<br><br>"…respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a first chamber 72, a second chamber (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82. Details on the various components are provided below**. In general terms, however, the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. The valve body 80, in turn, is located in close proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative to the first chamber 72 and** <br>Fig. 2 |

38

Case 4:18-cv-00009-D     Document 106-2     Filed 08/20/19     Page 61 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **the patient inlet 70**. Finally, the supply inlet(s) 74 are fluidly connected to distribution points within the housing 62. During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61) |
| | "Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. In some embodiments, the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134. The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. **The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b**. For example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b. **Further, in some embodiments, a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b can be simultaneously obstructed by the plate segments 132, 134**. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80." (Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21) |
| | "**A rotor base 16 is secured to the distal end 18 of rotor case 10, such as with an adhesive**. As shown in FIGS. 1 and 4, rotor base 16 and distal end 18 of rotor case 10 define semi-cylindrical regions 20, 22. An out-of-balance rotor 24 is freely rotatably mounted within regions 20, 22. Rotor 24 has an eccentrically positioned weight 26 mounted on one of its blades 28 so that rotation of rotor 24 causes inhaler 2 to vibrate. The radial or transverse positioning of the axis of rotation 30 of rotor 24 relative to the central axis 32 of inhaler 2 causes the vibrations created by out-of-balance rotor 24 to shake or vibrate inhaler 2 laterally relative to central axis |

39

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | 32." (Haber, U.S. Pat. No. 5372128, Col. 2, Lines 41-53)<br><br>"A device according to claim 15 in which **the obstructing means comprises a V-shaped vane, biased at a hinge formed at the apex of the V, which rotates about an axis perpendicular to that of the pathway**." (Clarke, U.S. Pat. No. 5727546, Claim 21)<br><br>"As in the previous embodiments, a link 522 interconnects the segment 504 with the mouthpiece 523. **As previously disclosed, the link 522 is pinned to a yoke 524 extending outwardly from segment 504. The approximate mid-portion of link 522 is journaled about a pin 526, allowing the link to rock about pin 526**. The opposite end of the link is positioned within mouthpiece 523, so that when the user bites down on the mouthpiece, the link rocks about pin 526, rotating segment 504 within cylinder body 502." (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 63-67 and Col. 12, Lines 1-3) |
| **CLAIM 3**<br><br>The respiratory treatment device of claim 2, wherein the blocking segment is mounted to the vane at an obtuse angle. | *See* Claims 1 and 2, *supra*.<br><br>"… the respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a first chamber 72, a second chamber (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82. Details on the various components are provided below. **In general terms, however, the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. The valve body 80, in turn, is located in close proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative to the first chamber 72 and** <br><br>Fig. 2 |

40

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **the patient inlet 70**. Finally, the supply inlet(s) 74 are fluidly connected to distribution points within the housing 62. During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61)

"Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. In some embodiments, the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134. The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b. For example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b. Further, in some embodiments, **a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b can be simultaneously obstructed by the plate segments 132, 134. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80**." (Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21)

"A rotor base 16 is secured to the distal end 18 of rotor case 10, such as with an adhesive. As shown in FIGS. 1 and 4, rotor base 16 and distal end 18 of rotor case 10 define semi-cylindrical regions 20, 22. **An out-of-balance rotor 24 is freely rotatably mounted within regions 20, 22. Rotor 24 has an eccentrically positioned weight 26 mounted on one of its blades 28 so that rotation of rotor 24 causes inhaler 2 to vibrate**. The radial or transverse positioning of the axis of rotation 30 of rotor 24 relative to the central axis 32 of inhaler 2 causes the vibrations created by out-of-balance rotor 24 to shake or vibrate inhaler 2 laterally |

41

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | relative to central axis 32." (Haber, U.S. Pat. No. 5372128, Col. 2, Lines 41-53)<br><br>"As in the previous embodiments, a link 522 interconnects the segment 504 with the mouthpiece 523. As previously disclosed, the link 522 is pinned to a yoke 524 extending outwardly from segment 504. **The approximate mid-portion of link 522 is journaled about a pin 526, allowing the link to rock about pin 526. The opposite end of the link is positioned within mouthpiece 523, so that when the user bites down on the mouthpiece, the link rocks about pin 526, rotating segment 504 within cylinder body 502**." (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 63-67 and Col. 12, Lines 1-3) |
| **CLAIM 4**<br><br>The respiratory treatment device of claim 1, wherein the blocking segment and the vane are rotatable about an axis of rotation perpendicular to a direction of the flow of air through the opening. | *See* Claim 1, *supra*. |

| **US 9,808,588 B1** | **Excerpts from Prior Art References Disclosing Limitation** |
|---|---|
| | "… the respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a first chamber 72, a second chamber (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82. Details on the various components are provided below. In general terms, however, the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. The valve body 80, in turn, is located in close proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative to the first chamber 72 and the patient inlet 70. Finally, the supply inlet(s) 74 are fluidly connected to distribution points within the housing 62. **During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74**. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61) "Referring to FIGS. 10 through 13 therein is depicted turbine assembly 15. FIG. 10 is a perspective view of the turbine assembly 15 with motor 16. **The turbine assembly 15 contains a turbine housing 33 consisting of an outlet side 31 and an inlet side 32. In the assembled view, as shown, turbine assembly 15 contains within the house a turbine blade 27 that is mounted on central shaft 34 of motor 16 with no significant contact with the turbine housing 33, allowing for relatively free motion of turbine blade 27 when driven by motor 16. When motor 16 drives turbine blade 27, turbine blade 27 is caused to turn in a counter-** |

43

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **clockwise direction when viewed from direction as shown**. The centrifugal force imparted on the air or gas inside the turbine blade 27 causes the flow of air from turbine inlet 28 through turbine blades 27, and out turbine outlet 29 (FIG. 12). One or more turbine structural fins 30 may be provided to reinforce outlet side 31 of turbine assembly and provide necessary rigidity to mount motor 16"<br><br>"Referring to FIG. 16, turbine assembly 15 has been removed revealing a perspective view of turbine blade 27. Turbine blade 27 consists of planar turbine disk 40 having individual blade elements 41 extending from a central axis air turbine inlet 39 to an outer periphery of the planar turbine disk 40. At a turbine blade air inlet 36 position within air turbine inlet diameter 39. Centered within turbine blade air inlet 36 is turbine inlet nose 37. **Turbine inlet nose 37 is sized and radiused at the base so as to change the direction of air entering the turbine blade inlet 36 axially out radially towards turbine blade control surfaces 41, turbine blade and outlet 38. The size of turbine inlet nose 37 is chosen so as to be suitably durable to repeated application of torque by motor 16, the mass of turbine blade 27 and the resistance caused by the entraining air**. For representative purposes, the diameter of turbine inlet nose 37 may be about 0.9 inches on a 3.0-inch turbine blade 27 or approximately one-third of the turbine blade diameter (D). The cross-sectional specific geometry of turbine inlet nose 37 is not a constraint so long as the pressure and leak compensation parametric of the overall unit is achieved. In a preferred embodiment using a 3.0-inch turbine blade 27, turbine inlet nose 37 has a cross-sectional height of 0.3 inches and a radiused profile from a central point at the tip to the base" (Piper, U.S. Pat. Pub. No. 20080257348, Page 5, Para 0061-0062) |

44

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "To use, the user first places his or her finger over air inlet slot 40 and positions inhaler 2 so that window 66 is facing up. This orients the pierced or breached capsule 8, which is aligned directly beneath window 66, at an uppermost position when the inhaler is held generally horizontally. As shown in FIG. 6, the opening 102 formed in ends 42 of capsule 8 are at a radially inward position so that gravity causes the powdered pharmaceutical 104 to become aligned with openings 102 when in this position. The user then places his or her mouth over mouthpiece 34 and inhales creating a partial vacuum within interior 38 of inhaler 2. The user then uncovers inlet 40 while continuing to inhale thus drawing air through air inlet 40, past rotor 24, through outlet 50, through the breached capsule 8 and axial bore 52 of cassette 6 to entrain powdered pharmaceutical 104 from the breached capsule 8. **The mixture of air and powdered pharmaceutical then passes through air/pharmaceutical outlet 36 and into the lungs of the user. The air passing through regions 20, 22 causes rotor 24 to spin thus vibrating inhaler 2 due to the presence of weight 26**. This vibration helps to fluidize and entrain the particles of dry pharmaceutical 104 within the breached capsule for enhanced aspiration into the lungs of the user." (Haber, U.S. Pat. No. 5372128, Col. 4, Lines 40-64)<br><br>"As in the previous embodiments, a link 522 interconnects the segment 504 with the mouthpiece 523. As previously disclosed, the link 522 is pinned to a yoke 524 extending outwardly from segment 504. The approximate mid-portion of link 522 is journaled about a pin 526, allowing the link to rock about pin 526. **The opposite end of the link is positioned within mouthpiece 523, so that when the user bites down on the mouthpiece, the link rocks about pin 526, rotating segment 504 within cylinder body 502**." (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 63-67 and Col. 12, Lines 1-3) |

fig. 4

45

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| **CLAIM 5**<br><br>The respiratory treatment device of claim 1, wherein the blocking segment and the vane have a combined center of gravity offset from the axis of rotation. | *See* Claim 1, *supra*.<br><br>"As shown in FIGS. 1 and 4, rotor base 16 and distal end 18 of rotor case 10 define semi-cylindrical regions 20, 22. **An out-of-balance rotor 24 is freely rotatably mounted within regions 20, 22. Rotor 24 has an eccentrically positioned weight 26 mounted on one of its blades 28 so that rotation of rotor 24 causes inhaler 2 to vibrat**e. The radial or transverse positioning of the axis of rotation 30 of rotor 24 relative to the central axis 32 of inhaler 2 causes the vibrations created by out-of-balance rotor 24 to shake or vibrate inhaler 2 laterally relative to central axis 32." (Haber, U.S. Pat. No. 5372128, Col. 2, Lines 43-53<br><br>"As in the previous embodiments, a link 522 interconnects the segment 504 with the mouthpiece 523. As previously disclosed, the link 522 is pinned to a yoke 524 extending outwardly from segment 504. **The approximate mid-portion of link 522 is journaled about a pin 526, allowing the link to rock about pin 526**." (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 63-67 and Col. 12, Line 1) |
| **CLAIM 6**<br><br>The respiratory treatment device of claim 1, wherein the blocking segment and the vane are biased during a period of no air flow through the opening solely by a weight of gravity. | *See* Claim 1, *supra*.<br><br>"… the respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a first chamber 72, a second chamber (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82. Details on the various components are provided below. In general terms, however, the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. **The valve body 80, in turn, is located in close** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|

**proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative to the first chamber 72 and the patient inlet 70. Finally, the supply inlet(s) 74 are fluidly connected to distribution points within the housing 62. During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath**. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61)

Fig. 2

"Referring to FIGS. 10 through 13 therein is depicted turbine assembly 15. FIG. 10 is a perspective view of the turbine assembly 15 with motor 16. The turbine assembly 15 contains a turbine housing 33 consisting of an outlet side 31 and an inlet side 32. In the assembled view, as shown, turbine assembly 15 contains within the house a turbine blade 27 that is mounted on central shaft 34 of motor 16 with no significant contact with the turbine housing 33, allowing for relatively free motion of turbine blade 27 when driven by motor 16. **When motor 16 drives turbine blade 27, turbine blade 27 is caused to turn in a counter-clockwise direction when viewed from direction as shown. The centrifugal force imparted on the air or gas inside the turbine blade 27 causes the flow of air from turbine inlet 28 through turbine blades 27, and out turbine outlet 29 (FIG. 12). One or more turbine structural fins 30 may be provided to reinforce outlet side 31 of turbine assembly and provide necessary rigidity to mount motor 16**"

"Referring to FIG. 16, turbine assembly 15 has been removed revealing a perspective view of turbine blade 27. Turbine blade 27 consists of planar turbine disk 40 having individual blade elements 41 extending from a central axis air turbine inlet 39 to an outer periphery of the planar turbine disk 40. At a turbine blade air inlet 36 position

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | within air turbine inlet diameter 39. Centered within turbine blade air inlet 36 is turbine inlet nose 37. Turbine inlet nose 37 is sized and radiused at the base so as to change the direction of air entering the turbine blade inlet 36 axially out radially towards turbine blade control surfaces 41, turbine blade and outlet 38. **The size of turbine inlet nose 37 is chosen so as to be suitably durable to repeated application of torque by motor 16, the mass of turbine blade 27 and the resistance caused by the entraining air**. For representative purposes, the diameter of turbine inlet nose 37 may be about 0.9 inches on a 3.0-inch turbine blade 27 or approximately one-third of the turbine blade diameter (D). The cross-sectional specific geometry of turbine inlet nose 37 is not a constraint so long as the pressure and leak compensation parametric of the overall unit is achieved. In a preferred embodiment using a 3.0-inch turbine blade 27, turbine inlet nose 37 has a cross-sectional height of 0.3 inches and a radiused profile from a central point at the tip to the base" (Piper, U.S. Pat. Pub. No. 20080257348, Page 5, Para 0061-0062)<br><br>"To use, the user first places his or her finger over air inlet slot 40 and positions inhaler 2 so that window 66 is facing up. This orients the pierced or breached capsule 8, which is aligned directly beneath window 66, at an uppermost position when the inhaler is held generally horizontally. **As shown in FIG. 6, the opening 102 formed in ends 42 of capsule 8 are at a radially inward position so that gravity causes the powdered pharmaceutical 104 to become aligned with openings 102 when in this position. The user then places his or her mouth over mouthpiece 34 and inhales creating a partial vacuum within interior 38 of inhaler 2. The user then uncovers inlet 40 while continuing to inhale thus drawing air through air inlet 40, past rotor 24, through outlet 50, through the breached capsule 8 and axial bore 52 of cassette 6 to entrain powdered pharmaceutical 104 from the breached capsule 8**. The mixture of air and powdered pharmaceutical then passes through air/pharmaceutical outlet 36 and into the lungs of the user. The air passing through regions 20, 22 causes rotor 24 to spin thus vibrating inhaler 2 due to the presence of weight 26. This vibration helps to fluidize and entrain the particles of dry pharmaceutical 104 within the breached capsule for enhanced aspiration into the lungs of the user." (Haber, U.S. Pat. No. 5372128, Col. 4, Lines 40-64) |

48

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "The opposite end of the link is positioned within mouthpiece 523, so that when the user bites down on the mouthpiece, the link rocks about pin 526, rotating segment 504 within cylinder body 502. **As in the previous embodiments, the link 522 could be spring biased to return to its normal position or it could be interconnected to mouthpiece 523 so that the natural bias of mouthpiece 523 returns link 522 to its normal position**." (Hougen, U.S. Pat. No. 5890998, Col. 12, Lines 1-9) |
| **CLAIM 7**<br><br>The respiratory treatment device of claim 1, wherein the flow of air through the opening is completely blocked when the blocking segment is in the closed position. | *See* Claim 1, *supra*.<br><br>"Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. **With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)<br><br>Fig. 2<br><br>"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b**. Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism 204." (Dunsmore, |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | U.S. Pat. No, 8025054, Col. 15, Lines 57-67) "The flow generator 148 shown in FIGS. 18a and 18 b includes a number of elements common with the embodiments previously described. A passageway 158 exits from the chamber 12 and communicates the exiting gas with a plenum 160 via an entrance 159. The plenum has an exiting port 162, by which pressurised breathable gas can be supplied via a conduit to a patient mask for the administration of CPAP treatment or assisted respiration. The plenum 160 has a further vent 164 in communication with atmosphere. **Both the vent 164 and the entrance 159 to the plenum 160 can be controllably occluded to reduce their open area by a sliding impedance control plate 166. The control plate 166 includes an aperture 168 that, depending upon its position, can restrict the respective passages in a range from wholly open to fully closed.**" (Brydon, U.S. Pat. No. 6182657, Col. 9-10, Lines 55-2) "The basket 226 a is porous to enable air to flow freely, not only through the air channel 214 a, but also through the basket 226 a itself when the airflow adjustment member 224 a is in a retracted or non-depressed position. **Basket 226 a also provides a positive stop for the airflow adjustment member 224 a when it is in the depressed position, preventing the airflow adjustment member 224 a from overly restricting the airflow through air channel 214 a.**" Referring to FIG. 8B, an alternative multi-channeled embodiment of the pursed lip breathing device of FIG. 8A is shown generally at 210 b. The alternative design is comprised of mouthpiece 220 b, two or more air channels 214 b, an airflow adjustment member 224 b, and a basket 226 b. **The basket 226 b may be porous or non-porous. Depressing airflow adjustment member 224 b into the basket 226 b restricts part or all of one channel 214 b, or may completely close off one or more channels 214 b (if there are greater than two channels) depending on the desired airflow requirements of the device 210 b.**" (Baumert, U.S. Pat. Pub. US20070089740, Page 5, Para 0049-0050) "The elongated body 502 has an elongated, longitudinally extending slot 510. This slot is longer than the slots used in the previous embodiments and is somewhat narrower. **Elongated slot 510 provides greater percussive benefit to the user. The slot 510 can be more rapidly opened and closed than a wider slot, but because of its length, it still permits a sufficient volume of air to enter and exit the interior cavity** |

50

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **512**.” (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 35-43) |
| **CLAIM 8**<br><br>The respiratory treatment device of claim 1, wherein the blocking surface of the blocking segment contacts the opening when the blocking segment is in the closed position. | *See* Claim 1, *supra*.<br><br>"Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. **With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)<br><br>"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b.** Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism 204." (Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 57-67)<br><br>"A positive expiratory pressure therapy device for inducing an oscillatory expiratory air pressure from a patient, comprising an airflow tube having an inlet opening through which a patient to be treated inhales inspiratory air, and a patient input opening through which a patient inhales to draw inspiratory air into said air |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | flow tube and through which a patient exhales to discharge expiratory from said air flow tube; **a one-way valve carried at said air flow tube inlet opening to allow inspiratory air to be drawn there through, but to block the passage of expiratory air there through; said air flow tube further including a non-linear discharge orifice which is closed during the passage of inspiratory air through said inlet opening, and opened in response to the discharge of expiratory air; and control means for controlling the opening and closing of said non-linear discharge orifice in response to the pressure of the expiratory air discharged into said patient input opening**.” (Foran, U.S. Pat. No. 6581598, Claim 1)<br><br>“As the user inhales, the slot 510 is open for very short periods, allowing in short, explosive bursts of air. **As the user exhales, the flow of air out of the interior cavity 512 is blocked and opened rapidly, again vibrating the lungs and providing the beneficial percussive effect upon the lungs**” (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 44-49); *and* “For example, **the elongated body portion 502 could be rectangular in shape and employ at flat segment with pins which ride within grooves formed in the end caps. In this way, the unit could slide up and down the wall of the body portion 502 to restrict the ingress and egress of air into and out of the cavity. Furthermore, the breathing apparatus could employ relatively sliding members, as well. The inner and outer members could slide with respect to one another instead of rotating**.” (Col. 12, Lines 18-27) |
| **CLAIM 9**<br><br>A respiratory treatment device comprising: | *See* Claim 1, *supra*.<br><br> “The present disclosure relates to respiratory therapy devices and methods for administering breathing-relating treatments (e.g., oscillatory, continuous, etc.) to a patient. More particularly, **it relates to standalone respiratory therapy devices capable of creating oscillatory positive expiratory pressure pulses**. One or more additional therapies (e.g., continuous positive airway pressure, continuous positive expiratory pressure, delivery of aerosolized medication, etc.) are optionally available in some embodiments” (Dunsmore, U.S. Pat. No, 8025054, Col. 1, Lines 13-21)<br><br>“**This invention relates to apparatus and methods for the control of pressure in the administration of continuous positive airway pressure (CPAP) treatment or assisted respiration.**” (Brydon, U.S. Pat. No. 6182657, Col. 1, Lines 5-9) |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
|  | "Referring to FIGS. 1-6, an exemplary embodiment of a pursed lip breathing device, is shown generally at 10. **Preferably, the breathing device 10 is a pursed lip Positive Expiratory Pressure (PEP) breathing device that provides therapy to the user during an exhale phase of a breathing cycle, though the present invention may also be used as a pursed lip Inspiratory Muscle Training (IMT) breathing device to provide therapy during an inhale phase of a breathing cycle.** In either case, the breathing device 10 controls the airflow generated by the user's breathing to induce pressure in the user's pulmonary system." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 2, Para 0026)<br><br>"**This invention relates in general to a hand-held, single patient use, positive expiratory pressure respiratory therapy device and, in particular, to a positive expiratory pressure respiratory therapy device utilizing a nonlinear orifice for adjusting and maintaining a desired pressure oscillation frequency in accordance with a predetermined pressure range of a patient's expiratory air**." (Foran, U.S. Pat. No. 6581598, Col. 1, Lines 6-12)<br><br>"**A device for measuring respiratory air flow, comprising: (a) a conduit having an inlet for exhaled air and an outlet for the exhaled air; (b) a sensing member movably disposed in the conduit between the inlet and at least a portion of the outlet, the sensing member at least partially blocking at least a portion of the conduit and moving in response to the passage of the exhaled air through the conduit; and (c) a self-oscillation dampener movably engaging the sensing member**, wherein the self-oscillation dampener dampens an amplitude of oscillations of the sensing member in response to the exhaled air contacting the sensing member." (Larom, U.S. Pat. No. 6447459, Claim 1) <br><br>"This invention pertains generally to ventilation devices, **and more particularly to a constant pressure, variable flow, electrically powered centrifugal compressor ventilation device that is fully functional with a mask and which can be adapted to a number of applications including (1) a respiratory device used for automatic resuscitation of patients needing emergency ventilation, (2) emergency backup ventilation capabilities for hospitals and other healthcare institutions, and (3) positive pressure support therapy for patients suffering from obstructive respiratory conditio**ns such as sleep apnea among other diseases." (Piper, U.S. Pat. Pub. 20080257348, Page 2, Para 0014) |

53

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "**The present invention is directed to an inhaler which is simple in construction,** can accommodate cassettes holding multiple capsules and is very effective at delivery of the powdered pharmaceutical from the capsules." (Haber, U.S. Pat. No. 5372128, Col. 1, Lines 23-26 <br><br> "**The present invention relates to a portable breathing device for providing resistance and intra-trachea bronchial percussion on breathing in and breathing out to increase pulmonary efficiency while improving cilial movement which assists mobilization of intrabronchial mucous or secretions within the lung**. It can be used for increasing breathing efficiency and for training athletes and also in the treatment of medical conditions related to weak breathing." (Brown, U.S. Pat. Pub. No. US2008/0053456, Para. 0002) <br><br> "**The present invention relates to pulsating vibration air generation means for generating pulsating vibration air used for removing extra powder of tablets, pneumatically transporting powdered material, and vibrating mechanical members**." (Yoshimoto, U.S. Pat. No. 6607008, Col. 1, Lines 6-10 <br><br> "**The present invention provides an artificial respiration apparatus 12 of a high oscillation type, in which oxygen supply to a patient P and exhaled gas discharge are urged by an oscillating gas having a higher frequency than the cycle of the patient respiration**. The apparatus includes a discharge direction regulating mechanism 7 for regulating the exhaled gas to flow only in the discharge direction." (Takaki, U.S. Pat. No. 6446629, Abstract) <br><br> "**The present invention provides a respiratory exercise apparatus which is portable, non-positional, and provides percussion and resistance during inspiration and expiration**." (Hougen, U.S. Pat. No. 5890998, Col. 2, Lines 38-41) |
| **9(a)** an inlet configured to receive exhaled air into the device; | "FIG. 1 is a block diagram illustrating features of a respiratory therapy device 30in accordance with some aspects of the present disclosure. In general terms, the respiratory therapy device 30 is adapted to operate in a passive mode (e.g., oscillatory PEP) and an active mode (e.g., CHFO and optionally CPAP), and generally includes a housing 32 and an interrupter valve assembly 34. **The housing 32 forms or maintains a patient inlet 36, at least one chamber 38, an exhaust outlet 40, and at least one pressurized fluid supply inlet 42**. The interrupter valve assembly 34 includes at least one control port 44 and a valve body 46. The control port(s) 44 fluidly connects the patient inlet 36 and the chamber 38, whereas the valve body 46 is adapted to selectively obstruct or interrupt fluid flow through the control port(s) 44. Details on the various components |

54

Case 4:18-cv-00009-D    Document 106-2    Filed 08/20/19    Page 77 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | are provided below. In general terms, however, by controlling or operating the valve body 46 to selectively obstruct (partially or completely) the control port(s) 44, the interrupter valve assembly 34 alters airflow/pressure characteristics to and/or from the patient inlet 36. For example, where the supply inlet 42 is not connected to a separate source of pressurized fluid 48, as a patient (not shown) exhales into the patient inlet 36, the interrupter valve assembly 34 operates to periodically at least partially close the control port(s) 44, thereby establishing a resistance to airflow or back pressure in the patient inlet 36. This periodic back pressure, in turn, provides an oscillatory PEP therapy. In addition, when the supply inlet 42 is fluidly connected to the pressurized fluid source 48, the interrupter valve assembly 34 operates to periodically at least partially interrupt fluid flow from the supply inlet 42 to the patient inlet 36. This interrupted supply of pressure toward the patient serves as a CHFO therapy. As described below, the device 30 can optionally include features that selectively disable all or a portion of the interrupter valve assembly 34 in conjunction with the supply of pressurized fluid to the supply inlet 42 in providing a CPAP therapy (either along or simultaneous with CHFO therapy)" (Dunsmore, U.S. Pat. No, 8025054, Col. 5-6, Lines 38-7)

"This invention relates **to apparatus and methods for the control of pressure in the administration of continuous positive airway pressure (CPAP) treatment or assisted respiration**." (Brydon, U.S. Pat. No. 6182657, Col. 1, Lines 5-9)

"A pursed lip breathing device comprising: a housing having an air channel defined therein, the air channel having a first end for receiving an airflow from a user and a second opposing open end; **a mouthpiece attached to the housing for receiving the user's lips during breathing, wherein the mouthpiece includes mouth support portion and a stem portion having an aperture defined therein, the aperture generally communicating with the first end of the air channel so that the user generates an airflow in the air channel by breathing through the aperture, and the stem portion having an outer surface dimensioned so that the user's lips are pursed about the stem portion during breathing**; and an airflow adjustment member communicating with the opening to adjust the airflow through the air channel to thereby induce a pressure on the user's lungs upon generation of the airflow by breathing, the airflow adjustment member being flexibly actuatable between a flexed position and a relaxed position, wherein the airflow through the air channel is unrestricted when the airflow adjustment member is in the relaxed position and the airflow in the air channel is restricted to varying degree as the airflow adjustment member is flexibly actuated between the relaxed position to the flexed position; and the device further comprising a limiting member positioned |

55

Case 4:18-cv-00009-D    Document 106-2    Filed 08/20/19    Page 78 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | relative to the opening for defining the flexed position of the airflow adjustment member." (Baumert, U.S. Pat. Pub. No. US20070089740, Claim 24)<br><br>"A positive expiratory pressure therapy device for inducing an oscillatory expiratory air pressure from a patient, **comprising an airflow tube having an inlet opening through which a patient to be treated inhales inspiratory air, and a patient input opening through which a patient inhales to draw inspiratory air into said air flow tube and through which a patient exhales to discharge expiratory from said air flow tube**; a one-way valve carried at said air flow tube inlet opening to allow inspiratory air to be drawn there through, but to block the passage of expiratory air there through; said air flow tube further including a non-linear discharge orifice which is closed during the passage of inspiratory air through said inlet opening, and opened in response to the discharge of expiratory air; and control means for controlling the opening and closing of said non-linear discharge orifice in response to the pressure of the expiratory air discharged into said patient input opening." (Foran, U.S. Pat. No. 6581598, Claim 1)<br><br>"A device for measuring respiratory air flow, **comprising: (a) a conduit having an inlet for exhaled air and an outlet for the exhaled air;** (b) a sensing member movably disposed in the conduit between the inlet and at least a portion of the outlet, the sensing member at least partially blocking at least a portion of the conduit and moving in response to the passage of the exhaled air through the conduit; and (c) a self-oscillation dampener movably engaging the sensing member, wherein the self-oscillation dampener dampens an amplitude of oscillations of the sensing member in response to the exhaled air contacting the sensing member." (Larom, U.S. Pat. No. 6447459, Claim 1)<br><br><br><br>"As shown in FIG. 1 and FIG. 9, turbine assembly 15 is shown along with motor 16, which are mounted to cabinet base 1 by way of bulkhead 17. Turbine assembly 15 and motor 16 are mounted on opposite sides of bulkhead 17. Bulkhead 17 separates control box 1 into two separate compartments: turbine compartment 19 and motor compartment 20 (FIG. 9). Electronic circuit 18 is located in motor compartment 20. Bulkhead 17 prevents any fluid communication between turbine compartment 19 and motor compartment 20 to prevent ozone produced by motor 16 from |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | being entrained into turbine assembly 15 and subsequently supplied to the patient through patient gas conduit connector 11. **Turbine assembly 15 is equipped with a small flow conduit, cooling port 7, to allow a small fraction of the airflow produced by the turbine to pass through the internal components of motor 16 thus providing essential cooling to motor 16, and purging motor compartment 20 of heat and ozone**. Gas passing through motor 16 is allowed to exit cabinet case 3 through cooling vent 9. Patient gas conduit connector 11 serves as the gas outlet of turbine assembly 15." (Piper, U.S. Pat. Pub. 20080257348, Page 4, Para 0053-0054)<br><br>"Toggle switch 10 is shown along with max ventilation label 12 and nominal ventilation label 13 (more clearly seen in FIG. 7), which both serve to indicate the necessary position of the toggle switch required for the described setting. Toggle switch 10 is further equipped with an internal LED that lights up when the device has been provided with power and the switch is in the "ON" position. Electrical cord 4 is equipped with a strain relief 14 at the base of power cord 4 where it interfaces with cabinet case 3. **A fluid conduction pathway is established with the patient at the upper outlet extending through the cabinet case 3 at patient gas conduit connector 11.** Nominally, the gas conduit connecter is capable of receiving fluid conduction pathways such as a medical grade or oxygen rated tubing having an internal diameter of 22 mm." (Piper, U.S. Pat. Pub. 20080257348, Page 4, Para 005)<br><br>"Shown in FIG. 23 is a rotary vane 700 in a housing 701, **the housing having an inlet 702 and a mouthpiece 703**. Set around the vane are a plurality of magnets 704 in the form of ferromagnetic discs while in the housing 701 is mounted a co-operating static magnet 705." (Brown, U.S. Pat. Pub. No. 2008/0053456, Para. 0096)<br><br>"The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10. The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P. **The inhaling pipe 623 has one end communicating with a** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P**. On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P.""(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63) <br><br> "A dry powder medicament dispenser device comprising: **a housing including an inhalation airway passageway having an inlet and outlet, said inhalation airway passageway affording passage of inspiratory airflow through the outlet and into the respiratory system of a user, an actuatable firing means for delivering a dose of a dry powder medicament to a user including a dosage member and dosage chamber for holding a pre-determined amount of dry powder medicament**, an inhalation activated assembly for actuating the firing means without requiring the user to coordinate separate actions upon inhalation in order to actuate the firing means, the inhalation activated assembly having a flexible membrane in communication with the inhalation airway passageway and adapted to move between (1) a first position which restricts actuation of the firing means; and (2) a second position, wherein inspiratory airflow through the inhalation airway passageway biases the flexible membrane from the first toward the second position, and wherein movement of said flexible membrane between said first and second positions affords actuation of the firing means." (Whaley, U.S. Pat. No. 6029661, Claim 1) <br><br> "**The housing includes an inhalation airway passageway affording passage of a user inspiratory airflow.** According to a third aspect of the present invention, the actuator comprises a biasing means such as a spring for biasing the dosage chamber toward the registered position, and releasable retaining means for releasably retaining the dosage chamber spaced from the registered position against the bias of the spring. The releasable retaining means preferably comprises an inhalation activated system in communication with the inhalation airway passageway. The inhalation activated system releases the dosage chamber in response to the user inspiratory airflow to afford movement of the dosage chamber to the registered position under the bias of the spring."(Whaley, U.S. Pat. No. 6029661, Col. 3, Lines 26-40) <br><br> "**A mouthpiece 406 is interconnected to the body portion 404 and is in communication with a cavity 408 within body portion 404**." (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 37-39) |

58

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| **9(b)** an outlet configured to permit air to exit the device; | "FIG. 1 is a block diagram illustrating features of a respiratory therapy device 30in accordance with some aspects of the present disclosure. In general terms, the respiratory therapy device 30 is adapted to operate in a passive mode (e.g., oscillatory PEP) and an active mode (e.g., CHFO and optionally CPAP), and generally includes a housing 32 and an interrupter valve assembly 34. **The housing 32 forms or maintains a patient inlet 36, at least one chamber 38, an exhaust outlet 40,and at least one pressurized fluid supply inlet 42**. The interrupter valve assembly 34 includes at least one control port 44 and a valve body 46. The control port(s) 44 fluidly connects the patient inlet 36 and the chamber 38, whereas the valve body 46 is adapted to selectively obstruct or interrupt fluid flow through the control port(s) 44. Details on the various components are provided below. In general terms, however, by controlling or operating the valve body 46 to selectively obstruct (partially or completely) the control port(s) 44, the interrupter valve assembly 34 alters airflow/pressure characteristics to and/or from the patient inlet 36. For example, where the supply inlet 42 is not connected to a separate source of pressurized fluid 48, as a patient (not shown) exhales into the patient inlet 36,the interrupter valve assembly 34 operates to periodically at least partially close the control port(s) 44, thereby establishing a resistance to airflow or back pressure in the patient inlet 36. This periodic back pressure, in turn, provides an oscillatory PEP therapy. In addition, when the supply inlet 42 is fluidly connected to the pressurized fluid source 48, the interrupter valve assembly 34 operates to periodically at least partially interrupt fluid flow from the supply inlet 42 to the patient inlet 36. This interrupted supply of pressure toward the patient serves as a CHFO therapy. As described below, the device 30 can optionally include features that selectively disable all or a portion of the interrupter valve assembly 34 in conjunction with the supply of pressurized fluid to the supply inlet 42 in providing a CPAP therapy (either along or simultaneous with CHFO therapy)" (Dunsmore, U.S. Pat. No, 8025054, Col. 5-6, Lines 38-7)<br><br>"For example, with reference to FIGS. 14A and 14B, the mouthpiece 208 (or other component attached to the mouthpiece 208, such as a nebulizer connector) is placed in the patient's mouth (not shown) and the patient performs a breathing cycle through the patient inlet 210. During the inspiratory phase, ambient air readily enters the patient inlet 210 via a relief port arrangement 266, the flow through which is controlled by a one-way valve structure 268 (such as an umbrella valve). During the expiratory phase, exhaled air from the patient is directed through the patient inlet 210 and toward the plate 194. With the valve body 202 arrangement relative to the control ports 200 a, 200 b of FIGS. 14A and 14B, the valve plate segments 232, 234 are not aligned with the control ports 200 a, 200 b such that the patient's exhaled air flows from the patient inlet 210 through the control ports 200 a, 200 b, and into the first chamber 212. This flow pattern is represented by |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | arrows in FIGS. 14A and 14B. **Airflow within the first chamber 212 flows through the passage 224 and into the second chamber 220, and then interacts with the lobe assemblies 240, 242. In particular, airflow within the second chamber 220 causes the lobe assemblies 240, 242 to rotate, with the airflow then exiting the second chamber 220 (at the outlet opening 256 of FIG. 14A) to the exhaust chamber 254. Air within the exhaust chamber 254 is then exhausted to the environment via the exhaust outlet 262**.” (Dunsmore, U.S. Pat. No, 8025054, Col. 17, Lines 4-26)<br><br>“**The apparatus can further comprise a path for patient exhalation from said outlet by-passing the turbine. The exhalation path can vent to atmosphere or recirculate to said inlet**.” (Brydon, U.S. Pat. No. 6182657, Col. 4, Lines 1-4)<br><br>“In the exhale position, as shown in FIG. 6, the user presses on the thumb pad 36 to axially compress the spring 50 and slide the breathing tube assembly 20 towards the second housing end 16 to dose the gap 56 between the air channel extension plate 54 and the breathing tube assembly 20. **Upon doing so, the air channel 22 of the breathing tube assembly 20 aligns and connects with an extension air channel 64 that extends though the center of the air channel extension plate 54 and out openings in the second housing end 16. As the user exhales through the device 10, an airflow passes through the air channel 22 and the extension air channel 64 (as indicated by the exhale airflow arrow 66) and exits out the second housing end 16 (as indicated by the exit airflow arrow 68)**. When the breathing tube assembly 20 is in the exhale position, the optional inhale air holes 60 are blocked by the major diameter section 44 of the breathing tube assembly 20.” (Baumert, U.S. Pat. Pub. No. US20070089740, Page 4, Para 0036)<br><br>“As the patient or user applies a positive expiratory air pressure at the patient input end 202, **the air pressure is applied through the opening 326 against the cone 425 of the rocker assembly 400 which forms a closure of the opening 326**.”(Foran, U.S. Pat. No. 6581598, Col. 7, Lines 6-10)<br><br>“A device for measuring respiratory air flow, comprising: **(a) a conduit having an inlet for exhaled air and an outlet for the exhaled air**; (b) a sensing member movably disposed in the conduit between the inlet and at least a portion of the outlet, the sensing member at least partially blocking at least a portion of the conduit and moving in response to the passage of the exhaled air through the conduit; and (c) a self-oscillation dampener movably engaging the sensing member, wherein the self-oscillation dampener dampens an amplitude of oscillations of the sensing member in response to the exhaled air contacting the sensing member.” (Larom, |

60
Case 4:18-cv-00009-D    Document 106-2    Filed 08/20/19    Page 83 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | U.S. Pat. No. 6447459, Claim 1) |
| | "Ventilator device comprising: a. an electrically powered centrifugal compressor having access to ambient air; b. a respiratory patient support conduit having the capability to vent to the environment and in fluid communication with said centrifugal compressor; c. a time control circuit having an "ON" and "OFF" cycle, wherein each cycle is separated by a defined time interval and being in electrical communication with said centrifugal compressor; d. a power source in electrical communication with said time control circuit; whereupon said time control circuit is cycled to an "ON" cycle allowing for said centrifugal compressor to supply a flow of air at a high pressure at a set voltage to said respiratory patient support conduit for a defined time interval; whereupon expiration of said defined time interval, **said time control circuit is then transitioned to an "OFF" cycle allowing for said centrifugal compressor to supply a flow of air at a low pressure at a reduced voltage to said respiratory patient support conduit and allowing said patient support conduit to vent to the environment; and wherein at each state said centrifugal compressor simultaneously supplies compressed ambient air at a constant pressure and a variable flow rate**." (Piper, U.S. Pat. Pub. No. 20080257348, Claim 1) |
| | "An inhaler, for use with powdered pharmaceutical-containing capsules, the capsules each being elongated and having ends and a length therebetween, comprising: a body having an air inlet, **an air/pharmaceutical outlet**, a dispensing position and a hollow interior;" (Haber, U.S. Pat. No. 5372128, Claim 1) |
| | "In use the head 16 is attached to base unit 11 so that drive shaft 25 fits into and is driven by the drive dog 24 mounted on the motor shaft of the motor in the base unit. The lugs 20 snap fit into the slots thus holding the head unit in place. A user presses button 23 which starts the motor in the base unit so that the rotary valve in the head unit rotates opening and closing the valve and interrupting the flow of air in conduit 21. The user breathes in through mouthpiece 17 and air enters at the inlet 18 via restrictor 27 and passes along the conduit 21 where the flow is interrupted by the valve 22 so that the flow of air into the user's lungs is interrupted; **the user can then breathe out through the valve 22 and the outlet and restrictor 27**. The speed of rotation of the motor can be varied during manufacture, which varies the frequency of the valve opening and closing and the flow of air to and from the user; this is set for optimal performance enhancement as dictated by experimental result, but is envisaged as between 5 Hz and 100 Hz and usually between 10 Hz and 50 Hz." (Brown, U.S. Pat. Pub. No. 20080053456, Para. 0078) |

61

| **US 9,808,588 B1** | **Excerpts from Prior Art References Disclosing Limitation** |
|---|---|
| | "The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10. The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P. **The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P. On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P**."(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63) |
| | "A dry powder medicament dispenser device comprising: **a housing including an inhalation airway passageway having an inlet and outlet, said inhalation airway passageway affording passage of inspiratory airflow through the outlet and into the respiratory system of a user**, an actuatable firing means for delivering a dose of a dry powder medicament to a user including a dosage member and dosage chamber for holding a pre-determined amount of dry powder medicament, an inhalation activated assembly for actuating the firing means without requiring the user to coordinate separate actions upon inhalation in order to actuate the firing means, the inhalation activated assembly having a flexible membrane in communication with the inhalation airway passageway and adapted to move between (1) a first position which restricts actuation of the firing means; and (2) a second position, wherein inspiratory airflow through the inhalation airway passageway biases the flexible membrane from the first toward the second position, and wherein movement of said flexible membrane between said first and second positions affords actuation of the firing means." (Whaley, U.S. Pat. No. 6029661, Claim 1) |
| | "The dispenser 10 includes (1) an optional medicament delivery passageway 16 extending between an |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | injection inlet end 17 (e.g. a circular opening having a diameter of 0.062 inches (1.57 millimeters) formed by a bore in the housing 14) intermittently communicating with the dosage chamber 32, and an outlet end 18 opening through the mouthpiece portion 15, (2) at least one air entrance passageway 19 having an inlet end opening through the outer surface 8 of the housing 14 and an outlet end opening into the medicament delivery passageway 16, and (3) **the pressure outlet passageway 23 with an inlet end communicating with the fluid pressure reservoir 22 and an outlet end opening generally opposite the injection inlet end 17 of the medicament delivery passageway 16**."(Whaley, U.S. Pat. No. 6029661, Col. 6-7, Lines 63-67 and 1-8)<br><br>"With reference to FIGS. 12-14, it can be seen that control lever 414 is adapted to engage a valve 424, which opens and closes apertures 426 in body portion 404. **In the disclosed embodiment, there are four apertures 426; however, one or more apertures would be adequate**." (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 56-61) |
| **9(c)** an opening positioned in an exhalation flow path defined between the inlet and the outlet, the opening having a generally oblong cross-sectional shape comprising a shorter first dimension and an elongated second dimension perpendicular to the first dimension; and, | "Although the respiratory therapy device 60 has been described as providing both passive and active modes of operation, in other embodiments in accordance with the present disclosure, similar principles of operation can be employed in a passive-only or oscillatory PEP device (that otherwise interacts with the patient's breathing). For example, an alternative embodiment respiratory therapy device 186 is shown in exploded form in FIG. 9. The therapy device 186 is similar in many respects to the respiratory therapy device 60 (FIG. 2) previously described, and includes a housing 188 (referenced generally) and an interrupter valve assembly 190. **The housing 188 includes a leading section 192, an intermediate plate 194, a trailing section 196, and an end plate 198. The interrupter valve assembly 190 includes one or more control ports 200 a, 200 b, a valve body 202, and a drive mechanism 204. As described in greater detail below, the drive mechanism 204 rotates the valve body 202 in response to exhaled airflow from the patient to periodically obstruct or close the control ports 200 a, 200 b**." (Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 11-29)<br><br><br>Fig. 2 |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "Importantly, and as noted in FIG. 5, on patient expiration, **a low impedance exhalation path 46 is provided, otherwise the benefit of a reduced treatment pressure during expiration may be negated by the patient being required to do excessive work during expiration. The expiration path 46 occurs between the outlet 22 and the inlet 20 by means of the open space around the sides and top of the turbine 18, creating a ready path to atmosphere**. Without the expiration path a back pressure would be formed on patient expiration that would restrict the lowest treatment pressure achievable, that being particularly important to expiration treatment pressure in bi-level CPAP where an expiration treatment pressure of 4 cm H2O is not uncommon. Ideally, the back pressure on expiration should be limited to 2 cm H2O through the provision of the exhalation path 46. A low impedance exhalation path is preferred not only for bi-level CPAP treatment, but also for single level CPAP where, although the pressure remains constant, there should not be undue impedance to opposed flow due to patient expiration." (Brydon, U.S. Pat. No. 6182657, Col. 6, Lines 30-48) |
| | "The pursed lip breathing device of claim 1, **wherein the air channel has a first end generally communicating with the mouthpiece aperture, a second end, and an opening intermediate the first and second ends; and wherein the means for restricting the airflow through the air channel comprises an airflow adjustment member attached to the housing and communicating with the opening to adjust the airflow through the air channel**." (Baumert, U.S. Pat. Pub. No. US20070089740, Claim 19) |
| | "**The air flow tube 200 is open throughout its length, and includes at the inspiratory air inlet end 201 a one-way flapper valve 205. The flapper valve 205 allows a patient to draw inspiratory air into the air flow tube 200 through the air inlet end 201, but prevents expiratory air from being passed out of the air flow tube 200 through the air inlet end.** To this end the one way flapper valve 205 is positioned on a spider 206 which is inserted into the open air inlet end 201 against a shoulder 207 forming a space sufficient for the one way operation of the valve 205. Upon inhalation by a user, the valve 205 opens and allows air to pass into the air flow tube 200. Upon exhalation, the valve 205 is held closed against the spider 206 thereby preventing expiratory air from passing out through the inlet end 201." (Foran, U.S. Pat. No. 6581598, Col. 3, Lines 50-63) |
| | "**Referring to FIGS. 14 and 15, the plate member 132 is movably or rotatably engaged with the head housing 144 to permit exhaled air 148 passing through the inlet conduit 124 and the orifice 136 to displace the plate member 132 away from the orifice 136. When the plate member 132 is displaced** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **away from the orifice 136, the exhaled air 148 can pass into the outlet conduit or flow chamber 128 and through the outlet or exhaust 152 into the exterior environment**. The clearance between the bent edges of the plate member and the adjacent interior surfaces of the head housing is typically low (e.g., no more than about 0.5 mm to improve measurement accuracy"(Larom, U.S. Pat. No. 6447459, Col.5-6, Lines 64-8)<br><br>"**Continuing reference to FIG. 9, air inlet 8 consists of inlet lower screen 21, inlet air filter 22, and inlet upper screen 23. Inlet lower screen 21 and inlet upper screen 23 are perforated metal, or some such other material that is able to provide structural support to inlet air filter 22 which is an open cell foam material (usually polyurethane). Inlet lower screen 21, inlet air filter 22, and inlet upper screen 23 are affixed to control box 1 by use of screws and aligned with openings in the box to allow the passage of ambient air entrained into the box 1**. Similarly, cooling vent 9 is also equipped with vent lower screen 24, vent filter 25, and vent upper screen 26" (Piper, U.S. Pat. Pub. No. 20080257348, Page 4, Para 0060)<br><br>"Means for incrementally rotating the cassette so to position successive capsules at the dispensing position, said capsules remaining within said cassette at the dispensing position; **whereby movement of air along the air path from the air inlet, past and through the capsule with breached ends entrains the powdered pharmaceutical in the air and causes a combination of air and powdered pharmaceutical to pass through the air/pharmaceutical outlet**." (Haber, U.S. Pat. No. 5372128, Claim 1)<br><br>"When data about a user's performance is to be monitored, a head unit containing the appropriate sensors can be used instead of that described above. **A simple such head unit is illustrated in FIG. 14 which shows a detachable head unit conduit 100 having an inlet 101, a mouthpiece 102 and a valve 107**. These correspond to the conduit 21, mouthpiece 17, inlet 18 and valve 22 described above with reference to FIGS. 1 to 11. Exterior to the conduit is an ambient sensor 103 of temperature and pressure. Inside the conduit 100, inboard of the mouthpiece 102, is a "user side" sensor 104 of temperature and pressure. Inside the conduit 100, just inboard of the inlet 101, is an inlet sensor 105 of temperature and pressure. The three sensors are connected to a data processor 106." (Brown, U.S. Pat. Pub. No. 2008/0053456, Para. 0084)<br><br>"In use the head 16 is attached to base unit 11 so that drive shaft 25 fits into and is driven by the drive dog 24 mounted on the motor shaft of the motor in the base unit. The lugs 20 snap fit into the slots thus holding the head unit in place. A user presses button 23 which starts the motor in the base unit so that the rotary valve in the head unit rotates opening and closing the valve and interrupting the flow of air in conduit 21. **The user** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **breathes in through mouthpiece 17 and air enters at the inlet 18 via restrictor 27 and passes along the conduit 21 where the flow is interrupted by the valve 22 so that the flow of air into the user's lungs is interrupted; the user can then breathe out through the valve 22 and the outlet and restrictor 27**. The speed of rotation of the motor can be varied during manufacture, which varies the frequency of the valve opening and closing and the flow of air to and from the user; this is set for optimal performance enhancement as dictated by experimental result, but is envisaged as between 5 Hz and 100 Hz and usually between 10 Hz and 50 Hz." (Brown, U.S. Pat. Pub. No. 20080053456, Para. 0078) |

"The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10. The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. **The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P. The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173. The oxygen supply side opening 172 is connected to the inhaling pipe 623**. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P. On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P."(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63)

"**The open/close switching means 7E includes: a rotary cylindrical body having a cutoff portion 712E for discharge and a solid portion 711E for closing; a cylindrical frame 72E for rotatably containing this rotary cylindrical body**; and a drive motor 73E for rotating the rotary cylindrical body 71E." (Takaki, U.S. Pat. No. 6446629, Col. 11, Lines 23-27)

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "**The rotary cylindrical body 71E has an open top and a solid bottom like the cylindrical frame 72B, and has a cutoff portion in the circumferential wall. The position (height direction) of the rotary cylindrical body almost corresponds to the position of the discharge pipe end.** Here, in the rotary cylindrical body 71E, the cut-off portion will be referred to as an open area and the remaining portion as a closing area. The center of the bottom of this rotary cylindrical body 71E is connected to the rotary shaft of the drive motor 73E.** The rotary cylindrical body 71B is rotated by the drive motor 73E with respect to the cylindrical frame 72E." (Takaki, U.S. Pat. No. 6446629 Col. 11, Lines 39-50)<br><br>"A dry powder medicament dispenser device comprising: **a housing including an inhalation airway passageway having an inlet and outlet, said inhalation airway passageway affording passage of inspiratory airflow through the outlet and into the respiratory system of a user, an actuatable firing means for delivering a dose of a dry powder medicament to a user including a dosage member and dosage chamber for holding a pre-determined amount of dry powder medicament, an inhalation activated assembly for actuating the firing means without requiring the user to coordinate separate actions upon inhalation in order to actuate the firing means**, the inhalation activated assembly having a flexible membrane in communication with the inhalation airway passageway and adapted to move between (1) a first position which restricts actuation of the firing means; and (2) a second position, wherein inspiratory airflow through the inhalation airway passageway biases the flexible membrane from the first toward the second position, and wherein movement of said flexible membrane between said first and second positions affords actuation of the firing means." (Whaley, U.S. Pat. No. 6029661, Claim 1)<br><br>"**The housing includes an inhalation airway passageway affording passage of a user inspiratory airflow**. According to a third aspect of the present invention, the actuator comprises a biasing means such as a spring for biasing the dosage chamber toward the registered position, and releasable retaining means for releasably retaining the dosage chamber spaced from the registered position against the bias of the spring. **The releasable retaining means preferably comprises an inhalation activated system in communication with the inhalation airway passageway**. The inhalation activated system releases the dosage chamber in response |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | to the user inspiratory airflow to afford movement of the dosage chamber to the registered position under the bias of the spring."(Whaley, U.S. Pat. No. 6029661, Col. 3, Lines 26-40)

"The cross-section of the dosage chamber 32 is preferably slightly smaller than the cross-section of the pressure outlet passageway 23 to afford complete expulsion of the medicament 12 from the dosage chamber 32, and to insure proper communication between the pressure outlet passageway 23 and the dosage chamber 32. **For example, if the cross-section of the dosage chamber 32 is circular having a diameter of approximately 0.032 inches (0.81 millimeters), then the cross-section of the pressure outlet passageway 23 may also be circular with a diameter of approximately 0.052 inches (1.32 millimeters) or even 0.055 inches (1.40 millimeters). Generally, the cross-section of the injection inlet 17 for the medicament delivery passageway 16 preferably has approximately the same or larger cross-sectional area than the cross-sectional area of the dosage chamber 32. For a circular cross-section of the dosage chamber 32 with a diameter of approximately 0.032 inches (0.81 millimeters), the cross-sectional area of the injection inlet 17 may also be circular with a diameter of approximately 0.062 inches (1.57 millimeters)."** (Whaley, U.S. Pat. No. 6029661, Col. 7-8, Lines 55-17)

"**The lever 414 is adapted to engage valve 424 and raise it as shown in FIG. 13 to allow the ingress of air into cavity 408 and mouthpiece 406. The lever pivots due to the user biting down on the mouthpiece 406. As the user continues to bite down on mouthpiece 406, the control lever 414 slips past valve 424, as shown in FIG. 14, allowing valve 424 to rapidly close apertures 426. Rapid closing of aperture 426 abruptly stops air flow to the lungs**. When the user releases the pressure upon the mouthpiece 406, the arm 420 pivots with respect to arm 418, allowing lever 414 to return to the position shown in FIG. 11. In this way, the user can rapidly open and close his mouth upon mouthpiece 406 to permit bursts of air to percuss the user's lungs." (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 62-67 and Col. 11, Lines 1-7) |

68

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| **9(d)** a blocking segment configured to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted; | "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the  patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35). |

"With the above in mind, the respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a first chamber 72, a second chamber (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. **The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82. Details on the various components are provided below. In general terms, however, the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. The valve body 80, in turn, is located in close proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative to the first chamber 72 and the patient inlet 70**. Finally, the supply inlet(s) 74 are

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | fluidly connected to distribution points within the housing 62. During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61)<br><br>**MPF** – Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted."  As seen in the Dusmore patent *supra*, valve body 80 translates relative to control ports 78a and 78b along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 3, Lines 14-35 and Col. 6, Lines 27-61 of Dusmore).<br><br><br>"FIGS. 12a and 12 b show a yet further embodiment of a controllable flow generator 48 that is similar to the embodiments of FIGS. 8 and 9. In place of the choke 50 and valve 62 is a sliding pressure control plate 70. **The pressure control plate 70 has a circular aperture 72 which in conjunction with the entrance to the air inlet 20 forms a choke valve 74. The aperture equally could be profiled in a non-regular shape. The plate 70 also has a profiled slot 76 which in conjunction with the exit to the branch 60 forms an impedance control valve 78**.<br><br>The control plate 40 is slidingly operated by an actuator (not shown) having connection with the breathing detection and treatment pressure control circuitry. **As the plate 70 moves to the left to further restrict the mouth of the inlet 20, the effective surface area at the exit of the branch 60 open through the slot 76 is commensurately increased, thus providing a lower impedance exhalation path. The converse situation applies when the plate 70 is moved to the right, in that when the circular aperture 72 is located wholly** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **over the mouth of the inlet 20 corresponding to inspiration treatment pressure, the exit of the branch 70 is wholly blocked-off by the control plate 70, as the slot 76 will have past the left-most extent of the exit to the branch 60**. The tapered arrangement for the slot 76 is one of many possible arrangements and, in this case, provides a near linear relation between exhalation impedance and treatment pressure.<br><br>**FIG. 13 shows an alternate arrangement to that of FIGS. 12a and 12 b wherein the pressure control plate 70″ is no longer sliding, but rather rotatable, otherwise the principle of operation remains the same**." (Brydon, U.S. Pat. No. 6182657, Col. 7-8, Lines 66-28)<br><br>"**The flow generator of claim 1, wherein the plate is rotatable in the inspiratory mode to increase or decrease the open area of the entrance between substantially fully open and substantiall fully closed**."<br><br>"**The flow generator of claim 1, wherein the plate is rotatable in the expiratory mode to increase or decrease the open area of the vent between substantially fully open and substantially fully closed**." (Brydon, U.S. Pat. No. 6182657, Claims 2-3)<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted."  As seen in the Brydon patent *supra*, plate 70 is rotatable about air inlet 20 to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 7-8, Lines 66-28 and Claims 2 and 3 of Broyden).<br><br><br>"For therapeutic operation of the breathing device 10, a pressure is induced on the user's lungs during breathing. For example, with a PEP device, the flow rate of expiratory air passing through the device 10 is controlled to induce pressure in the user's pulmonary system. More particularly, the flow rate is controlled by restricting the airflow capacity of the air channel in order to generate a back-pressure in the user's lungs. Referring to FIG. 2, a restrictor plate 70 is set into the second housing end 16 of the breathing device 10, and includes a plurality of orifices 72 of varying sizes, each of which may be selectively used to adjust and |

71

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | regulate the airflow capacity of the air channel 22. **The restrictor plate 70 may be rotatable with respect to the housing so that any one of the three orifices 72 may be selectively aligned with the extension air channel 64 to regulate the airflow through the breathing tube assembly 20. The combination of predetermined inner diameters and lengths of the air channel 22 plus the selected orifice 72 on the restrictor plate 70 cause a desirable predetermined back pressure in the lungs of the user while exhaling**. Although a pressure range of no greater than 20 cm H2O is used in an exemplary embodiment of a PEP breathing device in accordance with the present invention, one skilled in the art will recognize that other desirable pressure ranges may also be used." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 4, Para 0037)

**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Baumert patent *supra*, restrictor plate 70 may be rotatable with respect to the housing so that any one of the three orifices 72 may be selectively aligned with the extension air channel 64 to regulate the airflow through the breathing tube assembly 20, thereby configured to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Page 4, Para 0037 of Baumert).


"A positive expiratory pressure therapy device for inducing an oscillatory expiratory air pressure from a patient, comprising an airflow tube having an inlet opening through which a patient to be treated inhales inspiratory air, and a patient input opening through which a patient inhales to draw inspiratory air into said air flow tube and through which a patient exhales to discharge expiratory from said air flow tube; **a one-way valve carried at said air flow tube inlet opening to allow inspiratory air to be drawn there through, but to block the passage of expiratory air there through; said air flow tube further including a non-linear discharge orifice which is closed during the passage of inspiratory air through said inlet opening, and opened in response to the discharge of expiratory air; and control means for controlling the opening and closing of said non-linear discharge orifice in response to the pressure of the expiratory air** |

72

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **discharged into said patient input opening**." (Foran, U.S. Pat. No. 6581598, Claim 1) |

**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Foran patent *supra*, cone 425 is sized and positioned to be inserted into the tapered conical interior 325 of the coupling 322 for closing the circular opening 326 into the air tube 200. The pressure of the patient expiratory air will raise the cone 425, causing the rocker assembly 400 to pivot about its pivot pins 460 against the force of the magnetic field between the magnet 350 carried on the pivotal magnet support 330 and the steel pin 450 carried on the rocker assembly, in this way configured to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 7, Lines 6-15 of Foran).

"In a first embodiment, a device is provided that includes: **(a) a conduit having an inlet (or mouthpiece) for exhaled air and an outlet (or flow chamber) for the exhaled air; (b) a plate (or orifice or closure or sensing) member (or vane) movably disposed in the conduit between the inlet and outlet, the plate member at least partially blocking the conduit and moving in response to the passage of the exhaled air through the conduit**; and (c) a measuring device for measuring, at a plurality of points in time, at least one of (i) a location of the plate member, (ii) a pressure or force applied by the exhaled air against the plate member, and/or (iii) an air flow parameter (e.g., a rate of volume of flow) and generating a plurality of measurement signals. The plate member is typically shaped such that air flow from the inlet end past the member causes the member to move, e.g., rotatably or linearly, away from a rest or starting position to a succession of other open positions forming an ever widening gap between the member and a part or wall of the conduit or passageway. From the position of the plate member or the force applied to the plate member, the pressure applied to the plate (e.g., the back pressure or the pressure or force applied by the air flow) in front of the plate member can be determined."(Larom, U.S. Pat. No. 6447459, Col. 2, Lines 3-25).

**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35

| **US 9,808,588 B1** | **Excerpts from Prior Art References Disclosing Limitation** |
|---|---|
| | U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Larom patent *supra*, plate member 132/400 is movably or rotatably engaged with the head housing 144 to permit exhaled air 148 passing through the inlet conduit 124 and the orifice 136 to displace the plate member 132 away from the orifice 136. When the plate member 132 is displaced away from the orifice 136, the exhaled air 148 can pass into the outlet conduit or flow chamber 128 and through the outlet or exhaust 152 into the exterior environment, and therefore is configured to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Cols. 5 and 6, Lines 64-4 of Larom). |
| | "A rotor base 16 is secured to the distal end 18 of rotor case 10, such as with an adhesive. **As shown in FIGS. 1 and 4, rotor base 16 and distal end 18 of rotor case 10 define semi-cylindrical regions 20, 22. An out-of-balance rotor 24 is freely rotatably mounted within regions 20, 22. Rotor 24 has an eccentrically positioned weight 26 mounted on one of its blades 28 so that rotation of rotor 24 causes inhaler 2 to vibrate**. The radial or transverse positioning of the axis of rotation 30 of rotor 24 relative to the central axis 32 of inhaler 2 causes the vibrations created by out-of-balance rotor 24 to shake or vibrate inhaler 2 laterally relative to central axis 32." (Haber, U.S. Pat. No. 5372128, Col. 2, Lines 41-53) |
| | **MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Haber patent *supra*, rotor 24 and blades 28 are freely rotatably mounted within regions 20, 22, wherein they translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 2, Lines 41-53 in Haber). |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "The pulsating vibration air generation means 111 has a casing 112 and a rotary type valve 113. The casing 112 has an air supply port h2 connected to the air source 94 and a wave transmission port h1 at its circumferential surface. **The rotary type valve 113 is rotatably contained in the casing 112 so as to divide the space in the casing 112 into two parts. According to the pulsating vibration air generation means 111, when the rotary type valve 113 is positioned at solid lines in the figure, the air supply port h2 and the wave transmission port h1 are communicated. If compressed air generation means is used as the air source 94, compressed air generated by driving the compressed air generation means is supplied to the conduit T2 (pneumatic transport) connected to the wave transmission port h1. On the other hand according to the pulsating vibration air generation means 111, when the rotary type valve 113 is positioned at dotted lines in the figure, the air supply port h2 and the wave transmission port h1 are shut off by the rotary type valve 113**. If compressed air generation means is used as the air source 94, compressed air generated by driving the compressed air generation means isn't supplied to the conduit T2 (pneumatic transport) connected to the wave transmission port h1." (Yoshimoto, U.S. Pat. No. 6607008, Col. 36, Lines 16-64)<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Yoshimoto patent *supra*,rotary valve 113 is rotatably contained in the casing 112 so as to divide the space in the casing 112 into two parts. On the other hand according to the pulsating vibration air generation means 111, when the rotary type valve 113 is positioned at dotted lines in the figure, the air supply port h2 and the wave transmission port h1 are shut off by the rotary type valve 113, indicating rotary valve 113 translates relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 36, Lines 16-64 of Yoshimoto).<br><br><br>"**The open/close switching means 7E includes: a rotary cylindrical body having a cutoff portion 712E for discharge and a solid portion 711E for closing; a cylindrical frame 72E for rotatably containing this** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **rotary cylindrical body**; and a drive motor 73E for rotating the rotary cylindrical body 71E." (Takaki, U.S. Pat. No. 6446629, Col. 11, Lines 23-27)<br><br>"**The rotary cylindrical body 71E has an open top and a solid bottom like the cylindrical frame 72B, and has a cutoff portion in the circumferential wall. The position (height direction) of the rotary cylindrical body almost corresponds to the position of the discharge pipe end. Here, in the rotary cylindrical body 71E, the cut-off portion will be referred to as an open area and the remaining portion as a closing area**. The center of the bottom of this rotary cylindrical body 71E is connected to the rotary shaft of the drive motor 73E. The rotary cylindrical body 71B is rotated by the drive motor 73E with respect to the cylindrical frame 72E." (Takaki, U.S. Pat. No. 6446629, Col. 11, Lines 39-50)<br><br>**MPF** - Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Takaki patent *supra*, the artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn, meaning that rotary valve mechanism 54 to translates relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 3, Lines 37-63 of Takaki). Similarly, cylindrical body 71E is rotated by the drive motor 73E with respect to the cylindrical frame 72E that arranged at the discharge end of the discharge pipe 604. Therefore, cylindrical body 71E also to translates relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 11, Lines 39-50 of |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | Takaki).<br><br>"**A device for the administration of an inhalation medicament, including a body defining a through-going air pathway having a longitudinal axis, an air inlet, an air outlet forming a mouthpiece, means for dispensing medicament into the pathway and air flow regulating means which includes a movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament, and biasing means, the obstructing means being biased into a first resting position in which the cross-sectional area of the pathway is maximum and being adapted to move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is less than maximum in response to a pressure fall at the mouthpiece caused by inhalation**, wherein the air flow regulating means further includes second movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament, and second biasing means, the second obstructing means being biased into a first resting position in which the cross-sectional area of the pathway is minimum and being adapted to move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is more than minimum in response to a pressure fall at the mouthpiece caused by inhalation." (Clarke, U.S. Pat. No. 5727546, Claim 1)<br><br>"A device according to claim 18 in which **the diaphragm is provided with one or more protrusions on its upper and lower surfaces and is located between two partitions formed in a plane perpendicular to the longitudinal axis of the pathway, the partitions being provided with apertures with which some or all of the protrusions cooperate to restrict or prevent the passage of air through the apertures**." (Clarke, U.S. Pat. No. 5727546, Claim 19)<br><br>"A device according to claim 15 in which **the obstructing means comprises a V-shaped vane, biased at a hinge formed at the apex of the V, which rotates about an axis perpendicular to that of the pathway**." (Clarke, U.S. Pat. No. 5727546, Claim 21)<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter |

77

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Clarke patent *supra*, v-shaped vanes 27 rotate about an axis perpendicular to the pathway at a hinge 25 (shown in FIGS. 2(d) and 2(e)) against the bias of spring 26. In the resting position, the cross-sectional area of the pathway is substantially zero, indicating that vanes 27 translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col 8, Lines 20-26 of Clark).

"Packing the dosage chamber 32 is believed to contribute to repeated, consistent dosage accuracy as the chamber 32 is consistently loaded with generally the same amount of medicament. **At least one and preferably four flexible loading blades 36 are provided, each having proximal and distal 39 ends and a leading or "major" surface between the proximal and distal ends. The blades 36 are mounted on a shaft or hub 46 having generally the same axis as the axis of the medicament reservoir 11**." (Whaley, U.S. Pat. No. 6029661, Col. 9, Lines 3-11)

"The blade turning shaft 46 is rotated by a powder loading knob 47. **Rotation of the knob 47 while the dosage chamber 32 opens into the medicament reservoir 11 causes revolving movement of the blades 36 that scrapes medicament 12 from the walls of the reservoir 11, simultaneously loads the dosage chamber 32 with a dosage of dry powder medicament 12** and also tends to agitate the powder 12 to break the powder 12 into smaller agglomerates." (Whaley, U.S. Pat. No. 6029661, Col. 9, Lines 32-39)

**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Whaley patent *supra*, four flexible loading blades 36 are provided, each having proximal and distal 39 ends and a leading or "major" surface between the proximal and distal ends. The blades 36 are mounted on a shaft or hub 46 having generally the same axis as the axis of the medicament reservoir 11, such that they translate relative to the |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 9, Lines 3-11)<br><br>"The lever 414 is adapted to engage valve 424 and raise it as shown in FIG. 13 to allow the ingress of air into cavity 408 and mouthpiece 406. The lever pivots due to the user biting down on the mouthpiece 406. **As the user continues to bite down on mouthpiece 406, the control lever 414 slips past valve 424, as shown in FIG. 14, allowing valve 424 to rapidly close apertures 426. Rapid closing of aperture 426 abruptly stops air flow to the lungs. When the user releases the pressure upon the mouthpiece 406, the arm 420 pivots with respect to arm 418, allowing lever 414 to return to the position shown in FIG. 11**. In this way, the user can rapidly open and close his mouth upon mouthpiece 406 to permit bursts of air to percuss the user's lungs." (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 62-67 and Col. 11, Lines 1-7)<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted."  As seen in the Hougen patent *supra*, body 514 of segment 504 is configured such that when the user bites down on the mouthpiece, the link rocks about pin 526, rotating segment 504 within cylinder body 502, translating relative to the opening along the shorter first dimension between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 11, Lines 62-67 of Hougen). |
| **9(e)** wherein a size of a blocking surface of the blocking segment is | "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| equal to or greater than a size of the opening. | assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)

"Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. In some embodiments, the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134. The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. **The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b. For example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b. Further, in some embodiments, a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b can be simultaneously obstructed by the plate segments 132, 134**. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80." (Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21)

"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate** |

80

Case 4:18-cv-00009-D    Document 106-2    Filed 08/20/19    Page 103 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b**. Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism 204." (Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 30-39)

"The flow generator of claim 1, **wherein the plate is rotatable in the inspiratory mode to increase or decrease the open area of the entrance between substantially fully open and substantially fully closed**."

"The flow generator of claim 1, **wherein the plate is rotatable in the expiratory mode to increase or decrease the open area of the vent between substantially fully open and substantially fully closed**." (Brydon, U.S. Pat. No. 6182657, Claims 2-3)

"For therapeutic operation of the breathing device 10, a pressure is induced on the user's lungs during breathing. For example, with a PEP device, the flow rate of expiratory air passing through the device 10 is controlled to induce pressure in the user's pulmonary system. More particularly, the flow rate is controlled by restricting the airflow capacity of the air channel in order to generate a back-pressure in the user's lungs. Referring to FIG. 2,a restrictor plate 70 is set into the second housing end 16 of the breathing device 10, and includes a plurality of orifices 72 of varying sizes, each of which may be selectively used to adjust and regulate the airflow capacity of the air channel 22. **The restrictor plate 70 may be rotatable with respect to the housing so that any one of the three orifices 72 may be selectively aligned with the extension air channel 64 to regulate the airflow through the breathing tube assembly 20. The combination of predetermined inner diameters and lengths of the air channel 22 plus the selected orifice 72 on the restrictor plate 70 cause a desirable predetermined back pressure in the lungs of the user while exhaling**. Although a pressure range of no greater than 20 cm H2O is used in an exemplary embodiment of a PEP breathing device in accordance with the present invention, one skilled in the art will recognize that other desirable pressure ranges may also be used." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 4, Para 0037)

"The rocker assembly 400, best illustrated in FIGS. 3 and 7-9, is balanced for pivotal movement about the pivot pins 460. To this end a balancing pad 411 and balancing cylinder 412 are formed at one end of the rocker platform 410, to balance the weight of a flow cone 425 and a steel rod 450 carried at the opposite end |

81

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
|  | of the rocker platform. **The flow cone 425 is sized and positioned to be inserted into the tapered conical interior 325 of the coupling 322 for closing the circular opening 326 into the air tube 200**." (Foran U.S. Pat. No. 6581598, Col. 5, Lines 29-37)<br><br>"Namely according to the pulsating vibration air generation means 111, when the wave transmission port h1 of the casing 112 is closed by the circumferential surface of the rotary type valve 113, continuous air flow (negative air) toward air suction means via the bypass pipe Tv is generated in the pneumatic transport pipe T2. **Therefore, vibration (low frequency) which is caused when air toward the air suction means is completely shut off isn't happened in the pulsating vibration air generation means 111**. As a result, there is no work environmental problem such that operators get sick while operating the pulsating vibration air generation means if this pulsating vibration air generation means 111 is used." (Yoshimoto, U.S. Pat. No. 6607008)<br><br>"The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; **a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10**. The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P. The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 |

82

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | reaching the patient P. On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P."(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63)<br><br>"The open/close switching means 7E includes: **a rotary cylindrical body having a cutoff portion 712E for discharge and a solid portion 711E for closing; a cylindrical frame 72E for rotatably containing this rotary cylindrical body**; and a drive motor 73E for rotating the rotary cylindrical body 71E." (Takaki, U.S. Pat. No. 6446629, Col. 11, Lines 23-27)<br><br><br><br>"**The rotary cylindrical body 71E has an open top and a solid bottom like the cylindrical frame 72B, and has a cutoff portion in the circumferential wall. The position (height direction) of** the rotary cylindrical body almost corresponds to the position of the discharge pipe end. Here, in the **rotary cylindrical body 71E, the cut-off portion will be referred to as an open area and the remaining portion as a closing area**. The center of the bottom of this rotary cylindrical body 71E is connected to the rotary shaft of the drive motor 73E. The rotary cylindrical body 71B is rotated by the drive motor 73E with respect to the cylindrical frame 72E." (Takaki, U.S. Pat. No. 6446629Col. 11, Lines 39-50)<br><br>"A device for the administration of an inhalation medicament, including a body defining a through-going air pathway having a longitudinal axis, an air inlet, an air outlet forming a mouthpiece, means for dispensing medicament into the pathway **and air flow regulating means which includes a movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament, and biasing means, the obstructing means being biased into a first resting position in which the cross-sectional area of the pathway is maximum and being adapted to move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is less than maximum in response to a pressure fall at the mouthpiece caused by inhalation**, wherein the air flow regulating means **further includes second movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament, and second biasing means, the second obstructing means being biased into a first resting position in which the cross-sectional area of the pathway is minimum and being adapted to** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is more than minimum in response to a pressure fall at the mouthpiece caused by inhalation." (Clarke, U.S. Pat. No. 5727546, Claim 1) <br><br> "A device according to claim 18 in which **the diaphragm is provided with one or more protrusions on its upper and lower surfaces and is located between two partitions formed in a plane perpendicular to the longitudinal axis of the pathway, the partitions being provided with apertures with which some or all of the protrusions cooperate to restrict or prevent the passage of air through the apertures**." (Clarke, U.S. Pat. No. 5727546, Claim 19) <br><br> "A device according to claim 15 in which **the obstructing means comprises a V-shaped vane, biased at a hinge formed at the apex of the V, which rotates about an axis perpendicular to that of the pathway**." (Clarke, U.S. Pat. No. 5727546, Claim 21) <br><br> "Packing the dosage chamber 32 is believed to contribute to repeated, consistent dosage accuracy as the chamber 32 is consistently loaded with generally the same amount of medicament. **At least one and preferably four flexible loading blades 36 are provided, each having proximal and distal 39 ends and a leading or "major" surface between the proximal and distal ends. The blades 36 are mounted on a shaft or hub 46 having generally the same axis as the axis of the medicament reservoir 1**1." (Whaley, U.S. Pat. No. 6029661, Col. 9, Lines 3-11) <br><br> "The blade turning shaft 46 is rotated by a powder loading knob 47. **Rotation of the knob 47 while the dosage chamber 32 opens into the medicament reservoir 11 causes revolving movement of the blades 36 that scrapes medicament 12 from the walls of the reservoir 11, simultaneously loads the dosage chamber 32 with a dosage of dry powder medicament 12 and also tends to agitate the powder 12 to break the powder 12 into smaller agglomerates**." (Whaley, U.S. Pat. No. 6029661, Col. 9, Lines 32-39) <br><br> "The valve 424 is illustrated having a top flange 428, a stem 430, and a base 432. **The flange 428 is adapted to close apertures 426 or to open apertures 426, depending upon the pressure placed on mouthpiece 406**." (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 13-16) |
| **CLAIM 10** | *See* Claim 9, *supra*. |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| The respiratory treatment device of claim 9, wherein the oblong cross-sectional shape is generally rectangular. | "**The concept in FIG. 11 has seven identical channels 9 for the bypass flow, of which each has a generally rectangular shape in cross section and about the same depth as the circulation chamber**. The channels 9 provide the circulation chamber 3 in top view largely with the shape of an octagon with eight identical open angles of 135 degrees between the remaining sections 22 of the interior wall 5 of the circulation chamber 3. The powder flow channel 2 is the same as that for the concept in FIG. 9, except for the depth of the final section 2A of the channel 9 which is the same as that for the circulation chamber 3. Air flows from the bypass 9 and powder 2 channels skim over these remaining sections 22, which are the impact zones for the larger agglomerates. Only larger particles are able to traverse these flows as the result of their high momentum. Fine particles with much lower inertia, are turned off course by the bypass flows, which create a so-called internal air barrier between these particles and the remaining wall sections 22." (Haaije de Boer, U.S. Pat. Pub. No. US20030015195, Para. 0155)<br><br>"**A control member is rotatable to alter a control flow area of a primary flow path of a valve, with the control flow area being of a rectangular shape having a side defined by a wall of a valve interior, a side defined by a wall of a control member exterior, a bottom defined by a floor of the valve interior and a top defined by a roof of the valve interior**. The control member exterior is so configured that rotation of the control member alters a distance between the control member exterior and the wall of the valve interior to alter the control flow area of the primary flow path, with the amount of rotation of the control member between two predetermined end positions and the alteration in the control flow area of the primary flow path being substantially linearly proportional." (Wickham, U.S. Pat. No. 6,269,839, Abstract)<br><br>"**The minimum cross-sectional area of the flow bath between the inlet duct 16 and the outlet duct 18 is indicated by rectangular hatched portion 24**. The left hand side of the portion 24 is defined by interior wall 26 of the housing 14, the right hand side of the portion 24 is defined by exterior wall region 28 of the control member 10, the bottom of the portion 24 is defined by the floor 30 of the housing 14 and the top of the portion 24 is defined by the underside of the lid (not shown) of the housing 14." (Wickham, U.S. Pat. No. 6,269,839, Abstract 4:31-41) |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "With reference to FIG. 10, a further embodiment of the present invention is shown generally at 402. **In this embodiment, the breathing apparatus has a body portion 404, which is illustrated as being cylindrical; however, it could take other shapes, including square, triangular, polygonal, etc**. A mouthpiece 406 is interconnected to the body portion 404 and is in communication with a cavity 408 within body portion 404. In the disclosed embodiment, there is an elongated support 410, which extends into the mouthpiece 406 to support one side of the mouthpiece. See FIG. 11. In the preferred embodiment, the mouthpiece 406 is made of a pliable rubber material. In the disclosed embodiment, the body portion 404 includes a mounting flange 412 for mounting mouthpiece 406 upon body portion 404. The support 410 is illustrated as being an extension of mounting flange 412." (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 32-45) |
| **CLAIM 11**<br><br>The respiratory treatment device of claim 9, further comprising a conduit having a length terminating at the opening, wherein a cross-sectional shape of the conduit along the length matches the cross-sectional shape of the opening. | *See* Claim 9, *supra*.<br><br> "With rotation of the lobe assemblies 240, 242 in response to exhaled air entering the second chamber 220, the valve body 202 is caused to rotate. **To account for instances in which the valve body 202 is initially aligned with control ports 200 a, 200 b (and thus may impede desired airflow into the second chamber 200 sufficient to initiate rotation of the lobe assembles 240, 242), means (not shown) can be provided by which a user can self-actuate movement of the valve body 282, a valved conduit can be provided that directly fluidly connects the patient inlet 210 with the second chamber 220, etc**. Regardless, the valve plate segments 232, 234 will periodically be aligned with a respective one of the control ports 200 a, 200 b as shown, for example in FIGS. 15A and 15B. When so-aligned, exhaled air from the patient at the patient inlet 210 is substantially prevented from passing through the control ports 200 a, 200 b. As a result, a back pressure is generated within the patient inlet 210 that in turn is imparted upon the patient. This airflow is represented by arrows in FIGS. 15A and 15B. Because the valve body 202 is essentially continuously rotating |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | in response to exhaled air, this back pressure is created on a periodic or oscillating basis. In other words, back pressure "pulses" are established within the patient inlet 210, with the back pressure being "released" from the patient inlet 210 as the valve plate segments 232, 234 move away from the control ports 200 a, 200 b. In some embodiments, the respiratory therapy device 186 is configured such that at an exhaled airflow rate of 10 lpm at 100 Pa drives the interrupter valve assembly 190 to create 15 pulses per second at the control ports 200 a, 200 b, with the pressure pulses being at approximately 3,000 Pa. At flow rates above 10 lpm, the valve structure 260 will open and may flutter to maintain inlet pressure to the drive mechanism 204. In related embodiments, the valve structure 260 is configured to establish flow of up to 20 lpm at 100 Pa, which substantially maintains the desired back pressure in the patient inlet 210 and a rotational speed constant in the range of 10 lpm-30 lpm. Alternatively, however, the respiratory therapy device 186 can be configured to exhibit a number of performance characteristics differing from those described above." (Dunsmore, U.S. Pat. No, 8025054, Col. 17-18, Lines 47-18)

"**The inner housing portion 522 includes a mouthpiece 526 and a tube 528. The mouthpiece 526 is sized and shaped for convenient placement within a patient's mouth (or assembly to a separate component adapted for placement in a patient's mouth, such as a nebulizer connector piece), and can be integrally formed with the tube 528. Regardless, the mouthpiece 526 and the tube 528 combine to define the patient inlet 506 through which airflow to and from the patient directly occurs. In this regard, the tube 528 extends from the mouthpiece 526 to a trailing side 530**." (Dunsmore, U.S. Pat. No, 8025054, Col. 24-25, Lines 61-3)

"With reference to FIG. 10, **a further embodiment of the present invention is shown generally at 402. In this embodiment, the breathing apparatus has a body portion 404, which is illustrated as being cylindrical; however, it could take other shapes, including square, triangular, polygonal, etc. A mouthpiece 406 is interconnected to the body portion 404 and is in communication with a cavity 408 within body portion 404**. In the disclosed embodiment, there is an elongated support 410, which extends into the mouthpiece 406 to

|

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | support one side of the mouthpiece. See FIG. 11. In the preferred embodiment, the mouthpiece 406 is made of a pliable rubber material. In the disclosed embodiment, the body portion 404 includes a mounting flange 412 for mounting mouthpiece 406 upon body portion 404." (Hougen, U.S Pat. No. 5890998, Col. 10, Lines 32-45) |
| **CLAIM 12**<br><br>The respiratory treatment device of claim 11, wherein a cross-sectional area of the conduit is less than a cross-sectional area of an opening associated with a patient interface located upstream of the conduit. | *See* Claim 11, *supra*.<br><br>"Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)<br><br><br>Fig. 2<br><br>"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b**. Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism 204." (Dunsmore, |

88

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
|  | U.S. Pat. No, 8025054, Col. 15, Lines 57-67)<br><br>"**In use, a patient discharges expiratory air through the patient coupling port 201 of the air-flow tube 200 which passes through the air-flow tube discharge opening 203 to the oscillatory rocker assembly 400 and then out of the device 1000 through the exit space 304 between the two housing portions 301 and 302**. Accordingly, the expiratory air pressure is applied against the cone-shaped closure 447 of the rocker 445 which forms a closure of the non-linear discharge opening or orifice 487" (Richards, U.S. Pat. Pub. No. US20080078383, Para. 0033<br><br>With reference to FIG. 10, a further embodiment of the present invention is shown generally at 402. **In this embodiment, the breathing apparatus has a body portion 404, which is illustrated as being cylindrical; however, it could take other shapes, including square, triangular, polygonal, etc. A mouthpiece 406 is interconnected to the body portion 404 and is in communication with a cavity 408 within body portion 404. In the disclosed embodiment, there is an elongated support 410, which extends into the mouthpiece 406 to support one side of the mouthpiece**. See FIG. 11. In the preferred embodiment, the mouthpiece 406 is made of a pliable rubber material. In the disclosed embodiment, the body portion 404 includes a mounting flange 412 for mounting mouthpiece 406 upon body portion 404." (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 32-45) |

89

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| **CLAIM 13**<br><br>The respiratory treatment device of claim 9, further comprising a vane configured to move the blocking segment between the closed position and the open position in response to the flow of air through the opening. | *See* Claim 9, *supra*.<br><br>"Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port**. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)<br><br> Fig. 2<br><br>"In a preferred form, the control means can comprise **means for closing at least a portion of a mouth of said inlet. Alternatively, said control means can comprise a controllable vane for at least partly restricting said inlet**." (Brydon, U.S. Pat. No. 6182657, Col. 3, Lines 27-30)<br><br>"A control lever 414 is pivotally mounted within body portion 404 and extends between mouthpiece 406 and cavity 408. **The control lever is mounted upon a pivot pin 416 so that it can be pivoted between the positions illustrated in FIGS. 11-13. The disclosed control lever 414 is an articulated member having an arm 418 and an arm 420. The two arms are pivotally mounted at 422, with arm 420 being pivotal with respect to arm 418 in one direction but not pivotal with respect to arm 418 in the opposite direction**." (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 48-56) |
| **CLAIM 14** | *See* Claim 13, *supra*. |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| The respiratory treatment device of claim 13, wherein the blocking segment is mounted on the vane. | "…the respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a  first chamber 72, a second chamber (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82. Details on the various components are provided below. In general terms, however, the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. **The valve body 80, in turn, is located in close proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative to the first chamber 72 and the patient inlet 70. Finally, the supply inlet(s) 74 are fluidly connected to distribution points within the housing 62**. During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61)

"Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. **In some embodiments, the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134. The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b**. For |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b. Further, in some embodiments, a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b can be simultaneously obstructed by the plate segments 132, 134. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80." (Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21) |
| | "A device for the administration of an inhalation medicament, including a body defining a through-going air pathway having a longitudinal axis, an air inlet, an air outlet forming a mouthpiece, means for dispensing medicament into the pathway **and air flow regulating means which includes a movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament, and biasing means, the obstructing means being biased into a first resting position in which the cross-sectional area of the pathway is maximum and being adapted to move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is less than maximum in response to a pressure fall at the mouthpiece caused by inhalation, wherein the air flow regulating means further includes second movable obstructing means adapted to reduce the cross-sectional area of the pathway at a location between the air inlet and the means for dispensing medicament**, and second biasing means, the second obstructing means being biased into a first resting position in which the cross-sectional area of the pathway is minimum and being adapted to move against the bias of the biasing means to a second position in which the cross-sectional area of the pathway is more than minimum in response to a pressure fall at the mouthpiece caused by inhalation." (Clarke, U.S. Pat. No. 5727546, Claim 1) |
| | "A device according to claim 18 in which the diaphragm is provided with **one or more protrusions on its upper and lower surfaces and is located between two partitions formed in a plane perpendicular to the longitudinal axis of the pathway, the partitions being provided with apertures with which some or all of the protrusions cooperate to restrict or prevent the passage of air through the apertures**." (Clarke, U.S. |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | Pat. No. 5727546, Claim 19)<br><br>"With reference to FIGS. 12-14, it can be seen that **control lever 414 is adapted to engage a valve 424, which opens and closes apertures 426 in body portion 404.**" (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 57-59) |
| **CLAIM 15**<br><br>The respiratory treatment device of claim 9, wherein a side profile of the blocking segment, in the direction of the elongated second dimension, is shaped to mate with a side profile of the opening, when the blocking segment is in the closed position. | *See* Claim 9, *supra*.<br><br>"Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. In some embodiments, the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134. **The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b. For example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b. Further, in some embodiments, a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b can be simultaneously obstructed by the plate segments 132, 134**. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80."(Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21)<br><br>"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b. Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism** |

93

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **204**."(Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 57-67)<br><br>"In addition to the control port 318, the interrupter valve assembly 304 includes the valve body 314 and the drive mechanism 316 as shown in FIG. 18A. **The valve body 314 is, in some embodiments, a disc having a size and shape commensurate with a size and shape of the control port 318 (e.g., the valve body 314 can have the same shape dimensions as the control port 318, or can be larger or smaller than the control port 318). In some embodiments, the valve body disc 314 is sized to be slightly larger than the control port 318 to better achieve a more complete, selective obstruction of the control port 318. As best shown in FIG. 18B, the valve body disc 314 defines opposing first and second major surfaces 340, 342**. With the one embodiment of FIG. 18B, the first surface 340 is flat. In other embodiments, however, the first surface 340 can assume a different shape, such as a hemispherical, conical, etc. **Regardless, the first surface 340 is configured to generally mate with an exterior surface 344 of the inner housing portion 308 at which the control port 318 is defined**."(Dunsmore, U.S. Pat. No, 8025054, Col. 19, Lines 46-63)<br><br>"A device according to claim 15 in which the **obstructing means comprises a V-shaped vane, biased at a hinge formed at the apex of the V, which rotates about an axis perpendicular to that of the pathway**." (Clarke, U.S. Pat. No. 5727546, Claim 21) |
| **CLAIM 16**<br><br>The respiratory treatment device of claim 9, wherein the flow of air through the opening is completely blocked when the blocking segment is in the closed position. | *See* Claim 9, *supra*.<br><br>"Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port**. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | Lines 14-35)<br><br>"With the above in mind, the respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a first chamber 72, a second chamber (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. **The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82**. Details on the various components are provided below. In general terms, however, **the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. The valve body 80, in turn, is located in close proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative to the first chamber 72 and the patient inlet 70**. Finally, the supply inlet(s) 74 are fluidly connected to distribution points within the housing 62. During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61)<br><br>"The flow generator 148 shown in FIGS. 18a and 18 b includes a number of elements common with the embodiments previously described. A passageway 158 exits from the chamber 12 and communicates the exiting gas with a plenum 160 via an entrance 159. The plenum has an exiting port 162, by which pressurised |

Fig. 2

95

| **US 9,808,588 B1** | **Excerpts from Prior Art References Disclosing Limitation** |
|---|---|
|  | breathable gas can be supplied via a conduit to a patient mask for the administration of CPAP treatment or assisted respiration. **The plenum 160 has a further vent 164 in communication with atmosphere. Both the vent 164 and the entrance 159 to the plenum 160 can be controllably occluded to reduce their open area by a sliding impedance control plate 166. The control plate 166 includes an aperture 168 that, depending upon its position, can restrict the respective passages in a range from wholly open to fully closed.**" (Brydon, U.S. Pat. No. 6182657, Col. 9-10, Lines 55-2) |

"The basket 226 a is porous to enable air to flow freely, not only through the air channel 214 a, but also through the basket 226 a itself when the airflow adjustment member 224 a is in a retracted or non-depressed position. **Basket 226 a also provides a positive stop for the airflow adjustment member 224 a when it is in the depressed position, preventing the airflow adjustment member 224 a from overly restricting the airflow through air channel 214 a.**"

"Referring to FIG. 8B, an alternative multi-channeled embodiment of the pursed lip breathing device of FIG. 8A is shown generally at 210 b. The alternative design is comprised of mouthpiece 220 b, two or more air channels 214 b, an airflow adjustment member 224 b, and a basket 226 b. **The basket 226 b may be porous or non-porous. Depressing airflow adjustment member 224 b into the basket 226 b restricts part or all of one channel 214 b, or may completely close off one or more channels 214 b (if there are greater than two channels) depending on the desired airflow requirements of the device 210 b.**" (Baumert, U.S. Pat. Pub. No. US20070089740, Page 5, Para 0049-0050)

"The valve 424 is illustrated having a top flange 428, a stem 430, and a base 432. **The flange 428 is adapted to close apertures 426 or to open apertures 426, depending upon the pressure placed on mouthpiece 406.** The stem 430 is received within an opening 434 in body portion 404. This opening can be seen in FIG. 11. The valve is biased to the closed position. In the disclosed embodiment, a spring 436, preferably a coil spring, is positioned between the base 432 and the inner wall of body portion 404. The spring normally biases the valve to the closed position, and the bias of the spring must be overcome by lever 414 in order to open apertures 426." (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 13-24); *and* "**The respiratory exercise apparatus of claim 22, wherein said lever includes two articulated arms, one of said arms being pivotal in one direction with respect to the other arm, said arms being fixed with respect to one another as said lever moves from the first position to the second position corresponding to said valve moving between a fully closed position and a fully open position**, said lever being disengaged from said valve when said valve

96

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | is fully opened; and said one arm pivoting with respect to said other arm as said lever is returned to the first position from the second position." (Claim 23); *and* "The respiratory exercise apparatus of claim 22, wherein said lever includes two articulated arms, one of said arms being pivotal in one direction with respect to the other arm, **said arms being fixed with respect to one another as said lever moves from the first position to the second position corresponding to said valve moving between a fully closed position and a fully open position, said lever being disengaged from said valve when said valve is fully opened; and said one arm pivoting with respect to said other arm as said lever is returned to the first position from the second position**." (Claim 23) |
| **CLAIM 17**<br><br>The respiratory treatment device of claim 9, wherein the blocking surface of the blocking segment contacts the opening when the blocking segment is in the closed position. | *See* Claim 9, *supra*.<br><br> "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)<br><br>"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b. Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism 204**." |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | (Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 57-67) |
| **CLAIM 18**<br><br>A respiratory treatment device comprising: | *See* Claim 1 and 9, *supra*.<br><br> "The present disclosure relates **to respiratory therapy devices and methods for administering breathing-relating treatments** (e.g., oscillatory, continuous, etc.) to a patient. More particularly, it relates to **standalone respiratory therapy devices capable of creating oscillatory positive expiratory pressure pulses**. One or more additional therapies (e.g., continuous positive airway pressure, continuous positive expiratory pressure, delivery of aerosolized medication, etc.) are optionally available in some embodiments" (Dunsmore, U.S. Pat. No, 8025054, Col. 1, Lines 13-21)<br><br>"This invention relates **to apparatus and methods for the control of pressure in the administration of continuous positive airway pressure (CPAP) treatment or assisted respiration**." (Brydon, U.S. Pat. No. 6182657, Col. 1, Lines 5-9)<br><br>"Referring to FIGS. 1-6, an exemplary embodiment of a pursed lip breathing device, is shown generally at 10. Preferably, **the breathing device 10 is a pursed lip Positive Expiratory Pressure (PEP) breathing device that provides therapy to the user during an exhale phase of a breathing cycle, though the present invention may also be used as a pursed lip Inspiratory Muscle Training (IMT) breathing device to provide therapy during an inhale phase of a breathing cycle**. In either case, the breathing device 10 controls the airflow generated by the user's breathing to induce pressure in the user's pulmonary system." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 2, Para 0026)<br><br>"This invention relates in general to **a hand-held, single patient use, positive expiratory pressure respiratory therapy device and, in particular, to a positive expiratory pressure respiratory therapy device utilizing a nonlinear orifice for adjusting and maintaining a desired pressure oscillation frequency in accordance with a predetermined pressure range of a patient's expiratory air**." (Foran, U.S. Pat. No. 6581598, Col. 1, Lines 6-12)<br><br>"A device for measuring respiratory air flow, comprising: **(a) a conduit having an inlet for exhaled air and an outlet for the exhaled air; (b) a sensing member movably disposed in the conduit between the inlet and at least a** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **portion of the outlet, the sensing member at least partially blocking at least a portion of the conduit and moving in response to the passage of the exhaled air through the conduit; and (c) a self-oscillation dampener movably engaging the sensing member, wherein the self-oscillation dampener dampens an amplitude of oscillations of the sensing member in response to the exhaled air contacting the sensing member**." (Larom, U.S. Pat. No. 6447459, Claim 1) |
| | "This invention pertains generally to ventilation devices, and more particularly to **a constant pressure, variable flow, electrically powered centrifugal compressor ventilation device that is fully functional with a mask and which can be adapted to a number of applications including (1) a respiratory device used for automatic resuscitation of patients needing emergency ventilation, (2) emergency backup ventilation capabilities for hospitals and other healthcare institutions, and (3) positive pressure support therapy for patients suffering from obstructive respiratory conditions such as sleep apnea among other diseases**." (Piper, U.S. Pat. Pub. 20080257348, Page 2, Para 0014) |
| | "The present invention is directed to **an inhaler which is simple in construction, can accommodate cassettes holding multiple capsules and is very effective at delivery of the powdered pharmaceutical from the capsules**." (Haber, U.S. Pat. No. 5372128, Col. 1, Lines 23-26 |
| | "The present invention relates to **a portable breathing device for providing resistance and intra-trachea bronchial percussion on breathing in and breathing out to increase pulmonary efficiency while improving cilial movement which assists mobilization of intrabronchial mucous or secretions within the lung**. It can be used for increasing breathing efficiency and for training athletes and also in the treatment of medical conditions related to weak breathing." (Brown, U.S. Pat. Pub. No. US2008/0053456, Para. 0002) |
| | "The present invention relates to **pulsating vibration air generation means for generating pulsating vibration air used for removing extra powder of tablets, pneumatically transporting powdered material, and vibrating mechanical members**." (Yoshimoto, U.S. Pat. No. 6607008, Col. 1, Lines 6-10 |
| | "The present invention provides **an artificial respiration apparatus 12 of a high oscillation type, in which oxygen supply to a patient P and exhaled gas discharge are urged by an oscillating gas having a higher frequency than the cycle of the patient respiration**. The apparatus includes a discharge direction regulating mechanism 7 for regulating the exhaled gas to flow only in the discharge direction." (Takaki, U.S. Pat. No. 6446629, Abstract) |

99

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "The present invention provides **a respiratory exercise apparatus which is portable, non-positional, and provides percussion and resistance during inspiration and expiration**." (Hougen, U.S. Pat. No. 5890998, Col. 2, Lines 39-41) |
| **18(a)** an inlet configured to receive exhaled air into the device; | "FIG. 1 is a block diagram illustrating features of a respiratory therapy device 30 in accordance with some aspects of the present disclosure. In general terms, the respiratory therapy device 30 is adapted to operate in a passive mode (e.g., oscillatory PEP) and an active mode (e.g., CHFO and optionally CPAP), and generally includes a housing 32 and an interrupter valve assembly 34. **The housing 32 forms or maintains a patient inlet 36, at least one chamber 38, an exhaust outlet 40, and at least one pressurized fluid supply inlet 42.** The interrupter valve assembly 34 includes at least one control port 44 and a valve body 46. The control port(s) 44 fluidly connects the patient inlet 36 and the chamber 38, whereas the valve body 46 is adapted to selectively obstruct or interrupt fluid flow through the control port(s) 44. Details on the various components are provided below. In general terms, however, by controlling or operating the valve body 46 to selectively obstruct (partially or completely) the control port(s) 44, the interrupter valve assembly 34 alters airflow/pressure characteristics to and/or from the patient inlet 36. For example, where the supply inlet 42 is not connected to a separate source of pressurized fluid 48, as a patient (not shown) exhales into the patient inlet 36, the interrupter valve assembly 34 operates to periodically at least partially close the control port(s) 44, thereby establishing a resistance to airflow or back pressure in the patient inlet 36. This periodic back pressure, in turn, provides an oscillatory PEP therapy. In addition, when the supply inlet 42 is fluidly connected to the pressurized fluid source 48, the interrupter valve assembly 34 operates to periodically at least partially interrupt fluid flow from the supply inlet 42 to the patient inlet 36. This interrupted supply of pressure toward the patient serves as a CHFO therapy. As described below, the device 30 can optionally include features that |

100

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|

selectively disable all or a portion of the interrupter valve assembly 34 in conjunction with the supply of pressurized fluid to the supply inlet 42 in providing a CPAP therapy (either along or simultaneous with CHFO therapy)" (Dunsmore, U.S. Pat. No, 8025054, Col. 5-6, Lines 38-7

"The apparatus can further **comprise a path for patient exhalation from said outlet by-passing the turbine**. The exhalation path can vent to atmosphere or recirculate to said inlet." (Brydon, U.S. Pat. No. 6182657, Col. 4, Lines 1-4)

"A pursed lip breathing device comprising: **a housing having an air channel defined therein, the air channel having a first end for receiving an airflow from a user and a second opposing open end; a mouthpiece attached to the housing for receiving the user's lips during breathing, wherein the mouthpiece includes mouth support portion and a stem portion having an aperture defined therein, the aperture generally communicating with the first end of the air channel so that the user generates an airflow in the air channel by breathing through the aperture**, and the stem portion having an outer surface dimensioned so that the user's lips are pursed about the stem portion during breathing; and an airflow adjustment member communicating with the opening to adjust the airflow through the air channel to thereby induce a pressure on the user's lungs upon generation of the airflow by breathing, the airflow adjustment member being flexibly actuatable between a flexed position and a relaxed position, wherein the airflow through the air channel is unrestricted when the airflow adjustment member is in the relaxed position and the airflow in the air channel is restricted to varying degree as the airflow adjustment member is flexibly actuated between the relaxed position to the flexed position; and the device further comprising a limiting member positioned relative to the opening for defining the flexed position of the airflow adjustment member." (Baumert, U.S. Pat. Pub. No. US20070089740, Claim 24)

"A positive expiratory pressure therapy device for inducing an oscillatory expiratory air pressure from a patient, **comprising an airflow tube having an inlet opening through which a patient to be treated inhales inspiratory air, and a patient input opening through which a patient inhales to draw**

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **inspiratory air into said air flow tube and through which a patient exhales to discharge expiratory from said air flow tube**; a one-way valve carried at said air flow tube inlet opening to allow inspiratory air to be drawn there through, but to block the passage of expiratory air there through; said air flow tube further including a non-linear discharge orifice which is closed during the passage of inspiratory air through said inlet opening, and opened in response to the discharge of expiratory air; and control means for controlling the opening and closing of said non-linear discharge orifice in response to the pressure of the expiratory air discharged into said patient input opening."(Foran, U.S. Pat. No. 6581598, Claim 1) |
| | "A device for measuring respiratory air flow, comprising**: (a) a conduit having an inlet for exhaled air and an outlet for the exhaled air**; (b) a sensing member movably disposed in the conduit between the inlet and at least a portion of the outlet, the sensing member at least partially blocking at least a portion of the conduit and moving in response to the passage of the exhaled air through the conduit; and (c) a self-oscillation dampener movably engaging the sensing member, wherein the self-oscillation dampener dampens an amplitude of oscillations of the sensing member in response to the exhaled air contacting the sensing member." (Larom, U.S. Pat. No. 6447459, Claim 1) |
| | "As shown in FIG. 1, the device consists of a cabinet floor 1 (having attached thereto slip and vibration resistant feet 29), cabinet case 3, and ventilated cabinet cap 26. Electricity is provided through electrical cord 4 which is equipped with the appropriate plug 5 for access to 115 volts AC or similar such power source. The electricity is provided to an internal closed electric circuit through means of toggle switch 10. In the embodiment shown in FIG. 1, the invention has at least two predefined ventilator settings, which are controlled through toggle switch 10. **Air is entrained by an internal turbine assembly 15 through air inlet 8, a small percent of which is fed through cooling port 7 to motor 16 for cooling and allowed to pass out the cooling vent 9**. It will be appreciated that the apparatus may vary as to configuration and as to details of the parts without departing from the basic concepts as disclosed herein. |
| | "As shown in FIG. 1 and FIG. 9, turbine assembly 15 is shown along with motor 16, which are mounted to cabinet base 1 by way of bulkhead 17. Turbine assembly 15 and motor 16 are mounted on opposite sides of bulkhead 17. Bulkhead 17 separates control box 1 into two separate compartments: turbine compartment 19 and motor compartment 20 (FIG. 9). Electronic circuit 18 is located in motor compartment 20. Bulkhead 17 prevents any fluid communication between turbine compartment 19 and motor compartment 20 to prevent ozone produced by motor 16 from being entrained into turbine assembly 15 and subsequently supplied to the |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | patient through patient gas conduit connector 11. **Turbine assembly 15 is equipped with a small flow conduit, cooling port 7, to allow a small fraction of the airflow produced by the turbine to pass through the internal components of motor 16 thus providing essential cooling to motor 16, and purging motor compartment 20 of heat and ozone**. Gas passing through motor 16 is allowed to exit cabinet case 3 through cooling vent 9. Patient gas conduit connector 11 serves as the gas outlet of turbine assembly 15." (Piper, U.S. Pat. Pub. 20080257348, Page 4, Para 0053-0054)<br><br>"Toggle switch 10 is shown along with max ventilation label 12 and nominal ventilation label 13 (more clearly seen in FIG. 7), which both serve to indicate the necessary position of the toggle switch required for the described setting. Toggle switch 10 is further equipped with an internal LED that lights up when the device has been provided with power and the switch is in the "ON" position. Electrical cord 4 is equipped with a strain relief 14 at the base of power cord 4 where it interfaces with cabinet case 3. **A fluid conduction pathway is established with the patient at the upper outlet extending through the cabinet case 3 at patient gas conduit connecter 11.** Nominally, the gas conduit connecter is capable of receiving fluid conduction pathways such as a medical grade or oxygen rated tubing having an internal diameter of 22 mm." (Piper, U.S. Pat. Pub. 20080257348, Page 4, Para 005)<br><br>"An inhaler, for use with powdered pharmaceutical-containing capsules, the capsules each being elongated and having ends and a length therebetween, comprising: **a body having an air inlet, an air/pharmaceutical outlet, a dispensing position and a hollow interior;**" (Haber, U.S. Pat. No. 5372128, Claim 1) <br><br>"In use the head 16 is attached to base unit 11 so that drive shaft 25 fits into and is driven by the drive dog 24 mounted on the motor shaft of the motor in the base unit. The lugs 20 snap fit into the slots thus holding the head unit in place. A user presses button 23 which starts the motor in the base unit so that the rotary valve in the head unit rotates opening and closing the valve and interrupting the flow of air in conduit 21**. The user breathes in through mouthpiece 17 and air enters at the inlet 18 via restrictor 27 and passes along the conduit 21 where the flow is interrupted by the valve 22 so that the flow of air into the user's lungs is interrupted**; the user can then breathe out through the valve 22 and the outlet and restrictor 27. The speed of |

| US 9,808,588 B1 | **Excerpts from Prior Art References Disclosing Limitation** |
|---|---|
| | rotation of the motor can be varied during manufacture, which varies the frequency of the valve opening and closing and the flow of air to and from the user; this is set for optimal performance enhancement as dictated by experimental result, but is envisaged as between 5 Hz and 100 Hz and usually between 10 Hz and 50 Hz." (Brown, U.S. Pat. Pub. No. US20080053456, Para. 0078)<br><br>"The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10. **The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P**. The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P. On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P.""(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63)<br><br>"A dry powder medicament dispenser device comprising: **a housing including an inhalation airway passageway having an inlet and outlet, said inhalation airway passageway affording passage of inspiratory airflow through the outlet and into the respiratory system of a user**, an actuatable firing means for delivering a dose of a dry powder medicament to a user including a dosage member and dosage chamber for holding a pre-determined amount of dry powder medicament, an inhalation activated assembly for actuating the firing means without requiring the user to coordinate separate actions upon inhalation in order to actuate the firing means, the inhalation activated assembly having a flexible membrane in communication with the inhalation airway passageway and adapted to move between (1) a first position which restricts actuation of the firing means; and (2) a second position, wherein inspiratory airflow through |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | the inhalation airway passageway biases the flexible membrane from the first toward the second position, and wherein movement of said flexible membrane between said first and second positions affords actuation of the firing means." (Whaley, U.S. Pat. No. 6029661, Claim 1)<br><br>"**The housing includes an inhalation airway passageway affording passage of a user inspiratory airflow**. According to a third aspect of the present invention, the actuator comprises a biasing means such as a spring for biasing the dosage chamber toward the registered position, and releasable retaining means for releasably retaining the dosage chamber spaced from the registered position against the bias of the spring. The releasable retaining means preferably comprises an inhalation activated system in communication with the inhalation airway passageway. The inhalation activated system releases the dosage chamber in response to the user inspiratory airflow to afford movement of the dosage chamber to the registered position under the bias of the spring."(Whaley, U.S. Pat. No. 6029661, Col. 3, Lines 26-40)<br><br>"The dispenser comprises a housing 14 having inner and outer 8 surfaces, means for providing an agglomerated, predetermined dose of powdered medicament within a dosage chamber 32 of a dosage member 30, a pressurization assembly 20 for providing a deagglomeration pressure, an actuator 40, **and an optional mouthpiece portion 15**." (Whaley, U.S. Pat. No. 6029661, Col. 6, Lines 6-11)<br><br>"A method for exercising the lungs of a user, said method comprising the steps of: providing a mouth adjustable exercising apparatus, **said apparatus having a mouthpiece interconnected to a body portion with said body portion having at least one aperture for the ingress and egress of air through said body portion and said mouthpiece**…" (Hougen, U.S. Pat. No. 5890998, Claim 28) |
| **18(b)** an outlet configured to permit air to exit the device; | "FIG. 1 is a block diagram illustrating features of a respiratory therapy device 30in accordance with some aspects of the present disclosure. In general terms, the respiratory therapy device 30 is adapted to operate in a passive mode (e.g., oscillatory PEP) and an active mode (e.g., CHFO and optionally CPAP), and generally includes a housing 32 and an interrupter valve assembly 34. **The housing 32 forms or maintains a patient inlet 36, at least one chamber 38, an exhaust outlet 40,and at least one pressurized fluid supply inlet 42**. The interrupter valve assembly 34 includes at least one control port 44 and a valve body 46. The control port(s) 44 fluidly connects the patient inlet 36 and the chamber 38, whereas the valve body 46 is adapted to |

| **US 9,808,588 B1** | **Excerpts from Prior Art References Disclosing Limitation** |
|---|---|
| | selectively obstruct or interrupt fluid flow through the control port(s) 44. Details on the various components are provided below. In general terms, however, by controlling or operating the valve body 46 to selectively obstruct (partially or completely) the control port(s) 44, the interrupter valve assembly 34 alters airflow/pressure characteristics to and/or from the patient inlet 36. For example, where the supply inlet 42 is not connected to a separate source of pressurized fluid 48, as a patient (not shown) exhales into the patient inlet 36,the interrupter valve assembly 34 operates to periodically at least partially close the control port(s) 44, thereby establishing a resistance to airflow or back pressure in the patient inlet 36. This periodic back pressure, in turn, provides an oscillatory PEP therapy. In addition, when the supply inlet 42 is fluidly connected to the pressurized fluid source 48, the interrupter valve assembly 34 operates to periodically at least partially interrupt fluid flow from the supply inlet 42 to the patient inlet 36. This interrupted supply of pressure toward the patient serves as a CHFO therapy. As described below, the device 30 can optionally include features that selectively disable all or a portion of the interrupter valve assembly 34 in conjunction with the supply of pressurized fluid to the supply inlet 42 in providing a CPAP therapy (either along or simultaneous with CHFO therapy)" (Dunsmore, U.S. Pat. No, 8025054, Col. 5-6, Lines 38-7)

"For example, with reference to FIGS. 14A and 14B, the mouthpiece 208 (or other component attached to the mouthpiece 208, such as a nebulizer connector) is placed in the patient's mouth (not shown) and the patient performs a breathing cycle through the patient inlet 210. During the inspiratory phase, ambient air readily enters the patient inlet 210 via a relief port arrangement 266, the flow through which is controlled by a one-way valve structure 268 (such as an umbrella valve). During the expiratory phase, exhaled air from the patient is directed through the patient inlet 210 and toward the plate 194. With the valve body 202 arrangement relative to the control ports 200 a, 200 b of FIGS. 14A and 14B, the valve plate segments 232, 234 are not aligned with the control ports 200 a, 200 b such that the patient's exhaled air flows from the patient inlet 210 through the control ports 200 a, 200 b, and into the first chamber 212. This flow pattern is represented by arrows in FIGS. 14A and 14B. Airflow within the first chamber 212 flows through the passage 224 and into the second chamber 220, and then interacts with the lobe assemblies 240, 242. **In particular, airflow within the second chamber 220 causes the lobe assemblies 240, 242 to rotate, with the airflow then exiting the second chamber 220 (at the outlet opening 256 of FIG. 14A) to the exhaust chamber 254. Air within the exhaust chamber 254 is then exhausted to the environment via the exhaust outlet 262**." (Dunsmore, U.S. Pat. No, 8025054, Col. 17, Lines 4-26) |

106

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "**The apparatus can further comprise a path for patient exhalation from said outlet by-passing the turbine**. The exhalation path can vent to atmosphere or recirculate to said inlet." (Brydon, U.S. Pat. No. 6182657, Col. 4, Lines 1-4)<br><br>"In the exhale position, as shown in FIG. 6, the user presses on the thumb pad 36 to axially compress the spring 50 and slide the breathing tube assembly 20 towards the second housing end 16 to dose the gap 56 between the air channel extension plate 54 and the breathing tube assembly 20. Upon doing so, the air channel 22 of the breathing tube assembly 20 aligns and connects with an extension air channel 64 that extends though the center of the air channel extension plate 54 and out openings in the second housing end 16. **As the user exhales through the device 10, an airflow passes through the air channel 22 and the extension air channel 64 (as indicated by the exhale airflow arrow 66) and exits out the second housing end 16 (as indicated by the exit airflow arrow 68)**. When the breathing tube assembly 20 is in the exhale position, the optional inhale air holes 60 are blocked by the major diameter section 44 of the breathing tube assembly 20." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 4, Para 0036)<br><br>"As the patient or user applies a positive expiratory air pressure at the patient input end 202, **the air pressure is applied through the opening 326 against the cone 425 of the rocker assembly 400 which forms a closure of the opening 326**."(Foran, U.S. Pat. No. 6581598, Col. 7, Lines 6-10)<br><br>"A device for measuring respiratory air flow, comprising: (a) **a conduit having an inlet for exhaled air and an outlet for the exhaled air**; (b) a sensing member movably disposed in the conduit between the inlet and at least a portion of the outlet, the sensing member at least partially blocking at least a portion of the conduit and moving in response to the passage of the exhaled air through the conduit; and (c) a self-oscillation dampener movably engaging the sensing member, wherein the |

107

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | self-oscillation dampener dampens an amplitude of oscillations of the sensing member in response to the exhaled air contacting the sensing member." (Larom, U.S. Pat. No. 6447459,Claim 1) |
| | "Ventilator device comprising: a. an electrically powered centrifugal compressor having access to ambient air; b. a respiratory patient support conduit having the capability to vent to the environment and in fluid communication with said centrifugal compressor; c. a time control circuit having an "ON" and "OFF" cycle, wherein each cycle is separated by a defined time interval and being in electrical communication with said centrifugal compressor; d. a power source in electrical communication with said time control circuit; whereupon said time control circuit is cycled to an "ON" cycle allowing for said centrifugal compressor to supply a flow of air at a high pressure at a set voltage to said respiratory patient support conduit for a defined time interval; whereupon expiration of said defined time interval, **said time control circuit is then transitioned to an "OFF" cycle allowing for said centrifugal compressor to supply a flow of air at a low pressure at a reduced voltage to said respiratory patient support conduit and allowing said patient support conduit to vent to the environment**; and wherein at each state said centrifugal compressor simultaneously supplies compressed ambient air at a constant pressure and a variable flow rate." (Piper, U.S. Pat. Pub. No. 20080257348, Claim 1) |
| | "An inhaler, for use with powdered pharmaceutical-containing capsules, the capsules each being elongated and having ends and a length therebetween, comprising: **a body having an air inlet, an air/pharmaceutical outlet, a dispensing position and a hollow interior;**" (Haber, U.S. Pat. No. 5372128, Claim 1) |
| | "In use the head 16 is attached to base unit 11 so that drive shaft 25 fits into and is driven by the drive dog 24 mounted on the motor shaft of the motor in the base unit. The lugs 20 snap fit into the slots thus holding the head unit in place. A user presses button 23 which starts the motor in the base unit so that the rotary valve in the head unit rotates opening and closing the valve and interrupting the flow of air in conduit 21. The user breathes in through mouthpiece 17 and air enters at the inlet 18 via restrictor 27 and passes along the conduit 21 where the flow is interrupted by the valve 22 so that the flow of air into the user's lungs is interrupted; **the user can then breathe out through the valve 22 and the outlet and restrictor 27**. The speed of rotation of the motor can be varied during manufacture, which varies the frequency of the valve opening and closing and the flow of air to and from the user; this is set for optimal performance enhancement as dictated by |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | experimental result, but is envisaged as between 5 Hz and 100 Hz and usually between 10 Hz and 50 Hz." (Brown, U.S. Pat. Pub. No. 20080053456, Para. 0078)<br><br>"The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10. The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P. The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. **This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173**. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P. **On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P**."(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63).<br><br>"A dry powder medicament dispenser device comprising**: a housing including an inhalation airway passageway having an inlet and outlet**, said inhalation airway passageway affording passage of inspiratory airflow through the outlet and into the respiratory system of a user, an actuatable firing means for delivering a dose of a dry powder medicament to a user including a dosage member and dosage chamber for holding a pre-determined amount of dry powder medicament, an inhalation activated assembly for actuating the firing means without requiring the user to coordinate separate actions upon inhalation in order to actuate the firing means, the inhalation activated assembly having a flexible membrane in communication with the inhalation airway passageway and adapted to move between (1) a first position which restricts actuation of the firing means; and (2) a second position, wherein inspiratory airflow through the inhalation airway passageway biases the flexible membrane from the first toward the second position, and wherein movement of said flexible membrane between said first and second positions affords actuation of the firing means." |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | (Whaley, U.S. Pat. No. 6029661, Claim 1)

"The dispenser 10 includes (1) an optional medicament delivery passageway 16 extending between an injection inlet end 17 (e.g. a circular opening having a diameter of 0.062 inches (1.57 millimeters) formed by a bore in the housing 14) intermittently communicating with the dosage chamber 32, and an outlet end 18 opening through the mouthpiece portion 15, (2) at least one air entrance passageway 19 having an inlet end opening through the outer surface 8 of the housing 14 and an outlet end opening into the medicament delivery passageway 16, and (3) **the pressure outlet passageway 23 with an inlet end communicating with the fluid pressure reservoir 22 and an outlet end opening generally opposite the injection inlet end 17 of the medicament delivery passageway 16**."(Whaley, U.S. Pat. No. 6029661, Col. 6-7, Lines 63-67 and 1-8)

"A method for exercising the lungs of a user, said method comprising the steps of: providing a mouth adjustable exercising apparatus, **said apparatus having a mouthpiece interconnected to a body portion with said body portion having at least one aperture for the ingress and egress of air through said body portion and said mouthpiece**…" (Hougen, U.S. Pat. No. 5890998, Claim 28) |
| **18(c)** an opening positioned in an exhalation flow path defined between the inlet and the outlet, and, | "Although the respiratory therapy device 60 has been described as providing both passive and active modes of operation, in other embodiments in accordance with the present disclosure, similar principles of operation can be employed in a passive-only or oscillatory PEP device (that otherwise interacts with the patient's breathing). For example, an alternative embodiment respiratory therapy device 186 is shown in exploded form in FIG. 9. The therapy device 186 is similar in many respects to the respiratory therapy device 60 (FIG. 2) previously described, and includes a housing 188 (referenced generally) and an interrupter valve assembly 190. **The housing 188 includes a leading section 192, an intermediate plate 194, a trailing section 196, and an end plate 198. The interrupter valve assembly 190 includes one or more control ports 200 a, 200 b, a valve body 202, and a drive mechanism 204. As described in greater detail below, the drive mechanism 204 rotates the valve body 202 in response to**

Fig. 2 |

110

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **exhaled airflow from the patient to periodically obstruct or close the control ports 200 a, 200 b**.” (Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 11-29)<br><br>“Importantly, and as noted in FIG. 5, on patient expiration, a low impedance exhalation path 46 is provided, otherwise the benefit of a reduced treatment pressure during expiration may be negated by the patient being required to do excessive work during expiration. **The expiration path 46 occurs between the outlet 22 and the inlet 20 by means of the open space around the sides and top of the turbine 18, creating a ready path to atmosphere**. Without the expiration path a back pressure would be formed on patient expiration that would restrict the lowest treatment pressure achievable, that being particularly important to expiration treatment pressure in bi-level CPAP where an expiration treatment pressure of 4 cm H2O is not uncommon. Ideally, the back pressure on expiration should be limited to 2 cm H2O through the provision of the exhalation path 46. A low impedance exhalation path is preferred not only for bi-level CPAP treatment, but also for single level CPAP where, although the pressure remains constant, there should not be undue impedance to opposed flow due to patient expiration.” (Brydon, U.S. Pat. No. 6182657, Col. 6, Lines 30-48)<br><br>“The pursed lip breathing device of claim 1, **wherein the air channel has a first end generally communicating with the mouthpiece aperture, a second end, and an opening intermediate the first and second ends**; and wherein the means for restricting the airflow through the air channel comprises an airflow adjustment member attached to the housing and communicating with the opening to adjust the airflow through the air channel.” (Baumert, U.S. Pat. Pub. No. US20070089740, Claim 19)<br><br>“**The air flow tube 200 is open throughout its length, and includes at the inspiratory air inlet end 201 a one-way flapper valve 205**. The flapper valve 205 allows a patient to draw inspiratory air into the air flow tube 200 through the air inlet end 201, but prevents expiratory air from being passed out of the air flow tube 200 through the air inlet end. To this end the one way flapper valve 205 is positioned on a spider 206 which is inserted into the open air inlet end 201 against a shoulder 207 forming a space sufficient for the one way operation of the valve 205. Upon inhalation by a user, the valve 205 opens and allows air to pass into the air flow tube 200. Upon exhalation, the valve 205 is held closed against the spider 206 thereby preventing expiratory air from passing out through the inlet end 201.” (Foran, U.S. Pat. No. 6581598, Col. 3, Lines 50-63)<br><br>“Referring to FIGS. 14 and 15, the plate member 132 is movably or rotatably engaged with the head housing |

111

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | 144 to permit exhaled air 148 passing through the inlet conduit 124 and the orifice 136 to displace the plate member 132 away from the orifice 136. **When the plate member 132 is displaced away from the orifice 136, the exhaled air 148 can pass into the outlet conduit or flow chamber 128 and through the outlet or exhaust 152 into the exterior environment**. The clearance between the bent edges of the plate member and the adjacent interior surfaces of the head housing is typically low (e.g., no more than about 0.5 mm to improve measurement accuracy)"(Larom, U.S. Pat. No. 6447459, Col.5-6, Lines 64-8)<br><br>"Toggle switch 10 is shown along with max ventilation label 12 and nominal ventilation label 13 (more clearly seen in FIG. 7), which both serve to indicate the necessary position of the toggle switch required for the described setting. Toggle switch 10 is further equipped with an internal LED that lights up when the device has been provided with power and the switch is in the "ON" position. Electrical cord 4 is equipped with a strain relief 14 at the base of power cord 4 where it interfaces with cabinet case 3. **A fluid conduction pathway is established with the patient at the upper outlet extending through the cabinet case 3 at patient gas conduit connector 11**. Nominally, the gas conduit connecter is capable of receiving fluid conduction pathways such as a medical grade or oxygen rated tubing having an internal diameter of 22 mm." (Piper, U.S. Pat. Pub. No. 20080257348, Page 4, Para 0054)<br><br>"Means for incrementally rotating the cassette so to position successive capsules at the dispensing position, said capsules remaining within said cassette at the dispensing position; **whereby movement of air along the air path from the air inlet, past and through the capsule with breached ends entrains the powdered pharmaceutical in the air and causes a combination of air and powdered pharmaceutical to pass through the air/pharmaceutical outlet**." (Haber, U.S. Pat. No. 5372128, Claim 1)<br><br>"When data about a user's performance is to be monitored, a head unit containing the appropriate sensors can be used instead of that described above. **A simple such head unit is illustrated in FIG. 14 which shows a detachable head unit conduit 100 having an inlet 101, a mouthpiece 102 and a valve 107. These correspond to the conduit 21, mouthpiece 17, inlet 18 and valve 22 described above with reference to FIGS. 1 to 11**. Exterior to the conduit is an ambient sensor 103 of temperature and pressure. Inside the conduit 100, inboard of the mouthpiece 102, is a "user side" sensor 104 of temperature and pressure. Inside the conduit 100, just inboard of the inlet 101, is an inlet sensor 105 of temperature and pressure. The three sensors are connected to a data processor 106." (Brown, U.S. Pat. Pub. No. 2008/0053456, Para. 0084) |

112

Case 4:18-cv-00009-D    Document 106-2    Filed 08/20/19    Page 135 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
|  | "The artificial respiration apparatus 12 comprises: an inhaling gas port 62 for supplying oxygen; a blower 52 for simultaneously generating a positive pressure Ap and a negative pressure An; a rotary valve mechanism 54 for alternatively selecting the positive pressure and the negative pressure generated by the blower 52 so as to be converted into a predetermined oscillating gas pressure Apn; a diaphragm mechanism 56 for applying an oscillating air pressure to a respiration gas (mixture of oxygen and air) supplied from an inhaling gas port 62 to a patient P; and a diaphragm neutral position control device 10. The inhaling gas port 62 includes: a blender 621 for mixing oxygen with the open air; and a humidifier 622 for applying humidity to the air transmitted from the blender 621. The humidifier 622 is connected to an inhaling pipe 623 for supplying a humidified gas mixture Ai to the patient P. **The inhaling pipe 623 has one end communicating with a pressurized chamber 563 and the other end communicating with the three-way branched pipe 170. This three-way branched pipe 170 has three openings: patient side opening 171, the oxygen supply side opening 172, and exhaled gas discharge side opening 173. The oxygen supply side opening 172 is connected to the inhaling pipe 623. Moreover, the patient side opening 171 is connected to an inhaling pipe 605 reaching the patient P**. On this inhaling pipe 605, there is provided a pressure sensor 624 for detecting an exhaling condition of the patient P."(Takaki, U.S. Pat. No. 6446629, Col. 3, Lines 37-63)

"A dry powder medicament dispenser device comprising: a housing including an inhalation airway passageway having an inlet and outlet, said inhalation airway passageway affording passage of inspiratory airflow through the outlet and into the respiratory system of a user, an actuatable firing means for delivering a dose of a dry powder medicament to a user including a dosage member and dosage chamber for holding a pre-determined amount of dry powder medicament, an inhalation activated assembly for actuating the firing means without requiring the user to coordinate separate actions upon inhalation in order to actuate the firing means, the inhalation activated assembly having a flexible membrane in communication with the inhalation airway passageway and adapted to move between (1) a first position which restricts actuation of the firing means; and (2) **a second position, wherein inspiratory airflow through the inhalation airway passageway biases the flexible membrane from the first toward the second position**, and wherein movement of said flexible membrane between said first and second positions affords actuation of the firing means." (Whaley, U.S. Pat. No. 6029661, Claim 1)

"**The housing includes an inhalation airway passageway affording passage of a user inspiratory airflow**. According to a third aspect of the present invention, the actuator comprises a biasing means such as a spring |

113
Case 4:18-cv-00009-D    Document 106-2    Filed 08/20/19    Page 136 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | for biasing the dosage chamber toward the registered position, and releasable retaining means for releasably retaining the dosage chamber spaced from the registered position against the bias of the spring. The releasable retaining means preferably comprises an inhalation activated system in communication with the inhalation airway passageway. The inhalation activated system releases the dosage chamber in response to the user inspiratory airflow to afford movement of the dosage chamber to the registered position under the bias of the spring."(Whaley, U.S. Pat. No. 6029661, Col. 3, Lines 26-40)<br><br>"As can be seen in FIG. 2, the respiratory exercise apparatus 10 includes a generally cylindrical main body 12 having a left section 14, a central section 15, and a right section 16. The main body 12 further includes axial ends 17 and a cylindrical cavity 18. **A main body mouth 20 disposed on the central portion 15 of the main body 12 has an orifice 22 in communication with the cylindrical cavity 18**. The main body mouth 20 comprises two side walls 24, each having an aperture 26. The main body mouth 20 further comprises an upper wall 28, a lower wall 30, and a tongue 32 projecting from the lower wall 30."( Hougen, U.S. Pat. No. 5890998, Col. 4, Lines 43-53); *and* "With reference to FIG. 16, the segment 504 is generally illustrated. As discussed above, instead of using a complete cylinder, a segment of a cylinder is used as the flow interrupter." (Col. 11, Lines 50-53) |
| **18(d)** a blocking segment configured to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted; | "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. The valve body is sized to at least partially obstruct fluid |

114

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | flow through the control port. **Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)<br><br>"With the above in mind, the respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a first chamber 72, a second chamber (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82. Details on the various components are provided below. In general terms, however, **the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. The valve body 80, in turn, is located in close proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative to the first chamber 72 and the patient inlet 70**. Finally, the supply inlet(s) 74 are fluidly connected to distribution points within the housing 62. During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61)<br><br>**MPF –** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. |

115

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Dusmore patent *supra*, valve body 80 translates relative to control ports 78a and 78b between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 3, Lines 14-35 and Col. 6, Lines 27-61 of Dusmore). <br><br> "FIGS. 12a and 12 b show a yet further embodiment of a controllable flow generator 48 that is similar to the embodiments of FIGS. 8 and 9. **In place of the choke 50 and valve 62 is a sliding pressure control plate 70. The pressure control plate 70 has a circular aperture 72 which in conjunction with the entrance to the air inlet 20 forms a choke valve 74. The aperture equally could be profiled in a non-regular shape. The plate 70 also has a profiled slot 76 which in conjunction with the exit to the branch 60 forms an impedance control valve 78**. <br><br> The control plate 40 is slidingly operated by an actuator (not shown) having connection with the breathing detection and treatment pressure control circuitry. **As the plate 70 moves to the left to further restrict the mouth of the inlet 20, the effective surface area at the exit of the branch 60 open through the slot 76 is commensurately increased, thus providing a lower impedance exhalation path. The converse situation applies when the plate 70 is moved to the right, in that when the circular aperture 72 is located wholly over the mouth of the inlet 20 corresponding to inspiration treatment pressure, the exit of the branch 70 is wholly blocked-off by the control plate 70, as the slot 76 will have past the left-most extent of the exit to the branch 60**. The tapered arrangement for the slot 76 is one of many possible arrangements and, in this case, provides a near linear relation between exhalation impedance and treatment pressure. <br><br> **FIG. 13 shows an alternate arrangement to that of FIGS. 12a and 12 b wherein the pressure control plate 70″ is no longer sliding, but rather rotatable, otherwise the principle of operation remains the same**." (Brydon, U.S. Pat. No. 6182657, Col. 7-8, Lines 66-28) <br><br> "The flow generator of claim 1, **wherein the plate is rotatable in the inspiratory mode to increase or decrease the open area of the entrance between substantially fully open and substantially fully closed**." <br><br> "The flow generator of claim 1, **wherein the plate is rotatable in the expiratory mode to increase or** |

116

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **decrease the open area of the vent between substantially fully open and substantially fully closed**.” (Brydon, U.S. Pat. No. 6182657, Claims 2-3)<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Brydon patent *supra*, plate 70 is rotatable about air inlet 20 to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 7-8, Lines 66-28 and Claims 2 and 3 of Broyden).<br><br><br>"For therapeutic operation of the breathing device 10, a pressure is induced on the user's lungs during breathing. For example, with a PEP device, the flow rate of expiratory air passing through the device 10 is controlled to induce pressure in the user's pulmonary system. More particularly, the flow rate is controlled by restricting the airflow capacity of the air channel in order to generate a back-pressure in the user's lungs. Referring to FIG. 2, **a restrictor plate 70 is set into the second housing end 16 of the breathing device 10, and includes a plurality of orifices 72 of varying sizes, each of which may be selectively used to adjust and regulate the airflow capacity of the air channel 22. The restrictor plate 70 may be rotatable with respect to the housing so that any one of the three orifices 72 may be selectively aligned with the extension air channel 64 to regulate the airflow through the breathing tube assembly 20**. The combination of predetermined inner diameters and lengths of the air channel 22 plus the selected orifice 72 on the restrictor plate 70 cause a desirable predetermined back pressure in the lungs of the user while exhaling. Although a pressure range of no greater than 20 cm H2O is used in an exemplary embodiment of a PEP breathing device in accordance with the present invention, one skilled in the art will recognize that other desirable pressure ranges may also be used." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 4, Para 0037)<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Baumert patent *supra*, restrictor plate 70 may be rotatable with respect to the housing so that any one of the three orifices 72 may be selectively aligned with the extension air channel 64 to regulate the airflow through the breathing tube assembly 20, thereby configured to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Page 4, Para 0037 of Baumert).<br><br>"A positive expiratory pressure therapy device for inducing an oscillatory expiratory air pressure from a patient, comprising an airflow tube having an inlet opening through which a patient to be treated inhales inspiratory air, and a patient input opening through which a patient inhales to draw inspiratory air into said air flow tube and through which a patient exhales to discharge expiratory from said air flow tube**; a one-way valve carried at said air flow tube inlet opening to allow inspiratory air to be drawn there through, but to block the passage of expiratory air there through; said air flow tube further including a non-linear discharge orifice which is closed during the passage of inspiratory air through said inlet opening, and opened in response to the discharge of expiratory air; and control means for controlling the opening and closing of said non-linear discharge orifice in response to the pressure of the expiratory air discharged into said patient input opening**." (Foran, U.S. Pat. No. 6581598, Claim 1).<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Foran patent *supra*, cone 425 is sized and positioned to be inserted into the tapered conical interior 325 of the coupling 322 for closing the circular opening 326 into the air tube 200. The pressure of the patient expiratory air will raise the cone 425, causing the rocker assembly 400 to pivot about its pivot pins 460 against the force of the magnetic field between the magnet 350 carried on the pivotal magnet support 330 and the steel pin 450 carried on the rocker assembly, in this way configured to translate relative to the opening between a closed position where the flow of air through the |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 7, Lines 6-15 of Foran).<br><br>"In a first embodiment, a device is provided that includes: (a) a conduit having an inlet (or mouthpiece) for exhaled air and an outlet (or flow chamber) for the exhaled air; (b) **a plate (or orifice or closure or sensing) member (or vane) movably disposed in the conduit between the inlet and outlet, the plate member at least partially blocking the conduit and moving in response to the passage of the exhaled air through the conduit**; and (c) a measuring device for measuring, at a plurality of points in time, at least one of (i) a location of the plate member, (ii) a pressure or force applied by the exhaled air against the plate member, and/or (iii) an air flow parameter (e.g., a rate of volume of flow) and generating a plurality of measurement signals. **The plate member is typically shaped such that air flow from the inlet end past the member causes the member to move, e.g., rotatably or linearly, away from a rest or starting position to a succession of other open positions forming an ever widening gap between the member and a part or wall of the conduit or passageway**. From the position of the plate member or the force applied to the plate member, the pressure applied to the plate (e.g., the back pressure or the pressure or force applied by the air flow) in front of the plate member can be determined."(Larom, U.S. Pat. No. 6447459, Col. 2, Lines 3-25).<br><br>**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Larom patent *supra*, plate member 132/400 is movably or rotatably engaged with the head housing 144 to permit exhaled air 148 passing through the inlet conduit 124 and the orifice 136 to displace the plate member 132 away from the orifice 136. When the plate member 132 is displaced away from the orifice 136, the exhaled air 148 can pass into the outlet conduit or flow chamber 128 and through the outlet or exhaust 152 into the exterior environment, and therefore is configured to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Cols. 5 and 6, Lines 64-4 of Larom). |

119

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "A rotor base 16 is secured to the distal end 18 of rotor case 10, such as with an adhesive. As shown in FIGS. 1 and 4, rotor base 16 and distal end 18 of rotor case 10 define semi-cylindrical regions 20, 22. **An out-of-balance rotor 24 is freely rotatably mounted within regions 20, 22. Rotor 24 has an eccentrically positioned weight 26 mounted on one of its blades 28 so that rotation of rotor 24 causes inhaler 2 to vibrate**. The radial or transverse positioning of the axis of rotation 30 of rotor 24 relative to the central axis 32 of inhaler 2 causes the vibrations created by out-of-balance rotor 24 to shake or vibrate inhaler 2 laterally relative to central axis 32." (Haber, U.S. Pat. No. 5372128, Col. 2, Lines 41-53). |
| | **MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Haber patent *supra*, rotar 24 and blades 28 are freely rotatably mounted within regions 20, 22, wherein they translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 2, Lines 41-53 in Haber). |
| | "The pulsating vibration air generation means 111 has a casing 112 and a rotary type valve 113. The casing 112 has an air supply port h2 connected to the air source 94 and a wave transmission port h1 at its circumferential surface. **The rotary type valve 113 is rotatably contained in the casing 112 so as to divide the space in the casing 112 into two parts. According to the pulsating vibration air generation means 111, when the rotary type valve 113 is positioned at solid lines in the figure, the air supply port h2 and the wave transmission port h1 are communicated. If compressed air generation means is used as the air source 94, compressed air generated by driving the compressed air generation means is supplied to the conduit T2 (pneumatic transport) connected to the wave transmission port h1. On the other hand according to the pulsating vibration air generation means 111, when the rotary type valve 113 is positioned at dotted lines in the figure, the air supply port h2 and the wave transmission port h1 are shut off by the rotary type valve 113**. If compressed air generation means is used as the air source 94, compressed air generated by driving the compressed air generation means isn't supplied to the conduit T2 (pneumatic transport) connected to the wave transmission port h1." (Yoshimoto, U.S. Pat. No. 6607008, Col. |

120

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|

36, Lines 16-64).

**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35 U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Yoshimoto patent *supra,*rotary valve 113 is rotatably contained in the casing 112 so as to divide the space in the casing 112 into two parts. On the other hand according to the pulsating vibration air generation means 111, when the rotary type valve 113 is positioned at dotted lines in the figure, the air supply port h2 and the wave transmission port h1 are shut off by the rotary type valve 113, indicating rotary valve 113 translates relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 36, Lines 16-64 of Yoshimoto).

"The lever 414 is adapted to engage valve 424 and raise it as shown in FIG. 13 to allow the ingress of air into cavity 408 and mouthpiece 406. The lever pivots due to the user biting down on the mouthpiece 406. As the user continues to bite down on mouthpiece 406, **the control lever 414 slips past valve 424, as shown in FIG. 14, allowing valve 424 to rapidly close apertures 426. Rapid closing of aperture 426 abruptly stops air flow to the lungs. When the user releases the pressure upon the mouthpiece 406, the arm 420 pivots with respect to arm 418, allowing lever 414 to return to the position shown in FIG. 11**. In this way, the user can rapidly open and close his mouth upon mouthpiece 406 to permit bursts of air to percuss the user's lungs." (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 62-67 and Col. 11, Lines 1-7).

Fig - 13

**MPF -** Additionally, or in the alternative, to the extent that the Court's construction of this term implicates 35

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | U.C.S. 112(6), the structure claimed, namely a restrictor member, i.e., 142 (Fig. 4), 342 (Fig. 8), 442 (Fig. 9), and 542 (Fig. 15) corresponds with the claimed function "to translate relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted." As seen in the Hougen patent *supra*, body 514 of segment 504 is configured such that when the user bites down on the mouthpiece, the link rocks about pin 526, rotating segment 504 within cylinder body 502, translating relative to the opening between a closed position where the flow of air through the opening is restricted, and an open position where the flow of air through the opening is less restricted (see at least Col. 11, Lines 62-67 of Hougen). |
| **18(e)** wherein a side profile of the blocking segment is shaped to mate with a side profile of the opening, when the blocking segment is in the closed position; and, | "Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. In some embodiments, the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134. The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. **The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b. For example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b. Further, in some embodiments, a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b can be simultaneously obstructed by the plate segments 132, 134**. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80." (Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21)<br><br>"The respiratory exercise apparatus of claim 22, wherein said lever includes two articulated arms, one of said arms being pivotal in one direction with respect to the other arm, **said** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **arms being fixed with respect to one another as said lever moves from the first position to the second position corresponding to said valve moving between a fully closed position and a fully open position, said lever being disengaged from said valve when said valve is fully opened; and said one arm pivoting with respect to said other arm as said lever is returned to the first position from the second position**." (Hougen, U.S. Pat. No. 5890998, Claim 23) |
| **18(f)** wherein a size of a blocking surface of the blocking segment is equal to or greater than a size of the opening. | "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port**. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)
"Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. In some embodiments, the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134. The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. **The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b. For example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b**. Further, in some embodiments, a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b |

123

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | can be simultaneously obstructed by the plate segments 132, 134. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80." (Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21)<br><br>"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b**. Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism 204." (Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 30-39)<br><br>"The flow generator of claim 1, **wherein the plate is rotatable in the inspiratory mode to increase or decrease the open area of the entrance between substantially fully open and substantially fully closed**."<br><br>"The flow generator of claim 1, **wherein the plate is rotatable in the expiratory mode to increase or decrease the open area of the vent between substantially fully open and substantially fully closed**." (Brydon, U.S. Pat. No. 6182657, Claims 2-3)<br><br>"For therapeutic operation of the breathing device 10, a pressure is induced on the user's lungs during breathing. For example, with a PEP device, the flow rate of expiratory air passing through the device 10 is controlled to induce pressure in the user's pulmonary system. **More particularly, the flow rate is controlled by restricting the airflow capacity of the air channel in order to generate a back-pressure in the user's lungs. Referring to FIG. 2, a restrictor plate 70 is set into the second housing end 16 of the breathing device 10, and includes a plurality of orifices 72 of varying sizes, each of which may be selectively used to adjust and regulate the airflow capacity of the air channel 22. The restrictor plate 70 may be rotatable with respect to the housing so that any one of the three orifices 72 may be selectively aligned with the extension air channel 64 to regulate the airflow through the breathing tube assembly 20. The combination of predetermined inner diameters and lengths of the air channel 22 plus the selected** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **orifice 72 on the restrictor plate 70 cause a desirable predetermined back pressure in the lungs of the user while exhaling**. Although a pressure range of no greater than 20 cm H2O is used in an exemplary embodiment of a PEP breathing device in accordance with the present invention, one skilled in the art will recognize that other desirable pressure ranges may also be used." (Baumert, U.S. Pat. Pub. No. US20070089740, Page 4, Para 0037)<br><br>"The rocker assembly 400, best illustrated in FIGS. 3 and 7-9, is balanced for pivotal movement about the pivot pins 460. To this end a balancing pad 411 and balancing cylinder 412 are formed at one end of the rocker platform 410, to balance the weight of a flow cone 425 and a steel rod 450 carried at the opposite end of the rocker platform. **The flow cone 425 is sized and positioned to be inserted into the tapered conical interior 325 of the coupling 322 for closing the circular opening 326 into the air tube 200**." (Foran U.S. Pat. No. 6581598, Col. 5, Lines 29-37)<br><br>"**Namely according to the pulsating vibration air generation means 111, when the wave transmission port h1 of the casing 112 is closed by the circumferential surface of the rotary type valve 113, continuous air flow (negative air) toward air suction means via the bypass pipe Tv is generated in the pneumatic transport pipe T2. Therefore, vibration (low frequency) which is caused when air toward the air suction means is completely shut off isn't happened in the pulsating vibration air generation means 111**. As a result, there is no work environmental problem such that operators get sick while operating the pulsating vibration air generation means if this pulsating vibration air generation means 111 is used." (Yoshimoto, U.S. Pat. No. 6607008)<br><br>"The valve 424 is illustrated having a top flange 428, a stem 430, and a base 432. **The flange 428 is adapted to close apertures 426 or to open apertures 426, depending upon the pressure placed on mouthpiece 406**. The stem 430 is received within an opening 434 in body portion 404. This opening can be seen in FIG. 11. The valve is biased to the closed position. In the disclosed embodiment, a spring 436, preferably a coil spring, is positioned between the base 432 and the inner wall of body portion 404. **The spring normally** |

125

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **biases the valve to the closed position, and the bias of the spring must be overcome by lever 414 in order to open apertures 426**." (Hougen, U.S. Pat. 5890998, Col. 11, Lines 13-24) |
| **CLAIM 19**<br><br>The respiratory treatment device of claim 18, wherein the side profile of the blocking segment and the side profile of the opening are curved to mate with one another. | *See* Claim 18, *supra*.<br><br>"Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. In some embodiments, the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134. **The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b**. For example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b. Further, in some embodiments, **a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b can be simultaneously obstructed by the plate segments 132, 134**. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80."(Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21)<br><br>"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b. Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism 204**."(Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 57-67)<br><br>"In addition to the control port 318, the interrupter valve assembly 304 includes the valve body 314 and the drive mechanism 316 as shown in FIG. 18A. **The valve body 314 is, in some embodiments, a disc having a** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **size and shape commensurate with a size and shape of the control port 318 (e.g., the valve body 314 can have the same shape dimensions as the control port 318, or can be larger or smaller than the control port 318). In some embodiments, the valve body disc 314 is sized to be slightly larger than the control port 318 to better achieve a more complete, selective obstruction of the control port 318**. As best shown in FIG. 18B, the valve body disc 314 defines opposing first and second major surfaces 340, 342. With the one embodiment of FIG. 18B, the first surface 340 is flat. In other embodiments, however, the first surface 340 can assume a different shape, such as a hemispherical, conical, etc. **Regardless, the first surface 340 is configured to generally mate with an exterior surface 344 of the inner housing portion 308 at which the control port 318 is defined**."(Dunsmore, U.S. Pat. No, 8025054, Col. 19, Lines 46-63). |
| **CLAIM 20**<br><br>The respiratory treatment device of claim 18, further comprising a vane configured to move the blocking segment between the closed position and the open position in response to the flow of air through the opening. | *See* Claim 18, *supra*.<br><br>"Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. **The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism**. Expiratory airflow is released from the patient breathing passage through the control port. The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, **the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port**. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35) Fig. 2 |

127

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | "**The respiratory exercise apparatus of claim 21, wherein said lever extends from said mouthpiece into said main body, said lever engaging said valve and being operable to open and close said valve by manipulation of said mouthpiece**." (Hougen, U.S. Pat. No. 5890998, Claim 22) |
| **CLAIM 21**<br><br>The respiratory treatment device of claim 20, wherein the blocking segment is mounted on the vane. | *See* Claim 20, *supra*.<br><br>"Returning to FIG. 2, the interrupter valve assembly 64 again includes the valve body 80 that is driven by the drive mechanism 82. In some embodiments, **the valve body 80 has a propeller-like construction, and includes a base 130, a first valve plate segment 132, and a second valve plate segment 134**. The base 130 is configured for assembly to a corresponding portion of the drive mechanism 82 as described below. **The plate segments 132, 134 extend in a radial fashion from the base 130, and each have a size and shape commensurate with a size and shape of a corresponding one the control ports 78 a, 78 b. For example, a size and/or shape of the valve plate segments 132, 134 can be identical, slightly smaller or slightly larger than a size and/or shape of the control ports 78 a, 78 b**. Further, in some embodiments, a circumferential position of the plate segments 132, 134 relative to the base 130 corresponds with that of the control ports 78 a, 78 b such that when the base 130 is centrally positioned between the control ports 132, 134, the control port 78 a, 78 b can be simultaneously obstructed by the plate segments 132, 134. Thus, with the one embodiment of FIG. 2, the control ports 78 a, 78 b are symmetrically opposed, and the valve plate segments 132, 134 are similarly oriented. Alternatively, a position of the valve plate segments 132, 134 can be spatially offset relative to a position of the control ports 78 a, 78 b; with this alternative construction, the control ports 78 a, 78 b are not simultaneously obstructed during movement of the valve body 80." (Dunsmore, U.S. Pat. No, 8025054, Col. 8-9, Lines 62-21)<br><br>"In addition to the control port 318, the interrupter valve assembly 304 includes the valve body 314 and the drive mechanism 316 as shown in FIG. 18A. **The valve body 314 is, in some embodiments, a disc having a size and shape commensurate with a size and shape of the control port 318 (e.g., the valve body 314 can** |

Fig. 2

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **have the same shape dimensions as the control port 318, or can be larger or smaller than the control port 318**). In some embodiments, the valve body disc 314 is sized to be slightly larger than the control port 318 to better achieve a more complete, selective obstruction of the control port 318. As best shown in FIG. 18B, the valve body disc 314 defines opposing first and second major surfaces 340, 342. With the one embodiment of FIG. 18B, the first surface 340 is flat. In other embodiments, however, the first surface 340 can assume a different shape, such as a hemispherical, conical, etc. **Regardless, the first surface 340 is configured to generally mate with an exterior surface 344 of the inner housing portion 308 at which the control port 318 is defined**."(Dunsmore, U.S. Pat. No, 8025054, Col. 19, Lines 46-63)<br><br>"With reference to FIGS. 12-14, **it can be seen that control lever 414 is adapted to engage a valve 424, which opens and closes apertures 426 in body portion 404**." (Hougen, U.S. Pat. No. 5890998, Col. 10, Lines 57-59) |
| **CLAIM 22**<br><br>The respiratory treatment device of claim 18, further comprising a conduit having a length terminating at the opening, wherein a cross-sectional shape of the conduit along the length matches a cross-sectional shape of the opening. | *See* Claim 18, *supra*.<br><br>"With rotation of the lobe assemblies 240, 242 in response to exhaled air entering the second chamber 220, the valve body 202 is caused to rotate. **To account for instances in which the valve body 202 is initially aligned with control ports 200 a, 200 b (and thus may impede desired airflow into the second chamber 200 sufficient to initiate rotation of the lobe assembles 240, 242), means (not shown) can be provided by which a user can self-actuate movement of the valve body 282, a valved conduit can be provided that directly fluidly connects the patient inlet 210 with the second chamber 220, etc**. Regardless, the valve plate segments 232, 234 will periodically be aligned with a respective one of the control ports 200 a, 200 b as shown, for example in FIGS. 15A and 15B. **When so-aligned, exhaled air from the patient at the patient inlet 210 is substantially prevented from passing through the control ports 200 a, 200 b**. As a result, a back pressure is generated within the patient inlet 210 that in turn is imparted upon the patient. This airflow is represented by arrows in FIGS. 15A and 15B. Because the valve body 202 is essentially continuously rotating in response to exhaled air, this back pressure is created on a periodic or oscillating basis. In other words, back pressure "pulses" are established within the patient inlet 210, with the back pressure being "released" from the patient inlet 210 as the valve plate segments 232, 234 move away from the control ports 200 a, 200 b. In some embodiments, the respiratory therapy device 186 is configured such that at an exhaled airflow rate of 10 lpm at 100 Pa drives the interrupter valve assembly 190 to create 15 pulses per second at the control ports 200 |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | a, 200 b, with the pressure pulses being at approximately 3,000 Pa. At flow rates above 10 lpm, the valve structure 260 will open and may flutter to maintain inlet pressure to the drive mechanism 204. In related embodiments, the valve structure 260 is configured to establish flow of up to 20 lpm at 100 Pa, which substantially maintains the desired back pressure in the patient inlet 210 and a rotational speed constant in the range of 10 lpm-30 lpm. Alternatively, however, the respiratory therapy device 186 can be configured to exhibit a number of performance characteristics differing from those described above." (Dunsmore, U.S. Pat. No, 8025054, Col. 17-18, Lines 47-18)<br><br>"The inner housing portion 522 includes a mouthpiece 526 and a tube 528. **The mouthpiece 526 is sized and shaped for convenient placement within a patient's mouth (or assembly to a separate component adapted for placement in a patient's mouth, such as a nebulizer connector piece), and can be integrally formed with the tube 528. Regardless, the mouthpiece 526 and the tube 528 combine to define the patient inlet 506 through which airflow to and from the patient directly occurs**. In this regard, the tube 528 extends from the mouthpiece 526 to a trailing side 530." (Dunsmore, U.S. Pat. No, 8025054, Col. 24-25, Lines 61-3) |
| **CLAIM 23**<br><br>The respiratory treatment device of claim 22, wherein the opening has a generally oblong cross-sectional shape comprising a shorter first dimension and an elongated second dimension perpendicular to the first dimension. | *See* Claim 22, *supra*.<br><br>"**The concept in FIG. 11 has seven identical channels 9 for the bypass flow, of which each has a generally rectangular shape in cross section and about the same depth as the circulation chamber. The channels 9 provide the circulation chamber 3 in top view largely with the shape of an octagon with eight identical open angles of 135 degrees between the remaining sections 22 of the interior wall 5 of the circulation chamber 3**. The powder flow channel 2 is the same as that for the concept in FIG. 9, except for the depth of the final section 2A of the channel 9 which is the same as that for the circulation chamber 3. Air flows from the bypass 9 and powder 2 channels skim over these remaining sections 22, which are the impact zones for the larger agglomerates. Only larger particles are able to traverse these flows as the result of their high momentum. Fine particles with much lower inertia, are turned off course by the bypass flows, which create a so-called internal air barrier between these particles and the remaining wall sections 22." (Haaije de Boer, U.S. Pat. Pub. No. US20030015195, Para. 0155) |
| **CLAIM 24** | *See* Claim 23, *supra*. |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| The respiratory treatment device of claim 23, wherein the blocking segment is configured to translate relative to the opening along the shorter first dimension between the closed position and the open position. | "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port**. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)<br><br>"With the above in mind, the respiratory therapy device 30 can assume a variety of forms capable of operating in a passive mode (e.g., oscillatory PEP therapy) and an active mode (e.g., CHFO therapy). One embodiment of a respiratory therapy device 60 providing these features is shown in FIG. 2. The therapy device 60 generally includes a housing 62 (referenced generally) and an interrupter valve assembly 64 (referenced generally). The housing 62 includes a leading section 66, a trailing section 68, and an end plate 69. The leading section 66 defines a patient inlet 70, whereas the trailing section 68 defines a first chamber 72, a second chamber  (hidden in the view of FIG. 2), an exhaust outlet (hidden in FIG. 2), and one or more supply inlets 74. **The interrupter valve assembly 64 includes a plate 76 forming one or more control ports 78 (e.g., the control ports 78 a, 78 b), a valve body 80, and a drive mechanism 82**. Details on the various components are provided below. In general terms, however, **the drive mechanism 82 is retained within the second chamber of the housing 62 and is assembled to the valve body 80 for causing rotation thereof. The valve body 80, in turn, is located in close proximity to the control ports 78 such that rotation of the valve body 80 selectively opens and closes (e.g., partial or complete obstruction) the control ports 78 relative** |

Fig. 2

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **to the first chamber 72 and the patient inlet 70**. Finally, the supply inlet(s) 74 are fluidly connected to distribution points within the housing 62. During use, and in a passive mode of operation, the therapy device 60 generates oscillatory PEP via operation of the drive mechanism 82 in response to the patient's exhaled breath. In addition, the therapy device 60 provides an active mode of operation in which the interrupter valve assembly 64 causes delivery of CHFO fluid flow to the patient inlet 70 in acting upon positive fluid flow from the supply inlet(s) 74. In this regard, a control means 84 (referenced generally) can be provided that facilitates operation of the therapy device 60 in a desired mode." (Dunsmore, U.S. Pat. No, 8025054, Col. 6, Lines 27-61) |
| **CLAIM 25** <br><br> The respiratory treatment device of claim 18, wherein the flow of air through the opening is completely blocked when the blocking segment is in the closed position. | *See* Claim 18, *supra*. <br><br> "Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port**. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. With this in mind, **the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35) <br><br> "The flow generator 148 shown in FIGS. 18a and 18 b includes a number of elements common with the embodiments previously described. A passageway 158 exits from the chamber 12 and communicates the exiting gas with a plenum 160 via an entrance 159. The plenum has an exiting port 162, by which pressurised breathable gas can be supplied via a conduit to a patient mask for the administration of CPAP treatment or assisted respiration. **The plenum 160 has a further vent 164 in communication with atmosphere. Both the vent 164 and the entrance 159 to the plenum 160 can be controllably occluded to reduce their open** |

132

Case 4:18-cv-00009-D    Document 106-2    Filed 08/20/19    Page 155 of 158

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **area by a sliding impedance control plate 166. The control plate 166 includes an aperture 168 that, depending upon its position, can restrict the respective passages in a range from wholly open to fully closed.**" (Brydon, U.S. Pat. No. 6182657, Col. 9-10, Lines 55-2)<br><br>"The basket 226 a is porous to enable air to flow freely, not only through the air channel 214 a, **but also through the basket 226 a itself when the airflow adjustment member 224 a is in a retracted or non-depressed position. Basket 226 a also provides a positive stop for the airflow adjustment member 224 a when it is in the depressed position, preventing the airflow adjustment member 224 a from overly restricting the airflow through air channel 214 a.**"<br><br>"Referring to FIG. 8B, an alternative multi-channeled embodiment of the pursed lip breathing device of FIG. 8A is shown generally at 210 b. The alternative design is comprised of mouthpiece 220 b, two or more air channels 214 b, an airflow adjustment member 224 b, and a basket 226 b. **The basket 226 b may be porous or non-porous. Depressing airflow adjustment member 224 b into the basket 226 b restricts part or all of one channel 214 b, or may completely close off one or more channels 214 b (if there are greater than two channels) depending on the desired airflow requirements of the device 210 b.**" (Baumert, U.S. Pat. Pub. No. US20070089740, Page 5, Para 0049-0050)<br><br>"The valve 424 is illustrated having a top flange 428, a stem 430, and a base 432. The flange 428 is adapted to close apertures 426 or to open apertures 426, depending upon the pressure placed on mouthpiece 406. The stem 430 is received within an opening 434 in body portion 404. This opening can be seen in FIG. 11. **The valve is biased to the closed position. In the disclosed embodiment, a spring 436, preferably a coil spring, is positioned between the base 432 and the inner wall of body portion 404. The spring normally biases the valve to the closed position, and the bias of the spring must be overcome by lever 414 in order to open apertures 426.**" (Hougen, U.S. Pat. No. 5890998, Col. 11, Lines 13-24); *and* "The respiratory exercise apparatus of claim 22, wherein said lever includes two articulated arms, one of said arms being pivotal in one direction with respect to the other arm, said arms being fixed with respect to one another as said lever moves from the first position to the second position corresponding to said valve moving between a fully closed position and a fully open position, **said lever being disengaged from said valve** |

133

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **when said valve is fully opened; and said one arm pivoting with respect to said other arm as said lever is returned to the first position from the second position**." (Claim 23) |
| **CLAIM 26**<br><br>The respiratory treatment device of claim 18, wherein the blocking surface of the blocking segment contacts the opening when the blocking segment is in the closed position. | *See* Claim 18, *supra*.<br><br>"Some aspects in accordance with principles of the present disclosure relate to an oscillating positive expiratory pressure therapy device for use by a patient. The device includes a housing and an interrupter valve assembly. The housing is sized for handling by a patient and defines a patient breathing passage extending from a patient end and through which a patient inhales and exhales air. The interrupter valve assembly is carried by the housing and includes a control port, a valve body, and a drive mechanism. Expiratory airflow is released from the patient breathing passage through the control port. **The valve body is sized to at least partially obstruct fluid flow through the control port**. Finally, the drive mechanism is provided to rotate the valve body relative to the control port in response to the expiratory airflow. **With this in mind, the interrupter valve assembly is configured such that with rotation, the valve body repeatedly transitions between a position of maximum obstruction and a position of minimum obstruction relative to the control port. With this transitioning, then, an oscillatory positive expiratory pressure effect is imparted upon the patient otherwise breathing through the patient end**" (Dunsmore, U.S. Pat. No, 8025054, Col. 3, Lines 14-35)<br><br>"The valve body 202 is similar to the valve body 80 (FIG. 2) previously described, and in some embodiments includes a base 230, a first valve plate segment 232, and a second valve plate segment 234. **The valve plate segments 232, 234 are shaped and sized in accordance with the control ports 200 a, 200 b such that when aligned, the valve plate segments 232, 234 can simultaneously obstruct or "block" the control ports 200 a, 200 b**. Regardless, the valve plate segments 232, 234 extend radially from the base 230 that is otherwise configured for affixment to a corresponding component of the drive mechanism 204." (Dunsmore, U.S. Pat. No, 8025054, Col. 15, Lines 57-67)<br><br>"It should be understood by those of ordinary skill in the art that the unit depicted in FIGS. 15 through 17 could have a non-cylindrical shape. For example, the elongated body portion 502 could be rectangular in shape and employ at flat segment with pins which ride within grooves formed in the end caps. **In this way, the unit could slide up and down the wall of the body portion 502 to restrict the ingress and egress of air into and out of the cavity. Furthermore, the breathing apparatus could employ relatively sliding** |

| US 9,808,588 B1 | Excerpts from Prior Art References Disclosing Limitation |
|---|---|
| | **members, as well. The inner and outer members could slide with respect to one another instead of rotating**." (Hougen, U.S. Pat. No. 5890998, Col. 12, Lines 17-27); *and* "The respiratory exercise apparatus of claim 22, wherein said lever includes two articulated arms, one of said arms being pivotal in one direction with respect to the other arm, said arms being fixed with respect to one another as said lever moves from the first position to the second position corresponding to said valve moving between a fully closed position and a fully open position, said lever being disengaged from said valve when said valve is fully opened; and said one arm pivoting with respect to said other arm as said lever is returned to the first position from the second position." (Claim 23) |

135