IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TRUDELL MEDICAL INTERNATIONAL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> D R BURTON HEALTHCARE LLC, ) <br> ) <br> Defendant. ) <br> <br> D R BURTON HEALTHCARE LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRUDELL MEDICAL INTERNATIONAL ) <br> and MONAGHAN MEDICAL CORP., ) <br> ) <br> Defendants. ) | 4:18-CV-9-BO-KS |

## **ORDER**

This matter is before the Court on Monaghan Medical Corp.'s consent motion for extension of time to file its answer to the amended complaint and counterclaim and several motions to seal. For good cause shown, Monaghan's unopposed second request for extension of time [DE 214] is GRANTED. Monaghan shall have fourteen days from the Court's ruling on Monaghan's renewed motion to dismiss to file its answers to D R Burton Healthcare, LLC's counterclaims. After considering the motions to seal, the Court finds that the relevant documents contain confidential financial and competitive information that, if disclosed, could harm the standing of Monaghan and Trudell Medical International in the market. Therefore, for good

cause shown, the motions to seal [DE 198, 206, 211] are GRANTED. The Clerk is DIRECTED to seal DE 197, 204, 204-2, 204-3, and 209.

SO ORDERED, this __4__ day of June, 2021.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE