IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-9-BO

TRUDELL MEDICAL INTERNATIONAL,)
          Plaintiff,            )
                                       )
v.                                    )         O R D E R
                                       )
D R BURTON HEALTHCARE, LLC,   )
          Defendant.          )

This cause comes before the Court on plaintiff's motion to compel certain discovery. Plaintiff requested expedited briefing on the matter, which the Court allowed. Defendant has responded and the matter is now ripe for ruling. In light of the scheduling order entered in this matter, plaintiff has further requested expedited ruling on its motion to compel.

Plaintiff seeks to compel supplemental documents responsive to plaintiff's requests for production Nos. 29, 30, 32, 33, 40-43, 46, 59, 76, 97, 98, and 100 pursuant to Fed. R. Civ. P. 34 and 26(e); complete and accurate supplemental responses to interrogatories Nos. 6 and 7 pursuant to Fed. R. Civ. P. 33 and 26(e); and verification of defendant's responses to plaintiff's interrogatories Nos. 1-17 pursuant to Fed. R. Civ. P. 33.

Defendant has responded in opposition to the motion to compel, arguing that it has produced all responsive documents in its possession, that it stands by its interrogatory responses and that no supplementation is necessary, and that defendant has verified its interrogatory responses as requested, rending this particular issue moot.

The Court has reviewed the briefing and, based upon defendant's arguments, denies the motion to compel. It appears that defendant has provided plaintiff with all responsive information in its possession and of which it is aware, and that plaintiff's request is otherwise moot.

The motion to compel [DE 230] is therefore DENIED.

SO ORDERED, this 21 day of September 2022.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE