IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TRUDELL MEDICAL INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> D R BURTON HEALTHCARE LLC, <br><br> Defendant. | Case No.: 4:18-cv-00009-BO |

**ORDER GRANTING PLAINTIFF TRUDELL MEDICAL INTERNATIONAL'S CONSENT MOTION TO FILE UNDER SEAL**

The Court, having received Plaintiff Trudell Medical International's Consent Motion to File Under Seal the provisionally filed versions of D R Burton's Memorandum in Support of Motion for Summary Judgment Order (D.I. 255) and Exhibits B and C thereto (D.I 255-2 and 255-3, respectively), and having found good cause has been shown in that these exhibits discuss certain non-public confidential information concerning Trudell's development process regarding its OPEP technology and devices whose disclosure could harm Trudell's standing in the marketplace, hereby GRANTS Trudell's request.

Accordingly, it is hereby **ORDERED** that the documents originally filed as D.I. 255, 255-2, and 255-3 shall be maintained under seal, and the redacted versions of these documents to be available on the public docket.

SO ORDERED this _____ day of November, 2022.

_____
Terrence W. Boyle
United States District Judge