IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TRUDELL MEDICAL INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>D R BURTON HEALTHCARE LLC,<br><br>Defendant. | Case No.: 4:18-cv-00009-BO<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE UNDER SEAL** |

Upon consideration of Plaintiff, Trudell Medical International's Unopposed Motion to File Under Seal and the applicable law, it is, this _2_ day of _November_ 2022, hereby

**ORDERED**, that the Motion be and hereby is **GRANTED**.

Trudell shall file a redacted version of Ex. 3 included in the Declaration of Judy He, and shall work with D R Burton's counsel to file a redacted version of Ex. 2 included in the Declaration of Judy He.

Terrence W. Boyle
United States District Judge