IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CV-9-BO

TRUDELL MEDICAL INTERNATIONAL, )
        Plaintiff, )
)
v. )     O R D E R
)
D R BURTON HEALTHCARE, LLC, )
        Defendant. )

This cause comes before the Court on defendant's motion to seal [DE 277]. Plaintiff consents to the motion to seal with respect to the motion *in limine* and is not opposed to the motion with respect to the motions for summary judgment.

The motion to seal is allowed based upon the arguments of defendant and the confidential nature of the information contained in the documents sought to be sealed. However, defendant seeks to seal not only exhibits or specific attachments, but the entirety of motions and memoranda. The Court will permit the motions and memoranda to remain sealed but will require the filing of redacted versions which shall be public documents.

Accordingly, defendant's motion [DE 277] is GRANTED. Docket entries 240-243, 248-251, and 262-263 shall remain sealed. Redacted versions of docket entries 240, 241, 248, 249, 262, and 263 shall be filed within five (5) days of the date of entry of this order.

SO ORDERED, this _3_ day of November 2022.

                                              TERRENCE W. BOYLE
                                              UNITED STATES DISTRICT JUDGE