IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TRUDELL MEDICAL INTERNATIONAL, | ) ) ) |
| Plaintiff, | ) ) ) Case No.: 4:18-cv-00009-D |
| v. | ) ) |
| D R BURTON HEALTHCARE LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED that the Unopposed Motion to Reflect Name Change is GRANTED.

SO ORDERED. This 29 date of April, 2025.

JAMES C. DEVER III
United States District Judge